IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D.,<br><br>      Plaintiff,<br>vs.<br><br>DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,<br><br>      Defendants. | Case No. 5:17-cv-194 |

**DISCLOSURE STATEMENT OF MARY HITCHCOCK MEMORIAL HOSPITAL**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1(a), Defendant Mary Hitchcock Memorial Hospital ("Defendant") identifies Dartmouth-Hitchcock Health, a nongovernmental corporation, as its parent corporation, there is no publicly held corporation that owns ten percent or more of Defendant's stock, and Defendant has no subsidiaries and no affiliate that has issued shares of ownership to the public.

1

Dated:  December 15, 2017

Respectfully submitted,

MARY HITCHCOCK MEMORIAL HOSPITAL,

By its attorneys,

/s/ Tristram J. Coffin
Tristram J. Coffin
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street
Burlington, VT 05402
Telephone: 802-863-2375
tcoffin@drm.com

*Attorney for Defendant*

Donald W. Schroeder (*pro hac vice* application forthcoming)
Daniel R. Long (*pro hac vice* application forthcoming)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617-342-4000
Fax: 617-342-4001
dschroeder@foley.com
drlong@foley.com

*OF COUNSEL*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 15, 2017, I electronically filed a true copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      /s/ Tristram J. Coffin
                                      Tristram J. Coffin