# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, M.D.,

    Plaintiff,

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,

    Defendants.

Case No. 5:17-cv-194

## **DISCLOSURE STATEMENT OF DARTMOUTH-HITCHCOCK MEDICAL CENTER**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1(a), Defendant Dartmouth-Hitchcock Medical Center states that it does not have a parent corporation, there is no publicly held corporation that owns ten percent or more of its stock, and it has no subsidiaries and no affiliate that has issued shares of ownership to the public.

1

Dated: December 15, 2017

Respectfully submitted,

DARTMOUTH-HITCHCOCK MEDICAL CENTER,

By its attorneys,

/s/ Tristram J. Coffin
Tristram J. Coffin
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street
Burlington, VT 05402
Telephone: 802-863-2375
tcoffin@drm.com

*Attorney for Defendant*

Donald W. Schroeder (*pro hac vice* application forthcoming)
Daniel R. Long (*pro hac vice* application forthcoming)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617-342-4000
Fax: 617-342-4001
dschroeder@foley.com
drlong@foley.com

*OF COUNSEL*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I electronically filed a true copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Tristram J. Coffin
Tristram J. Coffin