**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

December 18, 2017

Geoffrey J. Vitt, Esq.
Vitt & Associates
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055-1229

Tristram J. Coffin, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

Re:  *Blanchette Porter v. Dartmouth Hitchcock Medical Center et al.*
     Docket No. 5:17-cv-194

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

Vaughn A. Carney, Esq., So. Burlington, Vermont
Robert B. Hemley, Esq., Burlington, Vermont
Joseph E. McNeil, Esq., Burlington, Vermont

The intention is that all parties strive to agree on one evaluator. If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

Regardless of the method, please note that you are required to file your selection with the Court by **January 5, 2018**.[2]

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ H. Beth Cota*
ENE Administrator
(802) 951-8113

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2] If selecting evaluator on Court roster, use CM/ECF event *ENE Documents – Evaluator Selection Response.*
   If stipulating to evaluator under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents – ENE by Stipulation.*