UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARTMOUTH-HITCHCOCK ) <br> MEDICAL CENTER, ) <br> DARTMOUTH-HITCHCOCK ) <br> CLINIC, MARY HITCHCOCK ) <br> MEMORIAL HOSPITAL, and ) <br> DARTMOUTH-HITCHCOCK ) <br> HEALTH, ) <br> ) <br> Defendants. ) | Docket No. 5:17-CV-194 |

### Stipulation Regarding Neutral Evaluation

Plaintiff, Misty Blanchette Porter, M.D. and defendants, Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health hereby stipulate as follows:

1. Evaluator – Gregory S. Clayton, Esq., Primmer Piper Eggleston & Cramer, PC, P.O. Box 1489, Burlington, VT 05402.

2. Each party shall pay 50% of the regular hourly fee of Mr. Clayton.

3. Plaintiff and defendants agree to participate in the evaluation procedure.

4. Gregory Clayton has agreed to perform the ENE in accordance with the rules of this Court. He has given the parties authority to sign this Stipulation on his behalf.

Dated: January 5, 2018

By: /s/ Geoffrey J. Vitt  
    Geoffrey J. Vitt  
    VITT & ASSOCIATES, PLC  
    8 Beaver Meadow Road  
    P.O. Box 1229  
    Norwich, VT 05055-1229  
    (802) 649-5700  
    gvitt@vittandassociates.com  

    *Counsel for the Plaintiff*  
    *Misty Blanchette Porter, M.D.*

/s/ Tristram J. Coffin  
Tristram J. Coffin  
DOWNS RACHLIN MARTIN PLLC  
Courthouse Plaza  
199 Main Street  
Burlington, VT 05402  
802-863-2375  
tcoffin@drm.com  

*Counsel for Defendants*  
*Dartmouth-Hitchcock Health, et al*

/s/ Gregory S. Clayton  
Gregory S. Clayton