**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

**JEFFREY S. EATON**
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

❏ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

January 8, 2018

Geoffrey J. Vitt, Esq.
Vitt & Associates
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055-1229

Tristram J. Coffin, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

Re:   *Blanchette Porter v. Dartmouth Hitchcock Medical Center et al.*
      Docket No. 5:17-cv-194

Dear Counsel:

Pursuant to the Stipulation filed today, the following evaluator has been assigned to the above-referenced case.

Gregory S. Clayton, Esq., Primmer Piper Eggleston & Cramer PC, 106 Main Street, P.O. Box 349, Littleton, New Hampshire 03561-0349.  (603) 444-4008.

Pursuant to Local Rule 16.1, the parties are now required to do the following:

- Confer with your evaluator to establish a date and time for the ENE session, while considering the specific *attendance requirements* of Local Rule 16.1(g).

- Discuss *compensation* with your evaluator.  The standard fee under Local Rule 16.1(d)(3) is $500 per case to be shared equally by the parties.  Fees are to be paid directly to the evaluator; no money should be sent to the U.S. District Court.

- Please observe the requirements of Local Rule 16.1(h) and (i) regarding *preparation for and conduct of* the ENE session.

If you have any questions, please feel free to contact me.

Sincerely,

*/s/ H. Beth Cota*
ENE Administrator
(802) 951-8113

cc:   Gregory S. Clayton, Esq.