UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| **MISTY BLANCHETTE PORTER, M.D.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Docket No. 5:17-cv-194 |
| ) | |
| **DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

NOW COMES Katherine Burghardt Kramer, Esq., of Katherine Burghardt Kramer Law Office PLLC, and enters her appearance on behalf of the Plaintiff, Misty Blanchette Porter, M.D., in connection with the above-captioned matter.

DATED at Middlebury, Vermont, in the County of Addison, this 19th day of January 2018.

KATHERINE BURGHARDT KRAMER
LAW OFFICE PLLC

/s/ Katherine Burghardt Kramer
Katherine Burghardt Kramer
79 Court St., Suite 3
P.O. Box 23
Middlebury, VT  05753
kbk@kbkramerlaw.com
(802) 349-1627

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018, I electronically filed a true copy of
the Notice of Appearance of Katherine Burghardt Kramer, Esq., with the Clerk of Court using
the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      /s/ Katherine Burghardt Kramer
                                                      Katherine Burghardt Kramer