**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., <br><br> Plaintiff, <br><br> v. <br><br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, <br><br> Defendants. | Case No. 5:17-CV-194 |

**JOINT MOTION TO AMEND DISCOVERY SCHEDULE/ORDER**

Plaintiff Misty Blanchette Porter, M.D. and Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health, by and through their undersigned counsel, hereby jointly move to amend the Discovery Schedule pursuant to Local Rule 26(a)(7) and consistent with the proposed amended schedule attached hereto as Exhibit A.

As grounds for this Joint Motion, the parties state that for good cause, including anticipated scheduling issues during the holidays, the size and factual complexity of this matter, and various disputes between the parties regarding discovery, they need additional time to complete discovery, including depositions of witnesses. Pursuant to Local Rule 26(a)(7), either party may move for an extension of time for good cause. The parties agree that an extension of deadlines as set forth in Exhibit A will permit them to complete discovery in a reasonable period of time. This is the third extension of the discovery schedule or continuance of trial sought by the parties.

.

1

**WHEREFORE**, the parties therefore respectfully request that the Court enter the proposed amended discovery schedule attached hereto as Exhibit A.

Respectfully submitted,

PLAINTIFF
MISTY BLANCHETTE PORTER, M.D.

By her attorneys,

/s/ Katherine Burghardt Kramer
Katherine Burghardt Kramer, Esq.
Katherine Burghardt Kramer
Law Office PLLC
79 Court St., Suite 3
Middlebury, VT 05753
Telephone: (802) 349-1627

Geoffrey J. Vitt
VITT & ASSOCIATES, PLC
8 Beaver Meadow Road
Norwich, VT 05055-1229
Telephone: 802-649-5700
gvitt@vittandassociates.com

DEFENDANTS
DARTMOUTH-HITCHCOCK MEDICAL
CENTER, DARTMOUTH-HITCHCOCK
CLINIC, MARY HITCHCOCK MEMORIAL
HOSPITAL, and
DARTMOUTH-HITCHCOCK HEALTH

By their attorneys,

/s/ Tristram J. Coffin
Tristram J. Coffin
Downs Rachlin Martin PLLC
Courthouse Plaza
199 Main Street
Burlington, VT 05402
Telephone: (802) 863-2375
tcoffin@drm.com

Donald W. Schroeder (admitted *pro hac vice*)
Jessica E. Joseph (admitted *pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617-342-4000
dschroeder@foley.com
jjoseph@foley.com

Dated: December 6, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, I electronically filed a true copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Tristram J. Coffin
Tristram J. Coffin