# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, M.D.,

    Plaintiff,

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,

    Defendants.

Case No. 5:17-cv-194

## INDEX OF EXHIBITS TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS

Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health (collectively, "Defendants"), by and through their attorneys, and pursuant to Rule L(1) of the District of Vermont's Administrative Procedures for Electronic Case Filing, hereby submit an index of the exhibits accompanying Defendants' Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment on All Claims filed herewith.

**Exhibit A:** Exhibit 14 to the deposition of Misty Blanchette Porter, M.D., Volume II, dated July 18, 2019.

**Exhibit B:** Transcript of the deposition of Misty Blanchette Porter, M.D., Volume II, dated July 18, 2019.

**Exhibit C:** Transcript of the deposition of Daniel Herrick, dated July 25, 2019.

**Exhibit D:** Excerpts of the transcript of the deposition of Heather Gunnell, dated August 2, 2019.

4844-6573-5319.1

| | |
|---|---|
| **Exhibit E:** | Transcript of the deposition of Edward Merrens, MD, dated July 30, 2019. |
| **Exhibit F:** | Exhibit 2 to the deposition of Misty Blanchette Porter, M.D., Volume I, dated June 11, 2019. |
| **Exhibit G:** | Transcript of the deposition of Misty Blanchette Porter, M.D., Volume I, dated June 11, 2019. |
| **Exhibit H:** | Exhibit 3 to the deposition of Misty Blanchette Porter, M.D., Volume I, dated June 11, 2019. |
| **Exhibit I:** | Plaintiff's Response to Defendants' First Requests for Admission to Plaintiff Misty Blanchette Porter. |
| **Exhibit J:** | Excerpts of the transcript of the deposition of Leslie DeMars, dated October 23, 2019. |

Dated: January 29, 2020

Respectfully submitted,

*/s/ Tristram J. Coffin*
Tristram J. Coffin
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street
Burlington, VT 05402
Telephone: 802-863-2375
tcoffin@drm.com

and

Donald W. Schroeder (admitted *pro hac vice*)
Jessica E. Joseph (admitted *pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
dschroeder@foley.com
jjoseph@foley.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 29, 2020, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

                                                */s/ Tristram J. Coffin*
                                                Tristram J. Coffin

4844-6573-5319.1