# EXHIBIT H

07/19/2016  10:40    6036508086    PAGE 02/02

EXHIBIT 3
WIT: PORTER
DATE: 6/11/19
Sunnie Donath, RPR, LCR

To Kim Carbonneau



**Dartmouth-Hitchcock**

DEPARTMENT | GENERAL SURGERY

General Surgery
One Medical Center Drive
Lebanon NH 03756-1000
Phone: 603-650-8022
Fax: 603-650-8030

07/19/16

To Whom It May Concern,

Misty Blanchette Porter MD ( ~~[redacted]~~ ) has been followed at DHMC for ~~[redacted]~~. She continues to require accommodations in order to safely resume any work responsibility. Please accept this letter, on behalf of her treatment team, in support of her efforts to return to work:

Recommended accommodations:
- Protected, quiet, private office space
- Very well described, limited duties
    - Limited clinical duties to no more than 12 hours a week, inclusive of administrative time and program development
        - Currently limited to GYN US and IVF related activity only
    - No Main OR or OSC cases
    - No outpatient new patient consults * ? or as requested/vetted by Dr Porter
    - No call
    - No teaching responsibilities
    - Work return will be prolonged and gradual in terms of both multitasking and complexity (Phases of return as outlined by Greg Morneau and Shared with Dr. DeMars)
- Paced activities
- Additional time to complete tasks
    - Built in breaks after 1 ½ hours of work
- Ergonomic accommodations like alternative lighting, screen dimmer, etc.
- * All work-related e-mails should be completed while at the office (no work-e-mails from home)

Please feel free to contact me with additional questions or concerns regarding Misty Blanchette Porter MD.

Sincerely,

[signature]

Deb Fournier MHCDS, APRN
Trauma Division, Section of Trauma and Acute Care Surgery
Department of General Surgery, DHMC

* Request Clarification that there is no expectation that Dr Porter ~~will~~ must respond to emails at home, but that as part of advice that she could chose to do some work at home or complete emails at home