# EXHIBIT A

| | |
|---|---|
| From: | Heather L. Gunnell [Heather.L.Gunnell@hitchcock.org] |
| Sent: | 12/6/2016 1:04:21 PM |
| To: | Albert L. Hsu [Albert.L.Hsu@hitchcock.org]; David B. Seifer [David.B.Seifer@hitchcock.org]; Dennis B. Dela Cruz [Dennis.B.Dela.Cruz@hitchcock.org]; Donna Bedard [Donna.Bedard@hitchcock.org]; Elizabeth C. Todd [Elizabeth.C.Todd@hitchcock.org]; Jennifer A. Blaiklock [Jennifer.A.Blaiklock@hitchcock.org]; Judith H. McBean [Judith.H.McBean@hitchcock.org]; 'Judith H. McBean' (jmcbean@bmhvt.org) [jmcbean@bmhvt.org]; Kathleen J. Mansfield [Kathleen.J.Mansfield@hitchcock.org]; Marlene L. Grossman [Marlene.L.Grossman@hitchcock.org]; Marticiesol P. Lewis [Marticiesol.P.Lewis@hitchcock.org]; Misty M. Blanchette Porter [Misty.M.Blanchette.Porter@hitchcock.org]; Navid Esfandiari [Navid.Esfandiari@hitchcock.org]; Pavel Zagadailov [Pavel.Zagadailov@hitchcock.org]; Sarah H. Gibson [Sarah.H.Gibson@hitchcock.org] |
| CC: | Heather L. Gunnell [Heather.L.Gunnell@hitchcock.org] |
| Subject: | REI slow down |

**\*\*\*Sent on behalf of Dr. DeMars and Dr. Seifer\*\*\***

To all,

We are currently facing an imminent REI nursing crunch that will require significant changes in nursing workflow and task allocation. With Casey and Sharon's departures, we have fewer resources to maintain the quality of care our patients expect.

Effective immediately, we will focus our efforts to provide excellent patient care on the patients who currently have a tentative start date for IVF/FET or IUI in December or January.  For the patients who are waiting for start dates, we will defer their scheduled starts ideally until February.  This will give Marlene and Marti a chance to catch up on the patients that are on the schedule. Pregnancy rates are fantastic, and that is why we come to work each day. Despite the outstanding pregnancy rates we need to make adjustments for the present staffing as we make every attempt to recruit.

Misty, Jude, Albert and Beth:  please help prioritize the patients who are waiting to be scheduled, and help smooth this difficult messaging.  Unless there is a dire need to put another patient on the schedule, the message should be "we want to help you have a baby, and we want to provide the best care possible.  Our calendar can't accommodate any additional cycles."

Everyone in the division is expected to be involved in problem solving, and creativity is a plus.  Heather is hoping to have some Value Institute help in setting up a framework for the group's work.  Thank you in advance for your participation.

lrd
dbs



Heather L. Gunnell
Practice Manager, OB/GYN
heather.l.gunnell@hitchcock.org
dartmouth-hitchcock.org

phone  603.653.9272 |  fax  603.650.0906

A Culture of Caring