# EXHIBIT B

| | |
|---|---|
| From: | David B. Seifer [David.B.Seifer@hitchcock.org] |
| Sent: | 12/16/2016 1:24:43 PM |
| To: | Kathleen J. Mansfield [Kathleen.J.Mansfield@hitchcock.org]; Kelly L. Mousley [Kelly.L.Mousley@hitchcock.org]; Albert L. Hsu [Albert.L.Hsu@hitchcock.org]; David B. Seifer [David.B.Seifer@hitchcock.org]; Dennis B. Dela Cruz [Dennis.B.Dela.Cruz@hitchcock.org]; Donna Bedard [Donna.Bedard@hitchcock.org]; Elizabeth C. Todd [Elizabeth.C.Todd@hitchcock.org]; Heather L. Gunnell [Heather.L.Gunnell@hitchcock.org]; Jennifer A. Blaiklock [Jennifer.A.Blaiklock@hitchcock.org]; Judith H. McBean [Judith.H.McBean@hitchcock.org]; Marlene L. Grossman [Marlene.L.Grossman@hitchcock.org]; Marticiesol P. Lewis [Marticiesol.P.Lewis@hitchcock.org]; Misty M. Blanchette Porter [Misty.M.Blanchette.Porter@hitchcock.org]; Navid Esfandiari [Navid.Esfandiari@hitchcock.org]; P. Casey Dodge [P.Casey.Dodge@hitchcock.org]; Pavel Zagadailov [Pavel.Zagadailov@hitchcock.org]; Sarah H. Gibson [Sarah.H.Gibson@hitchcock.org] |
| Subject: | "Pause" in Jan and week in Feb |

Hello REI Team,

Dr. DeMars, Heather and I met with leadership from the Value Institute this morning and now have more information regarding our plan for focused process improvement.

During the months of January and February we will not see any new patients, and will be limiting our patient appointments to only those necessary for the patients currently in cycle who will need retrievals or transfers in January or February.

Here is the high level breakdown of dates the team will need to be prepared to meet together:
- **January 16-18.** During these days we will be working with Katy Wira and her team as a follow up to the retreat we have several months ago. The focus will be to build on our work and come to a common vision, and to identify the goals and metrics for the process improvement work.
- **January 23-27.** We will use this time to focus on mapping out the current state of our workflows – every process a patient goes through from initial referral to cycle completion. We will likely have all day meetings on the 23rd and 25th with work being done on the days in between.
- **Either the February 6-8 or February 13-15** will be focused on what the new workflows will become. Again, this will include a full day together, with a day or 2 in between for on-the-ground work to be done. This date is still uncertain because we are working to identify which week in February will have the most patient procedures.

Please know that the entire team, along with Katy and Kelly, will be present at these group meetings.

I will reach out to you again as plans become more solid.


Thank you,
David

CONFIDENTIAL
DH0026988