UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., <br><br> Plaintiff, <br><br> v. <br><br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, <br><br> Defendants. | Docket No. 5:17-CV-194 |

## CERTIFICATE OF SERVICE

We hereby certify that on March 6, 2020, the following documents were served via secure email to the following opposing counsel of record:

- Plaintiff's Response in Opposition to Defendants Motion for Summary Judgment
- Plaintiff's Statement of Disputed Material Facts in Support of Plaintiff's Response in Opposition to Defendants Motion for Summary Judgment w/ Exhibits

Donald Schroeder, Esq.
Jessica Joseph, Esq.
DSchroeder@foley.com
JJoseph@foley.com

Tristram J. Coffin, Esq.
tcoffin@drm.com

Respectfully submitted,

Dated: March 6, 2020   By: _____
VITT & ASSOCIATES, PLC

1

Geoffrey J. Vitt
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055-1229
(802) 649-5700
gvitt@vittandassociates.com

KBK LAW
Katherine Burghardt Kramer
6 Mill Street
P.O. Box 23
Middlebury, VT 05753
kbk@kbkramerlaw.com
(802) 989-7943

*Counsel for Plaintiff*
*Misty Blanchette Porter, M.D.*