# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, M.D.

v.                                       Docket No. 5:17-cv-194

DARTMOUTH-HITCHCOCK MEDICAL CENTER, et al.

INDEX OF EXHIBITS

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| Exhibit 1 | Index of Exhibits |
| Exhibit 2 | Declaration of Julia MacCallum, MD |
| Exhibit 3 | Declaration of Michelle Russell, MD |
| Exhibit 4 | Declaration of Sharon Parent |
| Exhibit 5 | Declaration of Dr. Misty Blanchette Porter |
| Exhibit 6 | Leslie DeMars, 10/23/19, Dep. Pgs. 43, 70-71, 111-112, 127 |
| Exhibit 7 | Daniel Herrick, 7/25/19, Dep. Pgs. 16, 123-124 |
| Exhibit 8 | Edward Merrens, ,7/30/19, Dep. Pgs. 74-75, 77, 83 |
| Exhibit 9 | IVF Program, REI, A Workbook to Guide you Through Your Cycle |
| Exhibit 10 | Email w/ attch, Porter to Seifer and DeMars, 6/3/16 |
| Exhibit 11 | Merrens Dep. Ex. 12, Email string, McBean to DeMars, 2/22/17 |
| Exhibit 12 | Email w/ attch, Seifer credentials |
| Exhibit 13 | Padin Dep. Ex. 15, Email, Padin to Porter, 4/11/17 |
| Exhibit 14 | Merrens Dep. Ex. 25, Email string, Merrens, DeMars, Herrick, 5/12-14/17, REI and Misty |
| Exhibit 15 | Merrens Dep. Ex. 23, Email, Merrens to Maxfield, 5/12/17 |
| Exhibit 16 | Merrens Dep. Ex. 24, Email string, Merrens and Herrick, 5/12/17 |
| Exhibit 17 | Merrens Dep. Ex. 20, Email string, Merrens to Giglio et al., 5/2/17 |
| Exhibit 18 | Merrens Dep. Ex. 18, Email, DeMars to Herrick, 4/25/17 |
| Exhibit 19 | Merrens Dep. Ex. 17, Email string w/attch, Gunnell to Herrick, DeMars, 4/19/2017, re: REI/IVF Action Plan |
| Exhibit 20 | Email w/attch. Gunnell to Padin, Merrens, Herrick, RE: PRAF – OB/GYN Generalist, 7/14/17 |

1

| Exhibit 21 | Herrick Dep. Ex. 18, Email string, Pizzuti, Gunnell, Erekson, 9/28/17, Business Plan for REI |
|---|---|
| Exhibit 22 | Plaintiff's Response to Defendant DHMC's First Set of Interrogatories |