# EXHIBIT 7

### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
Case No. 5:17-cv-194

MISTY BLANCHETTE PORTER, M.D.,
    Plaintiff

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER,
DARTMOUTH-HITCHCOCK CLINIC,
MARY HITCHCOCK MEMORIAL HOSPITAL,
and DARTMOUTH-HITCHCOCK HEALTH,

    Defendants.

DEPOSITION OF DANIEL HERRICK
taken on behalf of the Plaintiff at Norwich,
Vermont, on July 25, 2019, at 9:54 a.m., before
Cynthia Foster, Registered Professional
Reporter.

### Page 2

APPEARANCES:
    Geoffrey Judd Vitt, Esquire
    Sarah Nunan, Esquire
    Vitt & Associates, PLC
    8 Beaver Meadow Road
    P.O. Box 1229
    Norwich, Vermont, 05055, on behalf of the
    Plaintiff, Misty Blanchette Porter, M.D.

    Katherine Burghardt Kramer, Esquire
    KBK Law
    6 Mill Street
    P. O. Box 23
    Middlebury, Vermont, 05753, on behalf of the
    Plaintiff, Misty Blanchette Porter, M.D.

    Donald W. Schroeder, Esquire
    Foley & Lardner, LLP
    111 Huntington Avenue, Suite 2500
    Boston, Massachusetts, 02199-7610, on behalf of
    the Defendants, Dartmouth-Hitchcock Medical
    Center, Dartmouth-Hitchcock Clinic, Mary
    Hitchcock Memorial Hospital, and
    Dartmouth-Hitchcock Health.

### Page 3

| # | Description | Page |
|---|---|---|
| 1 | Email, DeMars and Herrick, 3/29/17, DH0011363-65 | 41 |
| 2 | Email, Herrick to DeMars and Shields, 4/18/17, DH0011253-54 | 46 |
| 3 | Email, Gunnell and Herrick and DeMars, 4/19/17, DH0009582 | 52 |
| 4 | Email, Gunnell and Herrick and DeMars, 4/21/17, DH0009574 | 63 |
| 5 | Email, Gunnell and Herrick and DeMars, 4/21/17, DH0009574-76 | 64 |
| 6 | Email, Herrick to Gunnell, 4/21/17, DH0009572-73 | 69 |
| 7 | Email, DeMars to Herrick, 4/25/17, DH0025744-45 | 75 |
| 8 | Email, DeMars and Herrick, 4/27/17, DH0004461-62 | 96 |
| 9 | Email, Gunnell to Herrick, 4/28/17, DH0008918-19 | 101 |
| 10 | Email, Gunnell to Herrick and DeMars, 4/28/17, DH0008916-17 | 101 |
| 11 | Email, Gunnell to Herrick, 5/1/17, | |

### Page 4

| # | Description | Page |
|---|---|---|
| 12 | Email, Giglio to Merrens, 5/2/17, DH0026715-16 | 105 |
| 13 | Email, DeMars to Merrens, 5/14/17, DH0010594-96 | 109 |
| 14 | Email, Herrick to Merrens, 5/12/17, DH0010582 | 121 |
| 15 | Email, Gunnell to Herrick, 6/6/17, DH0015547-48 | 128, 134 |
| 16 | Email, DeMars to Strohbehn, et al, 6/14/17, DH0009476-78 | 131 |
| 17 | Email, Padin to Merrens, 6/22/17, DH0013227 | 135 |
| 18 | Email, Pizzuti to Gunnell, 9/28/17, DH0015529-30 | 137 |
| 19 | Email, Birenbaum to Merrens, 5/12/17, DH0009053 | 139 |
| 20 | Email, Gunnell to Herrick, 6/7/17, | |

