# EXHIBIT 8

**EXHIBIT**
**8**

# In The Matter Of:

*Misty Blanchette Porter, MD v.*
*Dartmouth-Hitchcock Medical Center, et al.*

---

*Edward Merrens, MD*
*Vol. 1*
*July 30, 2019*
*Confidential*

---

*Verbatim Reporters*
*(802)869-1665*
*verbatim@vermontel.net*

Original File 73019MERRENS.TXT
Min-U-Script® with Word Index

**C O N F I D E N T I A L**
**Confidential**

74

1  the division.  I don't know how it was posted or what

2  the, what the, what the recruitment process was.

3  Q.   Are positions normally posted, or is there

4  sometimes a, just a one-on-one individual recruitment

5  effort?

6  A.   Usually, we have a -- usually, we have a search

7  process.  That may be a national search.  It may be, it

8  may be more informal.  It may be an internal search.

9  I'm not aware of the process that was, that the REI

10 division director recruitment undertook.

11 Q.   If you could, just tell me a little bit more about

12 what's the normal course for hiring, especially at a

13 division director level?

14 A.   Typically, it involves a national search, reaching

15 out to national societies and meetings, print ads,

16 networking amongst people, applicants, a search

17 committee, a winnowing process, interviewing potential

18 candidates, and making an offer.

19 Q.   Did you have any concerns about hiring of David

20 Seifer in 2016?

21 A.   Yes.

22 Q.   What were those concerns?

23 A.   I led our credentials committee at that time, and

24 his hiring was -- initially, he was hired in an

25 administrative role to join Dartmouth as the division

1    director, and then he was brought in a short period of

2    time to be into a clinical role.  So there was some

3    process there that we had some concerns about that,

4    and, independently, members of Oregon Health & Science

5    reached out to our faculty with concerns about his

6    practice, and those were discussed at our credentials

7    committee and with Dr. DeMars.

8    Q.   What was the nature of the concerns of his

9    colleagues?

10   A.   The concerns were that he didn't have the breadth

11   of -- he, he had a more limited focus in terms of his

12   approach to reproductive endocrinology, although

13   accomplished and everything.  His type of -- he had a

14   different practice style and maybe different

15   capabilities than his colleagues at OHSU, and those,

16   those perspectives were shared with members at

17   Dartmouth, and there was, there was the suggestion that

18   he had also been asked to cease providing care in some

19   areas, and in my role I asked for more clarification

20   around his status at OHSU, the procedures he was asked

21   to stop, and whether this had been fully vetted for his

22   role here.

23   Q.   You described that Dr. Seifer had a limited

24   breadth of skills.  Did you have any concern about

25   whether somebody with a limited breadth of skills was a

C O N F I D E N T I A L
Confidential

77

1   time, but we had a committee that reviewed all

2   applicants.  We actually had Dr. DeMars come before the

3   committee to explain her rationale for bringing him

4   forward and her understanding.  She explained that she

5   thought the role here would be different, he would be a

6   good fit and would be -- he was an accomplished

7   physician in his own right and that she was, had

8   expressed that she was not pleased that people from

9   OHSU had contacted us and expressed this concern

10  without her being able to counter it to some degree,

11  but there were concerns, and she ensured the committee

12  and myself that she would take personal responsibility

13  that he would be a success.

14  Q.   Did you rely on her statements of support of

15  Dr. Seifer in -- well, I guess I should back up.

16       Did you, did you feel that your concerns were

17  adequately addressed?

18  A.   Yes.

19  Q.   And did you -- I don't know what the right word is

20  -- approve, endorse, give a seal of approval to the

21  hiring of Dr. Seifer?

22  A.   We allowed her to hire Dr. Seifer with the

23  understanding that she would ensure that he would be a

24  success in this role.

25  Q.   What did that mean?

C O N F I D E N T I A L
Confidential

83

1   A.    She expressed this when she met with the

2   committee, and that was a similar perspective.  I don't

3   know why she thought that.  I think her -- what we

4   understood at the time was that he may have had a

5   falling-out with his peers over issues that were not

6   around -- they just didn't -- it wasn't a good fit, and

7   I think she was saying this wasn't, he didn't have a

8   good fit and this is going to be a better fit and

9   didn't feel like their perspective as his peers was

10  justified.  I think that's how we understood it.

11       Clearly, my understanding was that this hire was

12  hers to ensure success.  That's how she left the

13  meeting.

14  Q.    And, if it was not successful, what was the

15  consequence?  What was understood to be the

16  consequence?

17  A.    That it, this was, you know, this was on her and

18  her role and her, you know, if there's decisions about

19  her competence as a chair and her ability to lead this

20  division, if this is a -- you know, this would be --

21  she would own this in terms of a decision she made at a

22  leadership level but had implications for the

23  organization.

24  Q.    It seems like this situation with the hiring of

25  Dr. Seifer stands out pretty clearly in your mind.  Is