# EXHIBIT 9



EXHIBIT 9

# IVF

# PROGRAM

REPRODUCTIVE ENDOCRINOLOGY
AND
INFERTILITY

A WORKBOOK TO GUIDE
YOU THROUGH YOUR CYCLE

BRING TO EACH APPOINTMENT

**TO CONTACT US:**
Monday-Friday 8a-5p, call 603-653-9233, nurse triage line

Monday-Friday after 5p. Voice Mail at 603-653-9233,
message will be responded to in the morning after 8am.

Emergent questions after 5 Monday to Thursday
call 603-650-5000,
page infertility MD on call.

Friday night, Saturday and Sunday, call 603-653-9233,
Voice Mail or page infertility nurse on call

PAGER: call 603-650-5000

After Hours: Nurses Station/Voice Mail
603-653-9233

CONFIDENTIAL

# ABOUT OUR PROGRAM

Reproductive Endocrinology and Infertility is a division of the Department of Obstetrics and Gynecology at Dartmouth-Hitchcock Medical Center. Our IVF program is comprised of highly skilled professionals including: physicians, nurse practitioners, nurses, embryologists, a clinical social worker and other health care professionals dedicated to providing you with advanced infertility care and treatment. It is our experience that this is best accomplished by a team approach, working in collaboration with you and your partner to develop an individualized treatment plan. We encourage you to participate in this ongoing process.

### WHO IS "THE TEAM"?

As you progress through your cycle, you will see some or all the various team members. The IVF Coordinator is your contact person, and if necessary, she can put you in touch with other team members. YOU are the focal member of the team, so communication between you and the rest of the team is VITAL. Many couples/individuals find advanced infertility treatment to be unusually stressful, often associated with anxiety, frustration and disappointment. Our experience has shown that open communication between you and the rest of the team is imperative, and we encourage you to discuss any concerns with us.

CONFIDENTIAL                                                                                       DH0026034

# THE REPRODUCTIVE ENDOCRINOLOGY TEAM

Misty Blanchette Porter, M.D. ~ IVF Medical Director
Albert Hsu, M.D. ~ Reproductive Endocrinologist
Judith McBean, M.D. ~ Reproductive Endocrinologist

Navid Esfandiari, Ph.D, HCLD ~ IVF Lab Director

Walli Croteau, BS ~ IVF Lab Technician
Jennifer Blaiklock, BS ~ IVF Lab Technician
Dennis Dela Cruz, ~BS~ IVF Lab Technician
Pavel Zagadailov~ Embryologist

Elizabeth Todd, ARNP ~ Nurse Practitioner

Casey Dodge, RN ~ OB/GYN ~ IVF Nurse Coordinator

Sharon Parent, RN ~ OB/GYN ~ IVF Nurse Coordinator

Marlene Grossman, RN ~ OB/GYN ~ IVF Nurse Coordinator

Teresa Candido, MSW ~ Behavioral Health

Donna Bedard ~ Program Secretary
    603-653-9240

Valerie LaCroix ~ Genetics counselor

Financial Information Coordinators

CONFIDENTIAL                                                                                          DH0026035