# EXHIBIT 11



From: Judith McBean [jmcbean@bmhvt.org]
Sent: 2/22/2017 11:19:41 PM
To: Leslie R. DeMars [Leslie.R.DeMars@hitchcock.org]
Subject: RE: confidential review **External**

CONFIDENTIAL

Dear Dr. Demars:

I am writing in response to your request for feedback regarding Dr. Seifer.

I write with concern regarding technical skills, leadership, and practicing the standards of care :

Technical skills:

-Dr. Seifer has been a practicing REI physician for years, but upon arrival did not seem to understand our system for oocyte retrieval,which is the current standard of care and has been for over 7 years (single lumen needle)

-he does not do the standard fertility surgeries of hysteroscopy and laparoscopy, in a small program a broad set of skills is critical for success in a small program

-limited ultrasound skills both in performing and interpreting

-limited skill set does not suit an academic center


Standard of Care:

-I have concerns regarding practice outside of ASRM standard of care:

-screening and evaluation of patients is often incomplete or scattered and causes concern in patients

-IUI timing/clomid alone for UEI

-consenting and recommendation of treatments such as PGS has been inconsistent

-conversations regarding ASRM guidelines during team meetings can be difficult do not reflect current standards


Leadership:

-This is the most difficult area to describe but is perhaps the most critical for the well being of both the division and the department

-Upon arrival Dr. Seifer has focused on the IVF program, collecting and looking at data, frequently to the distraction of the lab and nurses. Often using small amounts of data that are in fact inaccurate.

-I have not had the impression that he is assessing all aspects of the division: looking at all of the services offered, referral base, locations. This will be critical for continued success of the division

-Dr. Seifer has not been effective in working with Dr. Porter and has frequently avoided seeking her out for institutional information that would be helpful in problem solving (ie anesthesia and staffing for retrievals)

-Dr. Seifer was disrespectful to Sharon as she prepared for retirement. After Casey was unexpected let go we were critically short handed, Sharon has both the depth of knowledge and long term clinical experience necessary to help solve this problem and train our newest nurse. She was willing to stay and help in a more limited basis, but was marginalized and not encouraged to continue working. We are now in a crisis situation and not providing good care.

CONFIDENTIAL                                                                                                    DH0025543

-One of the biggest concerns that I have is with regard to his management of Albert Hsu. Albert does not have an adequate skill set with regard to surgery and patient care. He regularly practices outside of ASRM standards with regard to IVF which is both ineffective and costly to patients. His surgical skills endanger patients. Dr. Seifer has not addressed this issue and there has been no improvement in his practice.

I would be happy to speak with you in person if you would like any further clarification.

Respectfully submitted,

Judith McBean, MD

---

From: Leslie R. DeMars [Leslie.R.DeMars@hitchcock.org]
Sent: Thursday, February 16, 2017 3:13 PM
To: Heather L. Gunnell; Albert L. Hsu; Dennis B. Dela Cruz; Donna Bedard; Elizabeth C. Todd; Jennifer A. Blaiklock; Judith H. McBean; Judith McBean; Kathleen J. Mansfield; Kelly L. Mousley; Marlene L. Grossman; Marticiesol P. Lewis; Misty M. Blanchette Porter; Navid Esfandiari; Pavel Zagadailov; Sarah H. Gibson; Elizabeth Y. Gosselin
Subject: confidential review

To all,
Thank you all for your hard work with the retreats that we have had with the Value Institute. I am looking forward to the report out, and the plans for the next few weeks/months.

I asked you all for comments at the end of Dr. Seifer's initial evaluation period in the fall. It is time for another assessment. Please send me comments that you have regarding his performance thus far as division chief. Specifically, I am interested in your perspective of his clinical work, his leadership to date, and the potential for REI to work as a connected team in the future. I would like to hear your comments, whether good or bad, in writing or in person. They are confidential and protected under the credentialing and privileging process. I would appreciate it if I could hear back over the next week.

Leslie R. DeMars, MD
Chair, Dept. of Obstetrics and Gynecology
VP Women's Health Service Line
Associate Professor, Geisel School of Medicine at Dartmouth

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

---

The information contained in, or attached to, this e-mail, may contain confidential information and is intended solely for the use of the individual or entity to whom it is addressed and may be subject to legal privilege. If you have received this e-mail in error you should notify the sender immediately by reply e-mail, delete the message from your system and notify your system manager. Please do not copy it for any purpose, or disclose its contents to any other person. The views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the company. The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for any damage caused, directly or indirectly, by any virus transmitted in this email.