# EXHIBIT 12

| | |
|---|---|
| From: | Patricia J. Spencer [Patricia.J.Spencer@hitchcock.org] |
| Sent: | 1/19/2017 11:30:13 AM |
| To: | Maria D. Padin [Maria.D.Padin@hitchcock.org]; Jocelyn D. Chertoff [Jocelyn.D.Chertoff@hitchcock.org]; Leslie R. DeMars [Leslie.R.DeMars@hitchcock.org] |
| CC: | Kayla L. Hollis [Kayla.L.Hollis@hitchcock.org]; Michele F. Scearbo [Michele.F.Scearbo@hitchcock.org] |
| Subject: | Confidential - Other Consideration Follow-Up Seifer |
| Attachments: | SeiferD_OC_Follow-Up_2017-01-24 CC Mtg.pdf |

Thank you all for the meeting this morning. It was most helpful!

Enclosed is the DRAFT version of the Other Consideration form to be sent to the Boards.

The Credentials Committee Other Consideration form will remain the same as the one attached to the packet of information uploaded for the 1/10/17 Credentials Committee meeting. The one exception being that the Follow-Up section for the January 10, 2017 Credentials Committee meeting will be updated to the language for the January 24, 2017 meeting as written in the enclosed document.

Please let me know if there are any changes needed. Once I know you are okay with the document we will upload the information for next week's Credentials Committee meeting.

Thank you again and have a good rest of the day! ☺
Patty

**Patty J. Spencer**
Director, Medical Staff Office
patricia.j.spencer@hitchcock.org
dartmouth-hitchcock.org
phone: 603.653.1467 | fax: 603.653.1470

*Credentialing is the silent foundation on which patient safety is built.*



Dartmouth-Hitchcock
— A CULTURE OF CARING —

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE: The information contained in this email message, and in any accompanying documents, may be proprietary, confidential and/or privileged information which belongs to Dartmouth-Hitchcock and is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient of this information, you are hereby notified that any disclosure, copying, distribution, or, the taking of any action in reliance on this information, is strictly prohibited. If you have received this message in error, please immediately notify the sender by e-mail and delete this original message. Thank you.

# D-H Credentialing File with Other Considerations
# Follow-Up

**David B. Seifer, MD**
Service Line:   Obstetrics & Gynecology
Primary Service:   Reproductive Endocrinology & Infertility

---

## Initial Appointment File from May 31, 2016

**Other Consideration:** Verification Response

**Description:**
Evaluations from peers, where Dr. Seifer worked from 11/2014 to 4/2016, were received that had below average ratings and indicated there had been complaints.

**Service Line Comments:** Leslie DeMars, MD, Obstetrics and Gynecology Service Line Leader called the evaluator regarding the negative responses. It was determined that both the evaluator and Dr. Seifer agreed that the position was not a good fit for Dr. Seifer. The evaluator confirmed there was no quality of care or competency concerns.

**Committee Discussion:**   Dr. DeMars was asked to develop a "Three month proctoring plan" outlining the D-H goals for Dr. Seifer.   The evaluation was requested to include reviewing interactions with peers, nurses, office personnel and patients, as well as his clinical competencies.

The Committee reviewed the proctoring plan that Dr. DeMars submitted and the Committee was supportive of the plan and Dr. Seifer's appointment.

---

## Follow-Up for the January 24, 2017
## Credentials Committee Meeting

**Service Line Comments:** Dr. Demars submitted the required 360 evaluation.   The recommendation is that Dr. Seifer has successfully completed his required proctoring plan.

**Committee Discussion:** The detailed evaluation was primarily positive.   Upon review of the evaluation by the Credentials Committee Chair and the CMO, there were questions regarding the negative comments that required follow-up.   A meeting was held with Dr. Demars to discuss the evaluation.   At the conclusion of the meeting it was determined that several of the negative comments provided in the evaluation were contributed by a potentially biased source.   Dr. Demars noted that Dr. Seifer has been open to constructive feedback and is working on his situational awareness skills.   Dr. Demars is working diligently with the entire team around many areas of practice including communication and communication styles.