# EXHIBIT 13

EXHIBIT 13

EXHIBIT 15
WIT: Padin
DATE: 9/25/19
Cynthia Foster, RPR, LCR

**From:** Misty M. Blanchette Porter [/O=DARTMOUTH HITCHCOCK MEDICAL CENTER/OU=DHMC/CN=RECIPIENTS/CN=MISTYP]
**Sent:** 5/8/2017 9:11:24 AM
**To:** Misty Blanchette Porter [mbporter@me.com]
**Subject:** FW: Thank you and Op Note

---

**From:** Maria D. Padin
**Sent:** Tuesday, April 11, 2017 11:21 AM
**To:** Misty M. Blanchette Porter <Misty.M.Blanchette.Porter@hitchcock.org>
**Subject:** RE: Thank you and Op Note

Misty
You are a talented surgeon. Thanks for inviting me to your case.
Maria

---

**From:** Misty M. Blanchette Porter
**Sent:** Tuesday, April 11, 2017 10:12 AM
**To:** Maria D. Padin <Maria.D.Padin@hitchcock.org>
**Subject:** Thank you and Op Note

Maria,

Thank you again for proctoring, and for your kind encouragement.

I dictated the OP report (please let me know if the report needs signature).

The documentation may come back to you since you are the proctoring provider. Please let me know and I will review and sign.

Regards,

MBP

DH0013886