# EXHIBIT 15



From: Edward.J.Merrens@hitchcock.org [Edward.J.Merrens@hitchcock.org]
Sent: 5/12/2017 2:19:15 PM
To: Victoria B. Maxfield [Victoria.B.Maxfield@hitchcock.org]
Subject: Re: Ob/Gyn Department

Victoria,

Thanks for your email. The recommendations around closing the program and its staff were at the recommendation of Dr. Demars. As you know Dr. Porter currently works at 20% of her time currently and I'm not sure of her interest in staying on if the infertility part were to cease. I'm clearly aware how difficult this is for patients and staff. I have been answering emails all week, heartfelt concerned and sad at this transition. I completely understand.

Sincerely,

Ed

........................................................................................................
Edward J. Merrens, MD, MS
Chief Clinical Officer | Dartmouth-Hitchcock
One Medical Center Drive, Lebanon, New Hampshire, 03756 USA
(603) 650-8960 | edward.j.merrens@hitchcock.org | dartmouth-hitchcock.org


On May 12, 2017, at 1:20 PM, Victoria B. Maxfield <Victoria.B.Maxfield@hitchcock.org> wrote:

Dear Dr.Merrens,

Thank-you for taking the time and explaining the recent closing of the REI division. I know this was not an easy decision to make, was not made hastily, and had to be done at this time. Unfortunately employee jobs had to be laid off and the one that was most disturbing to hear was Dr. Misty Blanchette Porter.

I have been employed here in the OB/GYN clinic up to 18 years and the past 8 years being the Nurse Coordinator for Uro/GYN and Charge Nurse. I have known Dr. Porter for the past 18 years but during the past 5 to 6 years I have also been her gyn surgical nurse taking care of all her post op patients due to staffing issues in REI. Working with Dr. Porter was an honor. She always expressed appreciation for assisting her in the care of her patients. Her expertise in gynecologic ultrasounds, myomectomies, hysteroscopy, and gyn surgeries provide a level of care to women that is not available from other members of the Gynecology staff. She also provides reproductive endocrinology expertise separate from infertility. Dr. Porter has been part of us for over 20 years and her skills in REI and GYN will be missed.

Our department is short staffed already with GYN MD's and my own Uro/Gyn division has worked understaffed for over a year. We fortunately are in the interviewing process now.

I do hope there is a way we could still keep Dr. Porter as a non-infertility REI specialist, GYN surgeon and expert in gynecologic imaging. Her expertise and skills are greatly needed!

Again, thank-you for addressing our department.


Best,
Vicki Maxfield

\<image001.jpg\>
Victoria B. Maxfield, RN
Nurse Coordinator
Division of Female Pelvic Medicine and Reconstructive Surgery
Department of Obstetrics and Gynecology
Victoria B. Maxfield@hitchcock.org
dartmouth-hitchcock.org

phone 603.653.9312 | fax 603.650.0902

A Culture of Caring

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

CONFIDENTIAL

DH0006601