# EXHIBIT 16



From:     Daniel P. Herrick [Daniel.P.Herrick@hitchcock.org]
Sent:     5/12/2017 3:07:51 PM
To:       Edward J. Merrens [Edward.J.Merrens@hitchcock.org]
Subject:  Re: REI and Misty

Ed, I am not including Leslie in this response.   Based on my observations and interactions, Misty has been the biggest driver to 'the dysfunction within REI.   The personal relationship that Leslie has with Misty contributed significantly to this not being addressed in an appropriate and timely manner.   There is no question regarding competence however I have also received unsolicited input from a surgeon who has been here for a long time thinking out loud that it's about time.   It will be interesting to see how Leslie responds.

Sent from my iPhone

On May 12, 2017, at 14:26, Edward J. Merrens <Edward.J.Merrens@hitchcock.org> wrote:

Leslie,
I am getting inundated with heartfelt and long emails wondering why Misty can't stay on to do her ultrasound complex operative and teaching role even if we end REI. I suspect that you considered this in the evaluation the program and your knowledge of Misty. I just need to know how better to answer this question.

Ed
........................................................................................
Edward J. Merrens, MD, MS
Chief Clinical Officer | Dartmouth-Hitchcock
One Medical Center Drive, Lebanon, New Hampshire, 03756 USA
(603) 650-8960 | edward.j.merrens@hitchcock.org | dartmouth-hitchcock.org

CONFIDENTIAL                                                                                                                      DH0010582