# EXHIBIT 19

| | |
|---|---|
| From: | Heather L. Gunnell [/O=DARTMOUTH HITCHCOCK MEDICAL CENTER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEATHER L. GUNNELLC09] |
| Sent: | 4/19/2017 3:06:49 PM |
| To: | Daniel P. Herrick [Daniel.P.Herrick@hitchcock.org]; Leslie R. DeMars [Leslie.R.DeMars@hitchcock.org] |
| Subject: | RE: REI / IVF Action Plan |
| Attachments: | REI and IVF Pro-Forma Breakdown FY17.xlsx |

I added a brief staffing plan for both a complete shutdown and a rebuild. My assumption is that MBP will be refocused to Gyn U/S.

Also included the expense breakdown for the cost of keeping the lab open for 1 year.

*Heather*

Heather L. Gunnell
Practice Manager, OB/GYN
heather.l.gunnell@hitchcock.org
phone  603.653.9272  |  fax  603.650.0906

---

**From:** Daniel P. Herrick
**Sent:** Wednesday, April 19, 2017 1:03 PM
**To:** Leslie R. DeMars <Leslie.R.DeMars@hitchcock.org>; Heather L. Gunnell <Heather.L.Gunnell@hitchcock.org>
**Subject:** REI / IVF Action Plan
**Importance:** High

Please see attached and share your thoughts on additional action items.

Daniel P. Herrick
Vice President for Perioperative and Surgical Services
Dartmouth-Hitchcock.org
phone  603.650.4233
page 5422



Dartmouth-Hitchcock
— A CULTURE OF CARING —

EXHIBIT 17
WIT: MELLANS
DATE: 7/30/19
Sunnie Donath, RPR, LCR

# Document Produced in Native Format

HIGHLY CONFIDENTIAL- AEO

DH0009583

Dartmouth-Hitchcock - Lebanon
Women's Health Services - REI Program
FY2016 & FY2017 Estimate - Based on Annual PFEA Detail
PRO-FORMA Profit & Loss Statement

| | IVF (Includes Lab) | | FY17 Annualized REI | | Total | | Proposed Actions |
|---|---|---|---|---|---|---|---|
| Gross Patient Service Revenue | $ 7,560,527 | | $ 1,150,386 | | $ 8,710,913 | | **1. Discontinue IVF program** |
| Less Deductions | 3,950,118 | 52.2% | 639,103 | 55.6% | 4,589,221 | 52.7% | o Currently treating 6 patients which we will continue to support through completion of current course (estimated complete mid-May) |
| Net Patient Service Revenue | $ 3,610,409 | 47.8% | $ 511,283 | 44.4% | $ 4,121,692 | 47.3% | |
| Fixed Direct Expenses | $ 129,100 | | $ 81,568 | | $ 210,668 | | |
| Variable Direct Expenses | | | | | | | **2. REI Program on Hiatus** |
| Salaries* | $ 1,101,993 | | $ 587,809 | | $ 1,689,802 | | o Discontinue adding patients or scheduling new appointments for current patients; Plan for patient referrals within system |
| Fringe | 229,897 | | 338,829 | | 568,726 | | |
| Medications | 15,926 | | | | 15,926 | | |
| Supplies | 172,072 | | 45,561 | | 217,633 | | o Actively recruit physician leader to reinstate program based on business plan development / approval (potential candidate identified) |
| Facility Expense | 84 | | | | 84 | | |
| Other Direct | 235,028 | | | | 235,028 | | |
| Variable Direct Expenses | $ 1,755,000 | | $ 972,199 | | $ 2,727,199 | | |
| Statistically Allocated Expense | $ 445,655 | | $ 57,405 | | $ 503,060 | | |
| Contribution Margin | $ 1,280,654 | 35.5% | $ (599,889) | -117.3% | $ 680,765 | 16.5% | **3. Make Appropriate Staffing Adjustments** |
| Overhead | $ 306,264 | | $ 196,652 | | $ 502,916 | | |
| | $ | | $ | | $ | | |
| Operating Margin | $ 974,390 | 27.0% | $ (796,541) | -155.8% | $ 177,849 | 4.3% | |

