# EXHIBIT 21

| | |
|---|---|
| From: | Katherine A. Pizzuti [Katherine.A.Pizzuti@hitchcock.org] |
| Sent: | 9/28/2017 10:18:25 AM |
| To: | Heather L. Gunnell [Heather.L.Gunnell@hitchcock.org] |
| CC: | Elisabeth D. Erekson [Elisabeth.D.Erekson@hitchcock.org] |
| Subject: | RE: Business Plan for REI |

Hi Heather,

That's wonderful news. Thank you for getting back to me so quickly.

Best,
Katherine

**Katherine A. Pizzuti**
Marketing Manager, Communications and Marketing
Katherine.A.Pizzuti@hitchcock.org
dartmouth-hitchcock.org

phone: 603.653.1942 | fax: 603.653.1906



Dartmouth-Hitchcock
A CULTURE OF CARING

**From:** Heather L. Gunnell
**Sent:** Thursday, September 28, 2017 10:15 AM
**To:** Katherine A. Pizzuti <Katherine.A.Pizzuti@hitchcock.org>
**Cc:** Elisabeth D. Erekson <Elisabeth.D.Erekson@hitchcock.org>
**Subject:** RE: Business Plan for REI

Hi Katherine,

Ed, Maria, Joanne Conroy and Daniel Herrick are all aware, and supportive of the fact that we are putting together a business plan proposal to restart the program.

Thanks,

*Heather*

Heather L. Gunnell
Practice Manager, OB/GYN
heather.l.gunnell@hitchcock.org
phone 603.653.9272 | fax 603.650.0906

**From:** Katherine A. Pizzuti
**Sent:** Thursday, September 28, 2017 9:36 AM
**To:** Heather L. Gunnell <Heather.L.Gunnell@hitchcock.org>
**Subject:** Business Plan for REI
**Importance:** High

CONFIDENTIAL

Hi Heather,

During my meeting with Victoria yesterday I informed her that you and Liz were working on a comprehensive business plan for a new REI program. Of course she expressed the same concerns that I did in regards to the sensitivities of the closure within our local community. She asked if Maria and Ed were aware that you were working on a business plan and I told her I wasn't sure. Can you please let me know? She plans on sharing this news with our VP and Director of External Relations (PR), but wants to be sure of who knows this news before she does so.

Thanks,
Katherine

**Katherine A. Pizzuti**
Marketing Manager, Communications and Marketing
Katherine.A.Pizzuti@hitchcock.org
dartmouth-hitchcock.org

phone: 603.653.1942  |  fax: 603.653.1906



Dartmouth-Hitchcock
—— A CULTURE OF CARING ——

CONFIDENTIAL                                                                                              DH0015530