EXHIBIT 19

| | |
|---|---|
| From: | Heather L. Gunnell [/O=DARTMOUTH HITCHCOCK MEDICAL CENTER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEATHER L. GUNNELLC09] |
| Sent: | 4/19/2017 3:06:49 PM |
| To: | Daniel P. Herrick [Daniel.P.Herrick@hitchcock.org]; Leslie R. DeMars [Leslie.R.DeMars@hitchcock.org] |
| Subject: | RE: REI / IVF Action Plan |
| Attachments: | REI and IVF Pro-Forma Breakdown FY17.xlsx |

I added a brief staffing plan for both a complete shutdown and a rebuild. My assumption is that MBP will be refocused to Gyn U/S.

Also included the expense breakdown for the cost of keeping the lab open for 1 year.

*Heather*

Heather L. Gunnell
Practice Manager, OB/GYN
heather.l.gunnell@hitchcock.org
phone 603.653.9272 | fax 603.650.0906

---

**From:** Daniel P. Herrick
**Sent:** Wednesday, April 19, 2017 1:03 PM
**To:** Leslie R. DeMars <Leslie.R.DeMars@hitchcock.org>; Heather L. Gunnell <Heather.L.Gunnell@hitchcock.org>
**Subject:** REI / IVF Action Plan
**Importance:** High

Please see attached and share your thoughts on additional action items.

Daniel P. Herrick
Vice President for Perioperative and Surgical Services
Dartmouth-Hitchcock.org
phone 603.650.4233
page 5422



Dartmouth-Hitchcock
— A CULTURE OF CARING —

EXHIBIT 17
WIT: MARKENS
DATE: 7/30/19
Sunnie Donath, RPR, LCR

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DH0009582

**Document Produced in Native Format**

HIGHLY CONFIDENTIAL- AEO

DH0009583

Dartmouth-Hitchcock - Lebanon
Women's Health Services - REI Program
FY2016 & FY2017 Estimate - Based on Annual PFEA Detail
PRO-FORMA Profit & Loss Statement

| | FY17 Annualized | | | Proposed Actions |
|---|---|---|---|---|
| | **IVF (Includes Lab)** | **REI** | **Total** | |
| Gross Patient Service Revenue | ■ | ■ | ■ | **1. Discontinue IVF program**<br>o Currently treating 6 patients which we will continue to support through completion of current course (estimated complete mid-May) |
| Less Deductions | ■ | ■ | ■ | |
| Net Patient Service Revenue | ■ | ■ | ■ | |
| | | | | |
| Fixed Direct Expenses | ■ | ■ | ■ | |
| | | | | |
| Variable Direct Expenses | | | | **2. REI Program on Hiatus**<br>o Discontinue adding patients or scheduling new appointments for current patients; Plan for patient referrals within system<br>o Actively recruit physician leader to reinstate program based on business plan development / approval (potential candidate identified) |
| Salaries* | ■ | ■ | ■ | |
| Fringe | ■ | ■ | ■ | |
| Medications | ■ | ■ | ■ | |
| Supplies | ■ | ■ | ■ | |
| Facility Expense | ■ | ■ | ■ | |
| Other Direct | ■ | ■ | ■ | |
| Variable Direct Expenses | ■ | ■ | ■ | |
| | | | | |
| Statistically Allocated Expense | ■ | ■ | ■ | |
| | | | | |
| Contribution Margin | ■ | ■ | ■ | **3. Make Appropriate Staffing Adjustments** |
| | | | | |
| Overhead | ■ | ■ | ■ | |
| | | | | |
| Operating Margin | ■ | ■ | ■ | |

Professional Total FTEs 7.3
*MD, AP and RN salaries split in half - 1/2 in IVF and 1/2 REI
Total Lab FTEs 3.5

IVF - REI Business Review April 17 - DPH

# IVF / REI Program Changes

## Key Action Items

1. Stop all new patient appointments
2. Refer current IVF patients to _____ effective _____
3. Refer current REI patients to _____ effective _____
4. Identify referral strategy for IVF patients
5. Identify referral strategy for REI patients
6. Develop / issue OB/GYN internal team communication
7. Develop / issue DH internal communication
8. Develop / issue DH External communication
9. Develop talking points for referral discussions with patients
10. Complete OB/GYN/LAB staffing plans
11. Develop implementation timeline and plan
12. Complete financial analysis / impact
13. Update FY18 budget

## Current REI Patient Portfolio

| | |
|---:|---:|
| Patients in April Cycle | 12 |
| New patients - Scheduled | 8 |
| Lebanon patients for care beyond 30 April | 102 |
| New Patient Referrals - Not Scheduled | <u>28</u> |
| | 150 |

## Staffing Plan

### Current Staff

| Position | Name | FTE | Role |
|---|---|---|---|
| MD | Misty Blanchette-Porter | 0.4 | GYN US/REI |
|  | David Seifer | 1.0 | REI Division Director |
|  | Albert Hsu | 1.0 | REI |
| AP | Elizabeth Todd | 1.0 | GYN/REI |
| RN | Marticesol Lewis | 1.0 | REI |
|  | Marlene Grossman - Bedfor | 1.0 | REI |
|  | Vacant - Lebanon | 1.0 | REI |
| **Embryology Lab Staff** | | | |
| Director | Navid Esfandiari | 1.0 | Lab/UVM Lab |
| Embryologist II | Pavel Zagadailov | 1.0 | Lab |
|  | Dennis Dela Cruz | 1.0 | Lab |
| Asst. Lab Supervisor | Jennifer Blaiklock | 0.5 | Lab |
| **Total REI Division FTE** | | 9.9 | |

### Future Staff with Complete REI Shutdown

| Position | Name | FTE | Role |
|---|---|---|---|
| MD | Misty Blanchette-Porter | 0.4 | GYN US |
| AP | Elizabeth Todd | 1.0 | GYN - Generalist division |
| **Total FTE Remains** | | 1.4 | |

### Future Staff - Rebuild

| Position | Name | FTE | Role |
|---|---|---|---|
| MD |  | 1.0 | Division Director |
| MD |  | 0.5 | REI |
| AP | Elizabeth Todd | 1.0 | GYN/REI |
| RN |  | 2.0 | REI |
| **Embryology Lab Staff** | | | |
| Director | Navid Esfandiari | 1.0 | Lab/UVM Lab |
| Embryologist II | Pavel Zagadailov | 1.0 | Lab |
|  | Dennis Dela Cruz | 1.0 | Lab |
| Asst. Lab Supervisor | Jennifer Blaiklock | 0.5 | Lab |
| **Total REI Division FTE** | | 8.0 | |

## Lab Expenses - Carry 1 year for Rebuild

| Line Description | Annual FY18 Budget |
|---|---|
| Operating Expenses | $ ▮ |
|   Physician Salaries | $ ▮ |
|   Staff Salaries | $ ▮ |
|   Employee Benefits | $ ▮ |
|   Medical Supplies | $ ▮ |
|   Professional Liability | $ ▮ |
|   Occupancy | $ ▮ |
|   Other Miscellaneous | $ ▮ |
|   Purchased Services | $ ▮ |
|   Other Supplies | $ ▮ |
|   Depreciation and Amortization | $ ▮ |
| **Total Operating Expenses** | $ ▮ |