UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:17-cv-194 |
| v. ) | |
| ) | |
| DARTMOUTH HITCHCOCK MEDICAL ) | |
| CENTER ET AL., ) | |
| ) | |
| Defendants. ) | |

### Plaintiff's Notice of Appeal

Notice is hereby given that Misty Blanchette Porter, M.D., plaintiff in the above-named action, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment (Doc. 153) in this action, entered on November 4, 2020, pursuant to this Court's Decision on Motion for Summary Judgment (Doc. 152), granting summary judgment to defendants on all claims.

Dated: November 17, 2020          Signed:     /s/ Geoffrey J. Vitt
                                              Geoffrey J. Vitt
                                              Vitt & Associates, PLC
                                              8 Beaver Meadow Rd.
                                              PO Box 1229
                                              Norwich, VT  05055
                                              (802) 649-5700
                                              gvitt@vittandassociates.com

                                              Katherine Burghardt Kramer
                                              DGW Kramer LLP
                                              One Rockefeller Plaza
                                              Suite 1060
                                              New York, NY  10020
                                              (917) 688-2585

kkramer@dgwllp.com

Attorneys for Plaintiff/Appellant
Misty Blanchette Porter, M.D.

## Certificate of Service

I hereby certify that Plaintiff's Notice of Appeal has been served by ECF to all counsel of record.

/s/ Geoffrey J. Vitt
Geoffrey J. Vitt
Attorney for Plaintiff
Misty Blanchette Porter, M.D.