UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, M.D.,	Circuit No. 20-3894

    Plaintiff – Appellant,	District No. 5:17-cv-194

.

DARTMOUTH-HITCHCOCK MEDICAL CENTER;
DARTMOUTH-HITCHCOCK CLINIC;
MARY HITCHOCK MEMORIAL HOSPITAL;
DARTMOUTH HITCHCOCK HEALTH,
    Defendants - Appellees.

INDEX

A.    Docket entries.

1 - 154.    District Court Electronic Documents.

    All filed documents are accessible through District Court CM/ECF.

B.    Clerk's Certification.

APPEAL,CLOSED,ENE3,ENEN

# U.S. District Court
## District of Vermont (Rutland)
### CIVIL DOCKET FOR CASE #: 5:17–cv–00194–gwc

| | |
|---|---|
| Blanchette Porter v. Dartmouth Hitchcock Medical Center et al<br>Assigned to: Chief Judge Geoffrey W. Crawford<br>Cause: 28:1332 Diversity–Employment Discrimination | Date Filed: 10/11/2017<br>Date Terminated: 11/04/2020<br>Jury Demand: Plaintiff<br>Nature of Suit: 445 Civil Rights: Americans with Disabilities – Employment<br>Jurisdiction: Diversity |

**Plaintiff**

**Misty Blanchette Porter**     represented by     **Geoffrey J. Vitt , Esq.**
*M.D.*
Vitt & Associates
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055–1229
(802) 649–5700
Fax: (802) 649–1692
Email: gvitt@vittandassociates.com
*ATTORNEY TO BE NOTICED*

**Katherine Burghardt Kramer , Esq.**
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020
(917) 688–2585
Email: kkramer@dgwllp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dartmouth–Hitchcock Medical Center**     represented by     **Daniel R. Long , Esq.**
Paul Frank + Collins PC
1 Church Street
P.O. Box 1307
Burlington, VT 05402–1307
(802) 658–2311
Email: dlong@pfclaw.com
*TERMINATED: 10/29/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald W. Schroeder , Esq.**
Foley & Lardner LLP
111 Huntington Avenue, Suite 2600
Boston, MA 02199
(617) 342–4000
Fax: (617) 342–4001
Email: dschroeder@foley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica E. Joseph , Esq.**
Foley & Lardner LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
(617) 342–4000
Fax: (617) 342–4001

Email: jjoseph@foley.com
*ATTORNEY TO BE NOTICED*

**Tristram J. Coffin , Esq.**
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402–0190
(802) 863–2375
Email: tcoffin@drm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dartmouth–Hitchcock Clinic**     represented by     **Daniel R. Long , Esq.**
(See above for address)
*TERMINATED: 10/29/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald W. Schroeder , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica E. Joseph , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tristram J. Coffin , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Hitchcock Memorial Hospital**     represented by     **Daniel R. Long , Esq.**
(See above for address)
*TERMINATED: 10/29/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald W. Schroeder , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica E. Joseph , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tristram J. Coffin , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dartmouth–Hitchcock Health**     represented by     **Daniel R. Long , Esq.**
(See above for address)
*TERMINATED: 10/29/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald W. Schroeder , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                                **Jessica E. Joseph , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                **Tristram J. Coffin , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ENE Evaluator**

**ENE Evaluator**
*TERMINATED: 11/07/2019*

represented by **Gregory S. Clayton , Esq.**
Clayton Mediation, LLC
P.O. Box 1016
Camden, ME 04843–1016
(207) 706–4977
Email: gclayton@claytonmediation.com
*TERMINATED: 11/07/2019*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2017 | 1 | COMPLAINT against Dartmouth–Hitchcock Clinic, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Medical Center, Mary Hitchcock Memorial Hospital filed by Misty Blanchette Porter. (Attachments: # 1 Civil Cover Sheet)(esb) Deft names clarified on 10/11/2017 (law). (Entered: 10/11/2017) |
| 10/23/2017 | 2 | WAIVER OF SERVICE Returned Executed: Dartmouth–Hitchcock Clinic waiver sent on 10/16/2017, answer due 12/15/2017.(Vitt, Geoffrey) (Entered: 10/23/2017) |
| 10/23/2017 | 3 | WAIVER OF SERVICE Returned Executed: Dartmouth–Hitchcock Health waiver sent on 10/16/2017, answer due 12/15/2017.(Vitt, Geoffrey) (Entered: 10/23/2017) |
| 10/23/2017 | 4 | WAIVER OF SERVICE Returned Executed: Dartmouth–Hitchcock Medical Center waiver sent on 10/16/2017, answer due 12/15/2017.(Vitt, Geoffrey) (Entered: 10/23/2017) |
| 10/23/2017 | 5 | WAIVER OF SERVICE Returned Executed: Mary Hitchcock Memorial Hospital waiver sent on 10/16/2017, answer due 12/15/2017.(Vitt, Geoffrey) (Entered: 10/23/2017) |
| 12/15/2017 | 6 | ANSWER to Complaint by Dartmouth–Hitchcock Clinic, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Coffin, Tristram) Attachments 1– 4 removed on 12/18/2017 (law). (Entered: 12/15/2017) |
| 12/15/2017 | 7 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Mary Hitchcock Memorial Hospital. (esb) (Entered: 12/15/2017) |
| 12/15/2017 | 8 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Dartmouth–Hitchcock Medical Center. (esb) (Entered: 12/15/2017) |
| 12/15/2017 | 9 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Dartmouth–Hitchcock Health. (esb) (Entered: 12/15/2017) |
| 12/15/2017 | 10 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Dartmouth–Hitchcock Clinic. (esb) (Entered: 12/15/2017) |
| 12/18/2017 | 11 | NOTICE OF DOCKET ENTRY CORRECTION re: 6 Answer to Complaint filed by Mary Hitchcock Memorial Hospital, Dartmouth–Hitchcock Medical Center, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Clinic. Attachments 1 – 4 have been removed, they were re–entered separately (see Docs. 7 – 10 ). (law) (Entered: 12/18/2017) |
| 12/18/2017 | 12 | ENE LETTER re: Potential Evaluators sent; responses due by 1/5/2018. (hbc) (Entered: 12/18/2017) |

