**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand twenty-four.

Before:  Debra Ann Livingston,
*Chief Judge*,
Amalya L. Kearse,
John M. Walker Jr.,
*Circuit Judges*.

_____

Misty Blanchette Porter, M.D.,

    Plaintiff - Appellant,

v.

Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, Dartmouth-Hitchcock Health,

    Defendants - Appellees.
_____

**JUDGMENT**

Docket No. 20-3894

The appeal in the above captioned case from a judgment of the United States District Court for the District of Vermont was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is affirmed in part, and vacated and remanded in part.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/27/2024