UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>DARTMOUTH-HITCHCOCK )<br>MEDICAL CENTER, )<br>DARTMOUTH-HITCHCOCK )<br>CLINIC, MARY HITCHCOCK )<br>MEMORIAL HOSPITAL, and )<br>DARTMOUTH-HITCHCOCK )<br>HEALTH, )<br>)<br>**Defendants.** ) | Docket No. 2:17-CV-194 |

## MEMORANDUM REGARDING TRIAL DATE

Plaintiff agrees to defendants' request that the trial begin in the last week of March 2025, i.e. March 24, 2025. Plaintiff's consent to this trial date is based on the understanding that there will be no further delay and the March 24. 2025 trial date is binding on the parties.

Plaintiff Dr. Porter is an attending physician at The University of Vermont Medical Center with a full schedule of surgery and call. In order to participate in trial preparation and the trial itself, Dr. Porter will need to take an extended leave of absence. The Medical Center rules require that a physician submit an application and provide at least four months' notice before a leave begins.

Dated: <u>May 28, 2024</u>          Signed:          <u>/s/ Geoffrey J. Vitt</u>
                                                     Geoffrey J. Vitt
                                                     Vitt & Nunan, PLC
                                                     8 Beaver Meadow Rd.
                                                     PO Box 1229
                                                     Norwich, VT 05055
                                                     (802) 649-5700
                                                     gvitt@vittnunanlaw.com

                                                     Attorney for Plaintiff
                                                     Misty Blanchette Porter, M.D.

## Certificate of Service

I hereby certify that the above Notice has been served by ECF to all counsel of record.

<u>/s/ Geoffrey J. Vitt</u>
Geoffrey J. Vitt

Attorney for Plaintiff
Misty Blanchette Porter, M.D.