UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., <br>     Plaintiff, <br><br> v. <br><br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, <br>     Defendants. | Docket No. 2:17-CV-194 |

## DISCOVERY CERTIFICATE

I certify that Plaintiff's Supplemental Interrogatory Answers has/have been served via e-mail to the following:

| | | |
|---|---|---|
| Tristram J. Coffin, Esq. <br> Downs Rachlin Martin PLLC <br> tcoffin@drm.com <br> *Attorney for Defendants* | Morgan McDonald <br> Foley & Lardner LLP <br> mmcdonald@foley.com <br> *Attorney for Defendants* | Jessica E. Joseph, Esq. <br> Foley & Lardner LLP <br> jjoseph@foley.com <br> *Attorney for Defendants* |
| Donald W. Schroeder, Esq. <br> Foley & Lardner LLP <br> DSchroeder@foley.com <br> *Attorney for Defendants* | | John A. Schraven <br> Shoup Evers & Green, PLLC <br> jschraven@seglawyers.com <br> *Special Master* |
| Megan Martinez, Esq. <br> Foley & Lardner LLP <br> memartinez@foley.com <br> *Attorney for Defendants* | Sarah H. Nunan, Esq. <br> Vitt & Nunan PLC <br> snunan@vittnunanlaw.com <br> *Attorney for Plaintiff* | Eric D. Jones, Esq. <br> Langrock Sperry & Wool, LLP <br> ejones@langrock.com <br> *Attorney for Plaintiff* |

Dated: January 10, 2025                    /s/ Geoffrey J. Vitt
                                                           Geoffrey J. Vitt, Esq.
                                                           Vitt & Nunan, PLC
                                                           8 Beaver Meadow Road
                                                           P.O. Box 1229
                                                           Norwich, VT 05055-1229
                                                           (802) 649-5700
                                                           gvitt@vittnunanlaw.com

*Attorneys for Plaintiff,*
*Misty Blanchette Porter, M.D.*