REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Misty Blanchette Porter

    v.                                    Case No. 2:17-cv-194

Dartmouth-Hitchcock Medical Center et al.

TAKE NOTICE that the above-entitled case has been scheduled at 09:00 a.m. on Monday, March 24, 2025 in Burlington, Vermont, before Honorable Kevin J. Doyle, Magistrate Judge, for Jury Draw. Jury Trial will commence immediately following completion of Jury Draw. Trial will be held 9:00 a.m. to 4:30 p.m. daily through April 11, 2025.

Location: Courtroom 110
*Revised to update courtroom and include Court Reporter*

JEFFREY S. EATON, Clerk
By: */s/ Emerson F. Howe*
Deputy Clerk
1/22/2025

TO:

Geoffrey J. Vitt, Esq.
Katherine Burghardt Kramer, Esq.

Tristram J. Coffin, Esq.
Morgan McDonald, Esq. Donald W. Schroeder, Esq.

Jan-Marie Glaze, Court Reporter

***ALL COUNSEL ARE DIRECTED TO CONTACT THE COURTROOM DEPUTY OR VISIT THE COURT'S WEBSITE AT www.vtd.uscourts.gov FOR TRIAL PREPARATION PROCEDURES INCLUDING THE PRE-MARKING OF EXHIBITS, JURY DRAW PROCEDURES.

***CONTACT KATHLEEN CARTER, JURY ADMINISTRATOR, FOR COPIES OF THE JURY QUESTIONNAIRES AT (802) 951-6395 EXT. 110