# Exhibit B

Leslie DeMars CONFIDENTIAL - October 23, 2019  CERTIFIED ORIGINAL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
Case No. 5:17-cv-194

MISTY BLANCHETTE PORTER, M.D.,

    Plaintiff

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER,
DARTMOUTH-HITCHCOCK CLINIC,
MARY HITCHCOCK MEMORIAL HOSPITAL,
and DARTMOUTH-HITCHCOCK HEALTH,

    Defendants.


C O N F I D E N T I A L


DEPOSITION OF LESLIE DeMARS taken on behalf of the Plaintiff at Norwich, Vermont, on October 23, 2019, at 9:00 a.m., before Cynthia Foster, Registered Professional Reporter.

North Country Court Reporters
northcountrycr@gmail.com - 603-443-1157

Leslie DeMars CONFIDENTIAL - October 23, 2019

2

APPEARANCES:

    Geoffrey Judd Vitt, Esquire
    Sarah Nunan, Esquire
    Julia Korkus, Paralegal
    Vitt & Associates, PLC
    8 Beaver Meadow Road
    P.O. Box 1229
    Norwich, Vermont, 05055, on behalf of the
    Plaintiff, Misty Blanchette Porter, M.D., also
    present.

    Katherine Burghardt Kramer, Esquire
    KBK Law
    6 Mill Street
    P.O. Box 23
    Middlebury, Vermont, 05753, on behalf of the
    Plaintiff, Misty Blanchette Porter, M.D., also
    present.

    Donald W. Schroeder, Esquire
    Foley & Lardner, LLP
    111 Huntington Avenue, Suite 2500
    Boston, Massachusetts, 02199-7610, on behalf of
    the Defendants, Dartmouth-Hitchcock Medical
    Center, Dartmouth-Hitchcock Clinic, Mary
    Hitchcock Memorial Hospital, and
    Dartmouth-Hitchcock Health.

Leslie DeMars CONFIDENTIAL - October 23, 2019

127

```
 1             surprise me at all.
 2   Q         Did you talk to him about any of these issues
 3             reflected in the exhibits in front of you?
 4             MR. SCHROEDER:  Who's he?
 5   Q         Sorry.  Ed Merrens.
 6   A         No.
 7   Q         Why not?
 8   A         Because he looked at me at the Credentialing
 9             Committee and said this is on you.
10   Q         When were the first discussions about the
11             possibility of closing the REI Division?
12   A         There was no discussion about it.  That was
13             April of 2017, May 2017, that was after this
14             time.
15             MR. SCHROEDER:  After what time?
16   A         After February.
17   Q         So Ed Merrens thought it was in March.  Does
18             that sound right or do you think it was April
19             before the discussion started?
20   A         I think it was April or May.  And there was, the
21             discussion was never, the discussions we were
22             having were to contract and to stop IVF.  The
23             discussions were never to close the division.
24   Q         And who were the persons who were involved in
25             these discussions?
```

| | | |
|---|---|---|
| 1 | | you included the Value Institute? |
| 2 | | MR. SCHROEDER: She didn't say Ed Merrens. |
| 3 | A | I didn't say Ed Merrens. |
| 4 | Q | Was he not involved in it? |
| 5 | A | No. He was not. |
| 6 | Q | Who made the decision ultimately? |
| 7 | | MR. SCHROEDER: For what? |
| 8 | Q | To close the REI Division? |
| 9 | A | Again, we were not talking about that. |
| 10 | Q | Well, somebody made a decision to close the REI |
| 11 | | Division and to terminate the employees in that |
| 12 | | division; is that correct? |
| 13 | A | Yes. |
| 14 | Q | Who made that decision? |
| 15 | A | Dr. Merrens. |
| 16 | Q | Okay. Now, prior to getting to that point, |
| 17 | | getting to the point of deciding to close the |
| 18 | | REI Division, who were the individuals who were |
| 19 | | involved in the discussions about the |
| 20 | | possibility of contracting the services to be |
| 21 | | offered by the division? |
| 22 | A | That was me, Heather Gunnell, the Value |
| 23 | | Institute, Daniel Herrick. |
| 24 | Q | Can you explain, please, what role or function |
| 25 | | was performed by the Value Institute in these |

