IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, M.D.,

        Plaintiff,

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,

        Defendants.

Case No. 2:17-cv-194

**DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE DUPLICATIVE TESTIMONY OF DR. PORTER'S QUALIFICATIONS AS A PHYSICIAN**

      Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health (collectively, "Defendants" or "Dartmouth Health") hereby move, pursuant to Fed. R. Evid. 401 and. 403, as well as the Order issued by this Honorable Court on January 13, 2025, at ECF Docket No. 194, to preclude Plaintiff Misty Blanchette Porter, M.D.'s ("Plaintiff" or "Dr. Porter") reference, through oral argument, trial testimony, or pleadings, to duplicative testimony related to Dr. Porter's qualifications as a physician (the "Motion"). The grounds for Defendants' Motion are fully set forth in the accompanying memorandum of law. In brief, the exclusion of this testimony is appropriate because Dr. Porter's qualifications as a physician is not at issue in this case, which makes testimony related to her qualifications both irrelevant and a waste of the Court's time and jury deliberations. Even if

1

the Court were to find this evidence relevant, the risk of wasting the jury's time and confusing the issues seriously outweighs its probative value.

Pursuant to Local Rule 7(a)(7), Defendants hereby certify that they have made a good faith attempt to obtain Plaintiff's agreement to the requested relief, and such agreement was not obtained. Defendants hereby request an evidentiary hearing on this motion pursuant to Local Rule 7(a)(6).

Date: February 14, 2025                            Respectfully submitted,

*/s/ Tristram J. Coffin*

**DOWNS RACHLIN MARTIN PLLC**

Tristram J. Coffin
199 Main Street
Burlington, VT 05402
Telephone: 802-863-2375
tcoffin@drm.com


**FOLEY & LARDNER LLP**

Donald W. Schroeder (admitted *pro hac vice*)
Morgan McDonald-Ramos (admitted *pro hac vice*)
Megan E. Martinez (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
dschroeder@foley.com
mmcdonald@foley.com
memartinez@foley.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 14, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Tristram J. Coffin*
Tristram J. Coffin

23357613.1