# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., <br>     Plaintiff, <br><br> v. <br><br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, <br>     Defendants. | Docket No. 2:17-CV-194 |

**PLAINTIFF'S SUPPLEMENTAL INTERROGATORY ANSWERS**

Plaintiff, Misty Blanchette Porter, M.D., provides the following supplemental answers to provide additional information concerning individuals with knowledge of facts relevant to the claims and defenses at issue in this action:

Julia MacCallum, M.D.

In response to defendants' Motion for Summary Judgment, plaintiff submitted an opposition that included as an exhibit the Declaration of Julia MacCallum, M.D. dated March 5, 2020. A copy of that Declaration is attached. If called as a witness at trial, Dr. MacCallum would testify regarding the matters addressed in her Declaration.

Ira Bernstein, M.D.

Dr. Bernstein is an attending physician at the University of Vermont Medical Center ("UVMMC"). For the period April 2012 to May 2024, he was the Chair of the Department of Obstetrics, Midwifery, Gynecology and Reproductive Sciences at UVMMC. Dr. Bernstein was

on the faculty of the University of Vermont Larner College of Medicine (LCOM) while Dr. Porter was a resident physician and during a period that she had a fellowship in reproductive endocrinology.

Dr. Bernstein was informed that D-H had decided to close its REI Division. At that time, the fellows in REI from UVMMC were training onsite at D-H. At D-H's request, Dr. Bernstein agreed that UVMMC would provide its residents in OBGYN with training in reproductive endocrinology.

After D-H terminated Dr. Porter's employment, she sought employment at UVMMC. There were no comparable jobs available to Dr. Porter in the Upper Valley. Dr. Porter applied for and was offered a position at UVMMC as an attending physician. She worked in a per diem position in REI from June 2017 through April 2018. Since May 2018, she has been appointed as faculty to the LCOM at UVM. Dr. Bernstein is knowledgeable about Dr. Porter's job performance at UVMMC and the demands that are placed on her by reason of her call obligations. He is also knowledgeable about Dr. Porter's condition after D-H terminated her employment.

_MBlanchette Porter MD_    Date: 1/9/2025
Misty Blanchette Porter, M. D.
Plaintiff

State of Vermont
County of Windsor

On this 9 day of January 2025, at Norwich, in said County and State, personally appeared Misty Blanchette Porter, and made oath to the truth of the foregoing Supplemental Interrogatory Answers, before me.

2

Notary Public Signature: Sarah H. Nunan

Printer Name: SARAH H. NUNAN

Commission Number: 157.0008122

Commission Expiration Date: 1/31/27

Dated: 1/9/25

Respectfully submitted,

/s/ Geoffrey J. Vitt
Geoffrey J. Vitt, Esq.
Vitt & Nunan, PLC
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055-1229
(802) 649-5700
gvitt@vittnunanlaw.com

Dated: 1/9/25

/s/ Eric D. Jones
Eric D. Jones, Esq.
Langrock Sperry & Wool, LLP
210 College Street
P.O. Box 721
Burlington, VT 05402
(802) 864-0217
ejones@langrock.com

**Attorneys for Plaintiff,
Misty Blanchette Porter, M.D.**