**Page 13**

1   A   We made that recommendation to Ed Merrens.
2   Q   Who made the decision to stop or close the REI
3       Division?
4   A   I strongly advocated for it and asked permission
5       to do it. I guess the question, that's a hard
6       question to answer in an organization. I mean,
7       I guess the higher up, had to be a higher up so
8       it was approved by Ed Merrens.
9   Q   Did it go to the CEO?
10  A   I don't believe that the decision went to the
11      CEO. I believe it was made by Ed Merrens who at
12      the time I believe was the Chief Clinical
13      Officer.
14  Q   Do you know if it went to the Board?
15  A   I do not know that it went to the Board, no.
16  Q   Why was the decision made to close the division?
17  A   I think that was pretty straightforward. It was
18      marginally profitable. It was at that time
19      totally dysfunctional. We were unable to
20      sustain staff to run the operation. Patients
21      were not getting the care that they deserved,
22      and we were not able to provide care that was to
23      the reputation of Dartmouth-Hitchcock.
24  Q   Anything else?
25  A   No.

**Page 14**

1   Q   In April of 2017, the physicians in the REI
2       Division were David Seifer, Albert Hsu,
3       Dr. Misty Porter, and Judy McBean was on a per
4       diem basis. Do you know of any others?
5   A   I do not.
6   Q   So Dr. Seifer and Dr. Hsu were both fairly new
7       employees, correct?
8   A   Fairly new meaning?
9   Q   Couple years max?
10  A   Yeah, within three years.
11  Q   Okay. Dr. Porter was also terminated, correct?
12  A   The entire program was shuttered so all of the
13      providers were terminated.
14  Q   So she had been there for 21 years. Was there
15      any question about her competence as a
16      physician?
17  A   As a physician, I don't believe so. Not that
18      I'm aware of.
19  Q   Do you think you would have been aware of it if
20      there were concerns?
21  A   Not necessarily, no. I'm an administrative vice
22      president so I would only be involved
23      tangentially.
24  Q   Do you think that if there were concerns about
25      her competence, there's a possibility that

**Page 15**

1       wouldn't have filtered to you?
2   A   Yes. That's true.
3   Q   Why was her employment terminated?
4   A   She was terminated along with the closure of the
5       REI program.
6   Q   So because she was in the program and because
7       the program was closed, therefore her employment
8       was terminated?
9   A   That's correct.
10  Q   Anything else?
11  A   No.
12  Q   How long have you been working at
13      Dartmouth-Hitchcock?
14  A   Eight and a half years.
15  Q   During that period of time, has
16      Dartmouth-Hitchcock closed any division or group
17      of the size of the REI Division?
18  A   I'm not aware of, that we have.
19  Q   You'd probably be aware if it had occurred,
20      right?
21  A   If it were within my purview. 10,000 people
22      work there. I'm not privy to everything.
23  Q   I don't think you were, but I mean if a division
24      had been closed in the 8 and a half years that
25      you worked there, don't you think you would know

**Page 16**

1       about that?
2   A   I might have. I don't know. I mean, it's
3       possible that I, it could have closed and I
4       would not know about it.
5   Q   Okay. But to the best of your knowledge, no
6       other division had been closed, right?
7   A   To the best of my knowledge, that's correct.
8   Q   At the time that the division was closed, was
9       there a demand for the services that the REI
10      Division provided?
11  A   Yes.
12  Q   Had the division had a long history of exemplary
13      service for women not only in the area but
14      throughout northern New England?
15  A   I don't know what "exemplary" means. I mean --
16          MR. SCHROEDER: Objection. Calls for
17      speculation.
18  Q   You don't know what "exemplary" means?
19  A   Not in your terms. So, as I said, we recognized
20      that the REI program was not able to continue to
21      provide the level of care that is up to the
22      reputation of the standards of
23      Dartmouth-Hitchcock which is one of the reasons
24      that we closed it.
25  Q   Okay. I was asking you about the history of the