Professional Total FTEs    7.3

*MD, AP and RN salaries split in half - 1/2 in IVF and 1/2 REI

Total Lab FTEs    3.5

# IVF / REI Program Changes

## Key Action Items

1. Stop all new patient appointments
2. Refer current IVF patients to _____ effective _____
3. Refer current REI patients to _____ effective _____
4. Identify referral strategy for IVF patients
5. Identify referral strategy for REI patients
6. Develop / issue OB/GYN internal team communication
7. Develop / issue DH internal communication
8. Develop / issue DH External communication
9. Develop talking points for referral discussions with patients
10. Complete OB/GYN/LAB staffing plans
11. Develop implementation timeline and plan
12. Complete financial analysis / impact
13. Update FY18 budget

## Current REI Patient Portfolio

| | |
|---|---|
| Patients in April Cycle | 12 |
| New patients - Scheduled | 8 |
| Lebanon patients for care beyond 30 April | 102 |
| New Patient Referrals - Not Scheduled | 28 |
| | 150 |

Staffing Plan

### Current Staff

| Position | Name | FTE | Role |
|---|---|---|---|
| MD | Misty Blanchette-Porter | 0.4 | GYN US/REI |
|  | David Seifer | 1.0 | REI Division Director |
|  | Albert Hsu | 1.0 | REI |
| AP | Elizabeth Todd | 1.0 | GYN/REI |
| RN | Marticesol Lewis | 1.0 | REI |
|  | Marlene Grossman - Bedfor | 1.0 | REI |
|  | Vacant - Lebanon | 1.0 | REI |
| **Embryology Lab Staff** | | | |
| Director | Navid Esfandiari | 1.0 | Lab/UVM Lab |
| Embryologist II | Pavel Zagadailov | 1.0 | Lab |
|  | Dennis Dela Cruz | 1.0 | Lab |
| Asst. Lab Supervisor | Jennifer Blaiklock | 0.5 | Lab |
| **Total REI Division FTE** | | 9.9 | |

### Future Staff with Complete REI Shutdown

| Position | Name | FTE | Role |
|---|---|---|---|
| MD | Misty Blanchette-Porter |  | 0.4 GYN US |
| AP | Elizabeth Todd |  | 1.0 GYN - Generalist division |
| **Total FTE Remains** | | 1.4 | |

### Future Staff - Rebuild

| Position | Name | FTE | Role |
|---|---|---|---|
| MD |  |  | 1.0 Division Director |
| MD |  |  | 0.5 REI |
| AP | Elizabeth Todd |  | 1.0 GYN/REI |
| RN |  |  | 2.0 REI |
| **Embryology Lab Staff** | | | |
| Director | Navid Esfandiari |  | 1.0 Lab/UVM Lab |
| Embryologist II | Pavel Zagadailov |  | 1.0 Lab |
|  | Dennis Dela Cruz |  | 1.0 Lab |
| Asst. Lab Supervisor | Jennifer Blaiklock |  | 0.5 Lab |
| **Total REI Division FTE** | | 8.0 | |

## Lab Expenses - Carry 1 year for Rebuild

| Line Description | Annual FY18 Budget |
|---|---:|
| Operating Expenses | $ - |
| Physician Salaries | $ 254,707 |
| Staff Salaries | $ 232,209 |
| Employee Benefits | $ - |
| Medical Supplies | $ 39,500 |
| Professional Liability | $ - |
| Occupancy | $ - |
| Other Miscellaneous | $ 13,728 |
| Purchased Services | $ 12,000 |
| Other Supplies | $ 14,488 |
| Depreciation and Amortization | $ - |
| **Total Operating Expenses** | **$ 566,632** |