| | | |
|---|---|---|
| 01/02/2018 | 13 | PROPOSED Stipulated Discovery Schedule/Order by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Coffin, Tristram) (Entered: 01/02/2018) |
| 01/04/2018 | 14 | STIPULATED DISCOVERY SCHEDULE/ORDER Discovery due by 8/15/2018. Motions due by 9/15/2018. Early Neutral Evaluation set for 4/2018. Ready for Trial by 11/15/2018. Signed by Chief Judge Geoffrey W. Crawford on 1/3/2018. (esb) (Entered: 01/04/2018) |
| 01/05/2018 | 15 | STIPULATION AS TO ENE by all parties.(Vitt, Geoffrey) (Entered: 01/05/2018) |
| 01/08/2018 | 16 | ASSIGNED Early Neutral Evaluator: Gregory S. Clayton, Esq. (hbc) (Entered: 01/08/2018) |
| 01/19/2018 | 17 | NOTICE OF APPEARANCE by Katherine B. Kramer, Esq on behalf of Misty Blanchette Porter.(Kramer, Katherine) (Entered: 01/19/2018) |
| 01/22/2018 | 18 | DISCOVERY CERTIFICATE − Request to Produce *Documents* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 01/22/2018) |
| 01/23/2018 | 19 | DISCOVERY CERTIFICATE − Initial Disclosures by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 01/23/2018) |
| 02/20/2018 | 20 | MOTION for Authorization to Contact Dartmouth−Hitchcock Employees Ex Parte, Pursuant to Vermont Rule of Professional Conduct 4.2 filed by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 02/20/2018) |
| 03/06/2018 | 21 | RESPONSE in Opposition re 20 MOTION for Authorization to Contact Dartmouth−Hitchcock Employees Ex Parte, Pursuant to Vermont Rule of Professional Conduct 4.2 filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital . (Coffin, Tristram) Filers clarified on 3/20/2018 (jlh). (Entered: 03/06/2018) |
| 03/14/2018 | 22 | REPLY to Response to 20 MOTION for Authorization to Contact Dartmouth−Hitchcock Employees Ex Parte, Pursuant to Vermont Rule of Professional Conduct 4.2 filed by Misty Blanchette Porter. (Vitt, Geoffrey) (Entered: 03/14/2018) |
| 03/19/2018 | 23 | DISCOVERY CERTIFICATE − Interrogatories and Request to Produce by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 03/19/2018) |
| 03/20/2018 | 24 | JOINT MOTION for Protective Order filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit 1)(Coffin, Tristram) (Entered: 03/20/2018) |
| 03/21/2018 | 25 | CONFIDENTIALITY STIPULATION, PROTECTIVE AGREEMENT AND ORDER granting 24 Joint Motion for Protective Order. Signed by Chief Judge Geoffrey W. Crawford on 3/21/2018. (Attachments: # 1 Exhibit A) (esb) (Entered: 03/21/2018) |
| 03/27/2018 | 26 | MOTION to Compel *Response to Plaintiff's First Set of Requests to Produce* filed by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 03/27/2018) |
| 04/09/2018 | 27 | DISCOVERY CERTIFICATE − Response to Request for Admissions by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 04/09/2018) |
| 04/09/2018 | 28 | DISCOVERY CERTIFICATE − Response to Request to Produce by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 04/09/2018) |
| 04/10/2018 | 29 | RESPONSE in Opposition re 26 MOTION to Compel *Response to Plaintiff's First Set of Requests to Produce* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Coffin, Tristram) Filers clarified on 4/18/2018 (law). (Entered: 04/10/2018) |
| 04/17/2018 | 30 | JOINT MOTION to Amend the Discovery Schedule/Order filed by Misty Blanchette Porter. (Attachments: # 1 Exhibit A)(Vitt, Geoffrey) (Entered: 04/17/2018) |
| 04/18/2018 | 31 | AMENDED STIPULATED DISCOVERY SCHEDULE/ORDER granting 30 JOINT MOTION to Amend the Discovery Schedule/Order. Discovery due by 12/15/2018. Motions due by 1/15/2019. Early Neutral Evaluation shall be conducted at a date and time in September 2018. Ready for Trial by 2/15/2019. Signed by Chief Judge |