| | | |
|---|---|---|
| 1 | | them were there. |
| 2 | Q | One of the two of them were both conveyed the |
| 3 | | conclusions of the Value Institute? |
| 4 | A | Correct. |
| 5 | Q | Let me take a short break. |
| 6 | | (Recess taken 3:18 - 3:30 p.m.) |
| 7 | Q | It was pointed out to me that you and I used a |
| 8 | | term a few moments ago that can be interpreted |
| 9 | | two ways. We talked about "contracting" the REI |
| 10 | | services, and what I understood you to mean was |
| 11 | | reducing or shrinking the size of the services, |
| 12 | | not contracting out those services to a third |
| 13 | | party like IVF Boston. You were referring to a |
| 14 | | shrinkage, right? |
| 15 | A | Correct. |
| 16 | Q | Because the transcript could be read to refer to |
| 17 | | a plan to send the IVF services to Boston or |
| 18 | | some place. That wasn't -- |
| 19 | A | No. Limiting. |
| 20 | Q | Okay. Thank you. |
| 21 | | Do you understand that you were involved |
| 22 | | pretty much from the outset in the discussions |
| 23 | | about what to do with the REI Division? Is that |
| 24 | | accurate? |
| 25 | A | Discussions with whom? |

Leslie DeMars CONFIDENTIAL - October 23, 2019

133

```
 1   Q     With the senior leadership at
 2         Dartmouth-Hitchcock.
 3   A     I wouldn't characterize those meetings as
 4         discussions.
 5   Q     How would you characterize them?
 6   A     I would characterize them as decisions having
 7         been made without having discussions having
 8         occurred, and my arguments to the contrary were
 9         dismissed.  Any plans that I had were dismissed,
10         and a process was put in place over which I had
11         absolutely no say.
12   Q     Why do you believe that your arguments were
13         dismissed?
14   A     Oh, because they were dismissed publicly and
15         condescendingly.
16   Q     By whom?
17   A     By Ed.
18   Q     When you say "publicly," where?
19   A     In a meeting of senior leadership.
20   Q     Who was there?
21   A     Ed, Daniel Herrick, Heather, Joni Spring who was
22         one of the nursing leadership, Maria, John
23         Kacavas, Victoria who's the publicity
24         communications person.  Aimee Giglio.
25               MR. SCHROEDER:  Be careful whether or not
```

|    |   |                                                                    |
|----|---|--------------------------------------------------------------------|
| 1  |   | ability actually is.  What she said was because                    |
| 2  |   | this is a business decision to close the                           |
| 3  |   | division, there is no longer a position for REI                    |
| 4  |   | physicians.                                                        |
| 5  | Q | Was there a discussion in either of the meetings                   |
| 6  |   | about redeploying Dr. Porter to do ultrasound                      |
| 7  |   | work?                                                              |
| 8  | A | That was not discussed at the meeting.  That was                   |
| 9  |   | something that I had in the back of my mind                        |
| 10 |   | because, again, what I wanted to try to do was                     |
| 11 |   | to keep Misty employed.  So I had a choice of                      |
| 12 |   | could I keep her within the department or could                    |
| 13 |   | I have her be a member of the Department of                        |
| 14 |   | Radiology.  So I actually had a conversation                       |
| 15 |   | with Jocelyn Chertoff about potentially having                     |
| 16 |   | Misty move into Radiology.                                         |
| 17 | Q | Was she all right with that?                                       |
| 18 | A | No.  She said I have no, I have no position                        |
| 19 |   | available in Radiology.  I'm not interested in                     |
| 20 |   | hiring Misty within the department.                                |
| 21 | Q | Okay.  Exhibit 20 will be a document that was                      |
| 22 |   | marked as Exhibit 17 during the Merrens                            |
| 23 |   | deposition.  Numbers are 2582 through 2583, but                    |
| 24 |   | there are a series of documents attached to it                     |
| 25 |   | that were produced in native format so there are                   |

```
 1   Q     Okay.  Now --
 2   A     The complete shutdown is actually shutting down
 3         the IVF program, not shutting down the division.
 4   Q     That was your understanding as of this date?
 5   A     Correct.
 6   Q     And this assumption of having Dr. Porter
 7         refocused to begin ultrasound, that was
 8         something you had considered as well, right?
 9   A     Yes.  That was, again, because of the
10         recommendations that were made by the Value
11         Institute that we needed a shutdown and rebuild
12         of the IVF program, and that one of the issues
13         was in Misty's leadership of that program.  I
14         wanted to keep Misty in the department.  I
15         wanted her to be able to concentrate on
16         something that she was really great at, and then
17         as she recovered to then work with her on what
18         we could do with the IVF program as it existed
19         at that point in the future.  So again, this
20         was, I wanted to keep Misty.
21   Q     You said that Aimee Giglio mentioned apparently
22         more than once in these meetings that it was a
23         business decision to shut it down, right?
24   A     Yes.
25   Q     And you said no, it's a personal decision,
```