Daniel Herrick - July 25, 2019

## Page 121

1  A  Not always.
2     (Exhibit 14 marked for identification)
3  Q  I show you what's been marked Exhibit 14.
4     Have you read it?
5  A  I've read it.
6  Q  So you begin, this is a email that you wrote to
7     Ed Merrens, right?
8  A  Yes.
9  Q  And "Ed, I am not including Leslie in this
10    response," close quote. Why?
11 A  I elected not to include her.
12 Q  I beg your pardon?
13 A  I elected not to include her.
14 Q  There have been a fair number of emails which
15    we've identified and much more that I could pull
16    out where you, Leslie DeMars, Heather Gunnell
17    are going back and forth on a ton of issues.
18    This is the first one I've seen that doesn't
19    include her. So what happened?
20 A  I was trying to -- I just decided that this
21    would not be helpful for me to share with
22    Leslie.
23 Q  In what respect?
24 A  It would not help our personal relationship in
25    terms of going forward.

## Page 122

1  Q  Did you expect there was going to be a personal
2     relationship going forward?
3  A  She was the Chair and I was her administrative
4     partner. As long as she was the Chair, there
5     would be that relationship.
6  Q  Were you aware of discussions as of May 12 about
7     the possibility of her stepping down voluntarily
8     or involuntarily as the Chair?
9  A  So I don't know exact date. Likely I was aware
10    that the conversations were going on, but I also
11    had been aware that no decision had been made.
12 Q  And who was involved in those discussions?
13 A  That would have been Ed Merrens and Maria Padine
14    and whoever else they would talk to. Perhaps
15    Aimee Giglio.
16 Q  Had anyone asked your opinion, not in writing
17    but some shape, matter or form, essentially,
18    Daniel, should we keep her, should she step down
19    as Chair, anything like that?
20 A  Something like that, sure.
21 Q  And how did you weigh in?
22 A  That we could probably, that another Chair would
23    probably be more effective.
24 Q  So as of this date, you'd already weighed in
25    saying we ought to get her to step down, right?

## Page 123

1  A  That another Chair would be more effective than
2     her.
3  Q  Okay. In the next sentence you say, "Based on
4     my observations and interactions, Misty has been
5     the biggest driver to the dysfunction within
6     REI." What observations are you referring to?
7  A  So all of this would have been based on
8     observations in her interactions with Leslie and
9     Heather about what was going on in terms of
10    conversations, and in terms of how this
11    program -- observations may not have been an
12    appropriate word, but it was my interactions and
13    discussions with Leslie and Heather related to
14    the fact that Misty was the biggest issue.
15    Leslie continued to say that a number of times.
16 Q  Okay. So am I correct based upon what you just
17    said in concluding that you had no observations
18    of Misty Porter's behavior?
19 A  Yes. That's correct.
20 Q  Okay.
21 A  I have no observations of Misty herself related
22    to this, any negative or positive.
23 Q  Have you met her?
24 A  Yeah, I've met her a few times, but I've never
25    really interacted with her other than socially,

## Page 124

1     you know, hi, how are you said in a meeting.
2     Never been in an operating room with her, never
3     been with a patient with her.
4  Q  Okay. So in terms of how she deals with
5     patients, her talents as the ultrasound or in
6     the OR, you have no information that you can
7     provide about any of those today?
8  A  That's correct. So this is intended to be more
9     about my interactions. Observations is again
10    inarticulate. My observations or my
11    interactions with Leslie and the feedback that I
12    get from Leslie and from Heather.
13 Q  So tell me what Heather Gunnell said about Misty
14    being a driver of dysfunction.
15 A  I think, I can't quote her specifically. I
16    would say she confirmed with Leslie and maybe
17    gave examples that I can't rely on from a
18    specific standpoint regarding the fact that
19    Misty is able to manipulate Leslie. So as an
20    example, again, I don't have specifics, but
21    Leslie and I or Leslie and Heather and I or
22    Leslie and Heather may have a conversation and
23    Leslie will agree on a plan of action. Once
24    that conversation between Leslie and Misty
25    happens, Leslie will come back and have a