| | | |
|---|---|---|
| | | Geoffrey W. Crawford on 4/18/2018. (law) Motions deadline corrected on 4/18/2018 (law). (Entered: 04/18/2018) |
| 04/20/2018 | 32 | JOINT MOTION for Hearing *(status conference)* filed by Misty Blanchette Porter.(Vitt, Geoffrey) Event/text clarified on 4/20/2018. (Entered: 04/20/2018) |
| 04/23/2018 | 33 | DISCOVERY CERTIFICATE – Answer to Interrogatories and Requests to Produce by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 04/23/2018) |
| 04/23/2018 | 34 | DISCOVERY CERTIFICATE – Answer to Interrogatories and Requests to Produce by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 04/23/2018) |
| 04/24/2018 | 35 | REPLY to Response to 26 MOTION to Compel *Response to Plaintiff's First Set of Requests to Produce* filed by Misty Blanchette Porter. (Vitt, Geoffrey) (Entered: 04/24/2018) |
| 05/03/2018 | 36 | ORDER granting 32 MOTION for Hearing. Signed by Chief Judge Geoffrey W. Crawford on 5/3/2018. (This is a text–only Order.) (jal) (Entered: 05/03/2018) |
| 05/08/2018 | 37 | NOTICE of Hearing re: 20 MOTION for Authorization to Contact Dartmouth–Hitchcock Employees Ex Parte, Pursuant to Vermont Rule of Professional Conduct 4.2, 26 MOTION to Compel Response to Plaintiff's First Set of Requests to Produce, and a Status Conference. Hearing set for 5/29/2018 at 2:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 05/08/2018) |
| 05/08/2018 | | Set Hearing: Status Conference set for 5/29/2018 at 2:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 05/08/2018) |
| 05/08/2018 | 38 | MOTION for Appearance Pro Hac Vice of Daniel R. Long filed by Dartmouth–Hitchcock Clinic, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Affidavit of Daniel R. Long, # 2 Certificate of Good Standing)(jlh) Filer added on 5/16/2018 (law). (Entered: 05/09/2018) |
| 05/08/2018 | 39 | MOTION for Appearance Pro Hac Vice of Donald W. Schroeder filed by Dartmouth–Hitchcock Clinic, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Affidavit of Donald W. Schroeder, # 2 Certificate of Good Standing)(jlh) Filer added on 5/16/2018 (law). (Entered: 05/09/2018) |
| 05/16/2018 | 40 | ORDER granting 38 , 39 MOTIONS for Admission Pro Hac Vice of Daniel R. Long, Esq. & Donald W. Schroeder, Esq. Signed by Chief Judge Geoffrey W. Crawford on 5/16/2018. (This is a text–only Order.) (pjl) (Entered: 05/16/2018) |
| 05/31/2018 | 41 | REVISED NOTICE of Hearing re: 20 MOTION for Authorization to Contact Dartmouth–Hitchcock Employees Ex Parte, Pursuant to Vermont Rule of Professional Conduct 4.2, 26 MOTION to Compel Response to Plaintiff's First Set of Requests to Produce and for a Status Conference. Hearing reset for 6/28/2018 at 1:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 05/31/2018) |
| 06/21/2018 | 42 | SECOND REVISED NOTICE of Hearing re: 20 MOTION for Authorization to Contact Dartmouth–Hitchcock Employees Ex Parte, Pursuant to Vermont Rule of Professional Conduct 4.2, 26 MOTION to Compel Response to Plaintiff's First Set of Requests to Produce, and for a Status Conference. Hearing reset for 7/17/2018 at 1:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 06/21/2018) |
| 06/21/2018 | | Set Hearing: Status Conference set for 7/17/2018 at 1:30 PM with Motion Hearing in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 06/21/2018) |
| 07/16/2018 | 43 | MOTION for Appearance Pro Hac Vice of Jessica Joseph filed by Dartmouth–Hitchcock Clinic, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Affidavit of Jessica E. Joseph, # 2 Certificate of Good Standing)(jlh) (Entered: 07/17/2018) |

| | | |
|---|---|---|
| 07/17/2018 | 44 | ORDER granting 43 MOTION for Appearance Pro Hac Vice of Jessica Joseph. Signed by Chief Judge Geoffrey W. Crawford on 7/17/2018. (This is a text−only Order.) (pjl) (Entered: 07/17/2018) |
| 07/17/2018 | 45 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Status Conference and Motion Hearing held on 7/17/2018 re: 20 MOTION for Authorization to Contact Dartmouth−Hitchcock Employees Ex Parte, 26 MOTION to Compel Response to Plaintiff's First Set of Requests to Produce. G. Vitt, Esq. & K. Kramer, Esq. present for pltf. T. Coffin, Esq., D. Schroeder, Esq. & J. Joseph, Esq. present for dfts. Court makes inquiries and counsel make statements re: pending motions. ORDERED: 20 MOTION for Authorization, 26 MOTION to Compel are taken under advisement. STATUS CONFERENCE: Counsel make statements re: (1) Request for deadline re: production of documents, (2) Confidentiality issue re: filings of confidential material. ORDERED: Dfts are to complete production of documents to pltf by 8/1/2018. The court gives counsel permission to file confidential documents under seal. The parties are to submit a revised stipulated discovery schedule as soon as possible. Parties predict that they will be trial−ready by June 2019. (Court Reporter: Recorded) (pjl) (Entered: 07/17/2018) |
| 07/24/2018 | 46 | JOINT MOTION to Amend the Discovery Schedule/Order filed by Misty Blanchette Porter. (Attachments: # 1 Exhibit A)(Vitt, Geoffrey) (Entered: 07/24/2018) |
| 07/25/2018 | 47 | AMENDED STIPULATED DISCOVERY SCHEDULE/ORDER granting 46 JOINT MOTION to Amend the Discovery Schedule/Order. Discovery due by 2/28/2019. Motions due by 1/15/2019. Early Neutral Evaluation set for 10/2018. Ready for Trial by 6/15/2019. Signed by Chief Judge Geoffrey W. Crawford on 7/25/2018. (esb) (Entered: 07/25/2018) |
| 07/27/2018 | 48 | STIPULATED MOTION to Amend 1 Complaint, filed by Misty Blanchette Porter. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Vitt, Geoffrey) (Entered: 07/27/2018) |
| 07/30/2018 | 49 | ORDER granting 48 MOTION to Amend Complaint. Signed by Chief Judge Geoffrey W. Crawford on 7/30/2018. (This is a text−only Order.) (jal) (Entered: 07/30/2018) |
| 08/01/2018 | 50 | FIRST AMENDED COMPLAINT against Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital filed by Misty Blanchette Porter. (Attachments: # 1 Certificate of Service) (esb) (Entered: 08/01/2018) |
| 08/09/2018 | 51 | DECISION granting 20 Motion for Authorization to Contact Dartmouth−Hitchcock Employees Ex Parte, Pursuant to Vermont Rule of Professional Conduct 4.2 ; granting 26 Motion to Compel Response to Plaintiff's First Set of Requests to Produce. Signed by Chief Judge Geoffrey W. Crawford on 8/9/2018. (esb) (Entered: 08/09/2018) |
| 08/31/2018 | 52 | DISCOVERY CERTIFICATE re: First Set of Interrogatories Propounded on Plaintiff Misty Blanchette Porter and Second Request for Production of Documents to Plaintiff Misty Blanchette Porter by Dartmouth−Hitchcock Clinic.(Coffin, Tristram) (Entered: 08/31/2018) |
| 09/04/2018 | 53 | DISCOVERY CERTIFICATE − Interrogatories and Request to Produce by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 09/04/2018) |
| 09/07/2018 | 54 | ANSWER to 50 Amended Complaint by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Coffin, Tristram) (Entered: 09/07/2018) |
| 10/10/2018 | 55 | DISCOVERY CERTIFICATE re: Response to Defendants' Second Request for Production of Documents and Response to Defendant Dartmouth−Hitchcock Clinic's First Set of Interrogatories by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 10/10/2018) |
| 10/16/2018 | 56 | DISCOVERY CERTIFICATE − Response to Request to Produce by Dartmouth−Hitchcock Clinic (Coffin, Tristram) Filers clarified on 10/23/2018 (jlh). (Entered: 10/16/2018) |
| 12/06/2018 | 57 | JOINT MOTION to Amend the Discovery Schedule/Order filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | A)(Coffin, Tristram) (Entered: 12/06/2018) |
| 12/06/2018 | 58 | Entry removed from the docket. (Entered: 12/06/2018) |
| 12/07/2018 | 59 | NOTICE OF DOCKET ENTRY REMOVAL: Document 58 has been removed from the docket in light of 57 Joint Motion to Amend the Discovery Schedule filed. (law) (Entered: 12/07/2018) |
| 12/10/2018 | 60 | AMENDED STIPULATED DISCOVERY SCHEDULE/ORDER granting 57 JOINT MOTION to Amend the Discovery Schedule/Order. Discovery due by 4/30/2019. Motions due by 5/31/2019. Early Neutral Evaluation set for 2/2019. Ready for Trial by 10/31/2019. Signed by Chief Judge Geoffrey W. Crawford on 12/10/2018. (esb) (Entered: 12/10/2018) |
| 12/21/2018 | 61 | MOTION to Compel *Production of Documents* filed by Misty Blanchette Porter. (Attachments: # 1 Exhibit A)(Vitt, Geoffrey) Text clarified on 12/21/2018 (jlh). (Entered: 12/21/2018) |
| 01/02/2019 | 62 | STIPULATED MOTION for Extension of Time to File Response/Reply as to 61 MOTION to Compel *Production of Documents* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Coffin, Tristram) (Entered: 01/02/2019) |
| 01/02/2019 | 63 | AFFIDAVIT of Geoffrey J. Vitt re: 61 MOTION to Compel *Production of Documents* by Misty Blanchette Porter (Vitt, Geoffrey) (Entered: 01/02/2019) |
| 01/04/2019 | 64 | MOTION to Compel *Answers to Interrogatories* filed by Misty Blanchette Porter. (Attachments: # 1 Affidavit of Geoffrey J. Vitt)(Vitt, Geoffrey) (Entered: 01/04/2019) |
| 01/04/2019 | 65 | ORDER granting 62 MOTION for Extension of Time to File Response as to 61 Motion to Compel Production of Documents. Time extended to January 14, 2019. Signed by Chief Judge Geoffrey W. Crawford on 1/4/2019. (This is a text−only Order.) (jal) (Entered: 01/04/2019) |
| 01/10/2019 | 66 | STIPULATED MOTION for Extension of Time to File Response/Reply as to 64 MOTION to Compel *Answers to Interrogatories* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Coffin, Tristram) (Entered: 01/10/2019) |
| 01/14/2019 | 67 | ORDER granting 66 STIPULATED MOTION for Extension of Time to File Response as to 64 MOTION to Compel Answers to Interrogatories. Signed by Chief Judge Geoffrey W. Crawford on 1/14/2019. (This is a text−only Order.) (jal) (Entered: 01/14/2019) |
| 01/14/2019 | 68 | RESPONSE in Opposition re 64 MOTION to Compel *Answers to Interrogatories* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Coffin, Tristram) (Entered: 01/14/2019) |
| 01/15/2019 | 69 | RESPONSE in Opposition re 61 MOTION to Compel *Production of Documents* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Coffin, Tristram) (Entered: 01/15/2019) |
| 01/25/2019 | 70 | RESPONSE re: 64 MOTION to Compel Answers to Interrogatories by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Coffin, Tristram) Link added on 1/28/2019 (jlh). (Entered: 01/25/2019) |
| 01/28/2019 | 71 | REPLY to Response to 61 MOTION to Compel *Production of Documents* filed by Misty Blanchette Porter. (Vitt, Geoffrey) (Entered: 01/28/2019) |
| 02/08/2019 | 72 | REPLY to Response to 64 MOTION to Compel *Answers to Interrogatories* filed by Misty Blanchette Porter. (Vitt, Geoffrey) (Entered: 02/08/2019) |
| 03/11/2019 | 73 | ORDER granting 61 Motion to Compel Production of Documents and 64 Motion to Compel Answers to Interrogatories. Defendants shall produce all documents withheld based on the attorney−client privilege, to this court, for an in camera review. Defendants shall comply within 15 days from the date of this order. Signed by Chief |

| | | |
|---|---|---|
| | | Judge Geoffrey W. Crawford on 3/11/2019. (esb) (Entered: 03/11/2019) |
| 04/02/2019 | 74 | MOTION for Attorney Fees filed by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 04/02/2019) |
| 04/02/2019 | 75 | ORDER: In reviewing the attorney−client privilege materials, it is frequently difficult to identify who is the attorney. Defense counsel shall provide a list of attorneys who are senders or recipients of the communications. This list may be submitted ex parte as part of the in camera review process. Signed by Chief Judge Geoffrey W. Crawford on 4/2/2019. (This is a text−only Order.) (jal) (Entered: 04/02/2019) |
| 04/05/2019 | 76 | DISCOVERY CERTIFICATE − Interrogatories and Request to Produce by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 04/05/2019) |
| 04/16/2019 | 77 | RESPONSE in Opposition to 74 MOTION for Attorney Fees *Pursuant to F.R.C.P. 37(a)(5)(A)* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Coffin, Tristram) (Entered: 04/16/2019) |
| 04/18/2019 | 78 | ENE LETTER re: session past due. Responses due by 4/25/2019. (eh) (Entered: 04/18/2019) |
| 04/18/2019 | 79 | JOINT MOTION to Amend the Discovery Schedule/Order filed by Misty Blanchette Porter. (Attachments: # 1 Exhibit A)(Vitt, Geoffrey) (Entered: 04/18/2019) |
| 04/19/2019 | 80 | FOURTH AMENDED STIPULATED DISCOVERY SCHEDULE/ORDER granting 79 MOTION to Amend the Discovery Schedule/Order. Discovery due by 10/15/2019. Motions due by 11/15/2019. Early Neutral Evaluation shall be conducted in August 2019. Ready for Trial by February 2020. Signed by Chief Judge Geoffrey W. Crawford on 4/19/2019. (law) (Entered: 04/19/2019) |
| 04/25/2019 | 81 | DISCOVERY CERTIFICATE − Notice of Deposition of *Dr. Joanne Conroy* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 04/25/2019) |
| 04/29/2019 | 82 | REPLY to Response to 74 MOTION for Attorney Fees *Pursuant to F.R.C.P. 37(a)(5)(A)* filed by Misty Blanchette Porter. (Vitt, Geoffrey) (Entered: 04/29/2019) |
| 04/30/2019 | 83 | DISCOVERY CERTIFICATE − Notice of Deposition of *Ed Merrens, M.D.* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 04/30/2019) |
| 05/02/2019 | 84 | ORDER granting in part, denying in part 61 MOTION to Compel Production of Documents (as to documents withheld from production as privileged and documents to be produced). Signed by Chief Judge Geoffrey W. Crawford on 5/2/2019. (pjl) (Entered: 05/02/2019) |
| 05/14/2019 | 85 | MOTION for Protective Order *Regarding Notice of Deposition of Dr. Joanne Conroy* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Affidavit of Donald W. Schroeder)(Coffin, Tristram) (Entered: 05/14/2019) |
| 05/17/2019 | 86 | ORDER denying 74 MOTION for Attorney's Fees Pursuant to Fed. R. Civ. P. 37(a)(5)(A). Signed by Chief Judge Geoffrey W. Crawford on 5/17/2019. (pjl) (Entered: 05/17/2019) |
| 05/23/2019 | 87 | STIPULATED MOTION for Extension of Time to File Response/Reply as to 85 MOTION for Protective Order *Regarding Notice of Deposition of Dr. Joanne Conroy* filed by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 05/23/2019) |
| 05/28/2019 | 88 | ORDER granting 87 MOTION for Extension of Time to File Response/Reply as to 85 MOTION for Protective Order Regarding Notice of Deposition of Dr. Joanne Conroy. Time extended to June 3, 2019. Signed by Chief Judge Geoffrey W. Crawford on 5/28/2019. (This is a text−only Order.) (jal) (Entered: 05/28/2019) |
| 06/03/2019 | 89 | RESPONSE in Opposition re 85 MOTION for Protective Order *Regarding Notice of Deposition of Dr. Joanne Conroy* filed by Misty Blanchette Porter. (Attachments: # 1 Exhibit 1)(Vitt, Geoffrey) (Entered: 06/03/2019) |

| | | |
|---|---|---|
| 06/04/2019 | 90 | ADDITIONAL ORDER: re 61 MOTION to Compel *Production of Documents*. Signed by Chief Judge Geoffrey W. Crawford on 6/4/2019. (esb) (Entered: 06/04/2019) |
| 06/07/2019 | 91 | DISCOVERY CERTIFICATE – Notice of Deposition of *Defendants* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 06/07/2019) |
| 06/13/2019 | 92 | DISCOVERY CERTIFICATE – Notice of Deposition of *Elizabeth C. Todd* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 06/13/2019) |
| 06/13/2019 | 93 | DISCOVERY CERTIFICATE – Notice of Deposition of *Daniel Herrick* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 06/13/2019) |
| 06/17/2019 | 94 | REPLY to Response to 85 MOTION for Protective Order *Regarding Notice of Deposition of Dr. Joanne Conroy* filed by Dartmouth–Hitchcock Clinic, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit A)(Coffin, Tristram) (Entered: 06/17/2019) |
| 06/21/2019 | 95 | NOTICE of Hearing re: 85 MOTION for Protective Order Regarding Notice of Deposition of Dr. Joanne Conroy. Hearing set for 7/8/2019 at 1:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 06/21/2019) |
| 06/25/2019 | 96 | DISCOVERY CERTIFICATE – Notice of Deposition of *Kimberly Fleury* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 06/25/2019) |
| 07/08/2019 | 97 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Motion Hearing held on 7/8/2019 re: 85 MOTION for Protective Order Regarding Notice of Deposition of Dr. Joanne Conroy. G. Vitt, Esq. & K. Kramer, Esq. present for plaintiff. T. Coffin, Esq. & D. Schroeder, Esq. present for defendants. Court makes inquiries and counsel make statements. ORDERED: 85 MOTION for Protective Order Regarding Notice of Deposition of Dr. Joanne Conroy is denied. Court makes inquiries re: status of discovery schedule deadlines. ORDERED: Counsel are to file an amended stipulated discovery schedule setting out new deadlines discussed. (Court Reporter: Barry Cohen, O'Brien Court Reporting) (pjl) (Entered: 07/08/2019) |
| 07/10/2019 | 98 | DISCOVERY CERTIFICATE – Notice of Deposition of *Maria Padin, M.D.* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 07/10/2019) |
| 07/10/2019 | 99 | DISCOVERY CERTIFICATE – Notice of Deposition of *Ed Merrens, M.D. (Amended)* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 07/10/2019) |
| 07/17/2019 | 100 | NOTICE of Hearing: Status Conference set for 7/23/2019 at 02:00 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (Attorneys for defense to appear by telephone pursuant to chambers). (esb) (Entered: 07/17/2019) |
| 07/19/2019 | 101 | DISCOVERY CERTIFICATE – Notice of Deposition of *Rule 30(b)(6) – Amended* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 07/19/2019) |
| 07/19/2019 | 102 | DISCOVERY CERTIFICATE – Notice of Deposition of *Kimberly Fleury (Amended)* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 07/19/2019) |
| 07/22/2019 | 103 | DISCOVERY CERTIFICATE – Notice of Deposition of *Heather Gunnell* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 07/22/2019) |
| 07/23/2019 | 104 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Status Conference held on 7/23/2019. G. Vitt, Esq. & K. Kramer, Esq. present for plaintiff. D. Schroeder, Esq. & J. Joseph, Esq. present for defendants. Counsel make statements re: (1) need to revise scheduling order deadlines, (2) custodian of records and release of documents, (4) request for in camera review. ORDERED: Counsel are to submit a fifth stipulated discovery schedule setting out dates agreed to. Defendants are to make inquiries of custodians of records and release any records not previously sent to plaintiff. Counsel is to submit records for in camera review to the court by 7/30/2019. (Court Reporter: Anne Henry) (pjl) Due date corrected on 7/24/2019 (jlh). (Entered: 07/24/2019) |
| 07/29/2019 | 105 | JOINT MOTION to Amend the Discovery Schedule/Order filed by Misty Blanchette Porter. (Attachments: # 1 Exhibit A )(Vitt, Geoffrey) (Entered: 07/29/2019) |

| | | |
|---|---|---|
| 07/30/2019 | 106 | FIFTH AMENDED STIPULATED DISCOVERY SCHEDULE/ORDER granting 105 JOINT MOTION to Amend the Discovery Schedule/Order. Discovery due by 10/31/2019. Motions due by 12/1/2019. Early Neutral Evaluation set for 10/2019. Ready for Trial by 6/2020. Signed by Chief Judge Geoffrey W. Crawford on 7/30/2019. (esb) Link added/text clarified on 7/31/2019 (law). (Entered: 07/30/2019) |
| 08/05/2019 | 107 | DISCOVERY CERTIFICATE – Notice of Deposition of *Elizabeth C. Todd (Amended)* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 08/05/2019) |
| 08/05/2019 | 108 | DISCOVERY CERTIFICATE – Notice of Deposition of *Kimberly Fleury (Second Amended)* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 08/05/2019) |
| 08/07/2019 | 109 | ORDER On In Camera Review. Signed by Chief Judge Geoffrey W. Crawford on 8/6/2019. (law) (Entered: 08/07/2019) |
| 08/07/2019 | 110 | DISCOVERY CERTIFICATE – Notice of Deposition of *Heather Gunnell (Amended)* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 08/07/2019) |
| 08/08/2019 | 111 | DISCOVERY CERTIFICATE – Notice of Deposition of *Leslie DeMars* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 08/08/2019) |
| 08/16/2019 | 112 | DISCOVERY CERTIFICATE – Notice of Deposition of *Rule 30(b)(6) – Second Amended* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 08/16/2019) |
| 08/21/2019 | 113 | DISCOVERY CERTIFICATE – Notice of Deposition of *Dr. Joanne Conroy* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 08/21/2019) |
| 09/03/2019 | 114 | DISCOVERY CERTIFICATE – Interrogatories and Request to Produce by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 09/03/2019) |
| 09/04/2019 | 115 | STIPULATED MOTION to Amend the Discovery Schedule/Order filed by Dartmouth–Hitchcock Clinic, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit A)(Coffin, Tristram) (Entered: 09/04/2019) |
| 09/06/2019 | 116 | DISCOVERY CERTIFICATE – Notice of Deposition of *Plaintiff's Rule 30(b)(6) Notice of Deposition to Defendants* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 09/06/2019) |
| 09/12/2019 | 117 | SIXTH STIPULATED DISCOVERY SCHEDULE/ORDER granting 115 STIPULATED MOTION to Amend the Discovery Schedule/Order. Discovery due by 10/31/2019. Motions due by 12/1/2019. Early Neutral Evaluation set for 11/2019. Ready for Trial by 6/2020. Signed by Chief Judge Geoffrey W. Crawford on 9/12/2019. (esb) (Entered: 09/12/2019) |
| 09/17/2019 | 118 | DISCOVERY CERTIFICATE – Notice of Deposition of *Leslie DeMars (Amended)* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 09/17/2019) |
| 10/01/2019 | 119 | DISCOVERY CERTIFICATE – Response to Request to Produce by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 10/01/2019) |
| 10/03/2019 | 120 | MOTION to Compel *Response to Fourth Set of Interrogatories and Requests to Produce* filed by Misty Blanchette Porter.(Kramer, Katherine) Text clarified on 10/3/2019 (jlh). (Entered: 10/03/2019) |
| 10/17/2019 | 121 | RESPONSE in Opposition re 120 MOTION to Compel *Response to Fourth Set of Interrogatories and Requests to Produce* filed by Dartmouth–Hitchcock Clinic, Dartmouth–Hitchcock Health, Dartmouth–Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Coffin, Tristram) (Main Document 121 replaced on 10/18/2019) (jlh). (Entered: 10/17/2019) |
| 10/18/2019 | 122 | NOTICE OF DOCKET ENTRY CORRECTION re: 121 RESPONSE in Opposition re 120 MOTION to Compel Response to Fourth Set of Interrogatories and Requests to Produce. The incorrect document was uploaded at the time of filing. The correct document is now attached to 121 as well as this entry. (jlh) (Entered: 10/18/2019) |
| 10/24/2019 | 123 | ORDER granting 120 Motion to Compel Response to Fourth Set of Interrogatories and Requests to Produce. Signed by Chief Judge Geoffrey W. Crawford on 10/24/2019. (esb) (Entered: 10/24/2019) |

| | | |
|---|---|---|
| 10/25/2019 | 124 | JOINT MOTION for Status Conference *to be held on or before November 7, or as soon as Practicable* filed by Misty Blanchette Porter.(Kramer, Katherine) (Main Document 124 replaced on 10/28/2019) (jlh). (Additional attachment(s) added on 10/28/2019: # 1 Exhibit) (jlh). (Entered: 10/25/2019) |
| 10/28/2019 | 125 | NOTICE OF DOCKET ENTRY CORRECTION re: 124 JOINT MOTION for Status Conference *to be held on or before November 7, or as soon as Practicable* filed by Misty Blanchette Porter. THe main document was uploaded with that of its attachment as a singular pdf. The document has been broken apart and reattached to the entry. The corrected documents are now attached to 124 as well as this entry. (Attachments: # 1 Exhibit) (jlh) (Entered: 10/28/2019) |
| 10/28/2019 | 126 | DISCOVERY CERTIFICATE – Notice of Deposition of *Judy McBean, M.D.* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 10/28/2019) |
| 10/29/2019 | 127 | NOTICE of Hearing: Status Conference set for 11/4/2019 at 10:00 AM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 10/29/2019) |
| 10/29/2019 | 128 | NOTICE *of Withdrawal of Daniel Long, Esq.* by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital (Long, Daniel) (Entered: 10/29/2019) |
| 11/04/2019 | 129 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Status Conference held on 11/4/2019. G. Vitt, Esq. & K. Kramer, Esq. present for pltf. D. Schroeder, Esq. & J. Joseph, Esq. present for dfts. Counsel make statements re: (1) dispute re: work product, (2) discovery issues and deadlines for outstanding discovery, (3) pltf's request for add'l depositions, (4) pltf's request for renewed depositions of previously deposed individuals, and (5) pltf's request to identify add'l custodians of records. ORDERED: Discovery re: 4th set of requests to produce is due by 11/18/2019. All discovery is to be completed by 12/15/2019. Summary judgment motions are due by 1/15/2020. Ready for trial date is June 2020. Pltf's request for add'l depositions beyond 10 is denied. Pltf's request for renewed depositions of previously deposed individuals is denied. Pltf's request to identify add'l custodian of records beyond the 20 currently identified is denied. The court will issue an order setting out these deadlines. (Court Reporter: Anne Henry) (pjl) (Entered: 11/04/2019) |
| 11/04/2019 | 130 | ORDER granting 124 JOINT MOTION for a Status Conference. Plaintiff's request for production of Defendants' Document 80 is denied. Defendants' responses to written discovery are due by 11/18/2019; Discovery is to be completed by 12/15/2019; Summary judgment motions are due by 1/15/2020. Signed by Chief Judge Geoffrey W. Crawford on 11/4/2019. (pjl) (Entered: 11/04/2019) |
| 11/07/2019 | 131 | REPORT of Early Neutral Evaluator.(Clayton, Gregory) (Entered: 11/07/2019) |
| 11/20/2019 | 132 | DISCOVERY CERTIFICATE – Notice of Deposition of *Aimee Giglio* by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 11/20/2019) |
| 12/02/2019 | 133 | UNOPPOSED MOTION In Camera Review of Additional Documents filed by Misty Blanchette Porter.(Vitt, Geoffrey) (Entered: 12/02/2019) |
| 12/12/2019 | 134 | ORDER granting 133 MOTION for In Camera Review of Additional Documents. Signed by Chief Judge Geoffrey W. Crawford on 12/11/2019. (This is a text−only Order.) (jal) (Entered: 12/12/2019) |
| 12/26/2019 | 135 | LETTER re: 134 Order granting 133 MOTION for In Camera Review of Additional Documents by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Joseph, Jessica) (Entered: 12/26/2019) |
| 01/07/2020 | 136 | ORDER re 133 UNOPPOSED MOTION In Camera Review of Additional Documents. Signed by Chief Judge Geoffrey W. Crawford on 1/7/2020. (esb) (Entered: 01/07/2020) |
| 01/13/2020 | 137 | STIPULATED MOTION to Amend the Discovery Schedule/Order filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit A)(Coffin, Tristram) (Entered: 01/13/2020) |

| | | |
|---|---|---|
| 01/13/2020 | 138 | SEVENTH AMENDED STIPULATED DISCOVERY SCHEDULE/ORDER granting 137 STIPULATED MOTION to Amend the Discovery Schedule/Order. Motions due by 1/29/2020. Ready for Trial by 6/1/2020. Signed by Chief Judge Geoffrey W. Crawford on 1/13/2020. (pjl) (Entered: 01/13/2020) |
| 01/29/2020 | 139 | MOTION for Summary Judgment *On All Claims* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Statement of Undisputed Facts, # 2 Index of Exhibits, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Affidavit of Dr. Edward Merrens, # 14 Affidavit of Daniel Herrick, # 15 Affidavit of Dr. Jocelyn Chertoff, # 16 Affidavit of Michele Z. King, # 17 Exhibit A, # 18 Exhibit B, # 19 Memorandum in Support)(Coffin, Tristram) (Entered: 01/29/2020) |
| 03/06/2020 | 140 | RESPONSE in Opposition re: 139 MOTION for Summary Judgment *On All Claims* filed by Misty Blanchette Porter. (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22) *(documents sealed)* (esb) Date filed corrected on 3/9/2020 (law). Exhibits 17 and 18 unsealed on 6/3/2020 pursuant to Document 149 (TOO) (law). (Entered: 03/09/2020) |
| 03/23/2020 | 141 | UNOPPOSED MOTION for Hearing/*Status Conference Regarding Confidentiality Designation* re: 139 MOTION for Summary Judgment *On All Claims* filed by Misty Blanchette Porter.(Kramer, Katherine) Event/text clarified, link added on 3/23/2020 (law). (Entered: 03/23/2020) |
| 03/25/2020 | 142 | MEMORANDUM by Misty Blanchette Porter re: 141 UNOPPOSED MOTION for Hearing/*Status Conference Regarding Confidentiality Designation* re: 139 MOTION for Summary Judgment *On All Claims* (Kramer, Katherine) (Entered: 03/25/2020) |
| 03/27/2020 | 143 | REPLY to Response to 139 MOTION for Summary Judgment *On All Claims* filed by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit A)(Coffin, Tristram) (Entered: 03/27/2020) |
| 05/12/2020 | 144 | NOTICE of Change of Address filed by Misty Blanchette Porter(Kramer, Katherine) (Entered: 05/12/2020) |
| 06/01/2020 | 145 | MEMORANDUM by Dartmouth−Hitchcock Clinic, Dartmouth−Hitchcock Health, Dartmouth−Hitchcock Medical Center, Mary Hitchcock Memorial Hospital *Regarding Confidentiality Designation Of Exhibits* re: 140 Response in Opposition to 139 MOTION for Summary Judgment. (Coffin, Tristram) (Entered: 06/01/2020) |
| 06/01/2020 | 146 | NOTICE of Hearing: Status Conference by telephone set for 6/2/2020 at 10:00 AM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 06/01/2020) |
| 06/01/2020 | 147 | ORDER granting 141 MOTION for Hearing/Status Conference Regarding Confidentiality Designation re: 139 Motion for Summary Judgment on All Claims. Signed by Chief Judge Geoffrey W. Crawford on 6/1/2020. (This is a text−only Order.) (jal) (Entered: 06/01/2020) |
| 06/02/2020 | 148 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Telephone Status Conference held on 6/2/2020. G. Vitt, Esq. & K. Kramer, Esq. present for plaintiff. D. Schroeder, Esq., J. Joseph, Esq. & T. Coffin, Esq. present for defendants. Court and counsel discuss confidentiality issues. ORDERED: Documents 10 & 11 are to be sealed. Sealing is denied for documents 17 & 18. Court discusses (1) settlement, (2) oral argument on pending motion, (3) trial. ORDERED: The court will not schedule oral argument re: 139 MOTION for Summary Judgment at this time. Counsel request the scheduling of a jury trial for early Spring 2021. (Court Reporter: Anne Henry) (pjl) (Entered: 06/02/2020) |
| 06/02/2020 | 149 | ORDER: re 140 RESPONSE in Opposition re: 139 MOTION for Summary Judgment On All Claims−−Following a hearing on June 2, 2020, the court orders that Doc. 140−12 and 140−13 (Ex. 10 and 11) shall be sealed. Doc. 140−19 and Doc. 140−20 |

| | | |
|---|---|---|
| | | (Ex. 17 and 18) are not sealed. Signed by Chief Judge Geoffrey W. Crawford on 6/2/2020. (This is a text−only Order.) (jal) (Entered: 06/02/2020) |
| 06/03/2020 | | UNSEALED Document(s): Exhibits 17 and 18 to 140 Response in Opposition are unsealed pursuant to court's Order (Document No. 149). (law) (Entered: 06/03/2020) |
| 06/16/2020 | 150 | REDACTIONS to 140 RESPONSE in Opposition re: 139 MOTION for Summary Judgment On All Claims by Misty Blanchette Porter (Attachments: # 1 Statement of Disputed Material Facts *(redacted)*, # 2 Exhibit 19 *(redacted)*)(Vitt, Geoffrey) Link added, text clarified on 6/16/2020 (law). (Entered: 06/16/2020) |
| 07/16/2020 | 151 | NOTICE of Change of Address filed by Misty Blanchette Porter.(Kramer, Katherine) Text clarified on 7/17/2020 (law). (Entered: 07/16/2020) |
| 11/03/2020 | 152 | DECISION granting 139 Motion for Summary Judgment *On All Claims*. Signed by Chief Judge Geoffrey W. Crawford on 11/3/2020. (esb) (Entered: 11/03/2020) |
| 11/04/2020 | 153 | JUDGMENT − in favor of Dartmouth−Hitchcock Medical Center, Dartmouth−Hitchcock Clinic, Mary Hitchcock Memorial Hospital, Dartmouth−Hitchcock Health against Misty Blanchette Porter, M.D.. Signed by Deputy Clerk on 11/4/2020. (Attachments: # 1 Notice to Litigants (appeal period expires 12/4/2020)) (esb) (Entered: 11/04/2020) |
| 11/17/2020 | 154 | NOTICE OF APPEAL as to 153 Judgment, 152 Decision on Motion for Summary Judgment by Misty Blanchette Porter. (Vitt, Geoffrey) (Entered: 11/17/2020) |
| 11/17/2020 | | USCA Appeal Fees received $ 505 receipt number 4682023453 re 154 Notice of Appeal filed by Misty Blanchette Porter. (eh) (Entered: 11/17/2020) |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., | Circuit No. 20-3894 |
| Plaintiff – Appellant, | District No. 5:17-cv-194 |
| . | |
| DARTMOUTH-HITCHCOCK MEDICAL CENTER;<br>DARTMOUTH-HITCHCOCK CLINIC;<br>MARY HITCHOCK MEMORIAL HOSPITAL;<br>DARTMOUTH HITCHCOCK HEALTH,<br>  Defendants - Appellees. | |

    I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont, hereby certify that the electronic index comprises the foregoing docket entries, and constitutes the Record on Appeal.

    In testimony whereof, I have hereunto subscribed my name and affixed the Seal of the aforesaid Court at Burlington, Vermont this 23rd day of November, 2020.

JEFFREY S. EATON
Clerk of Court

By: */s/ Gail Greenia*
Deputy Clerk