**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D.,<br>                    Plaintiff,<br><br>vs.<br><br>DARTMOUTH-HITCHCOCK MEDICAL<br>CENTER, DARTMOUTH-HITCHCOCK<br>CLINIC, MARY HITCHCOCK<br>MEMORIAL HOSPITAL, and<br>DARTMOUTH-HITCHCOCK HEALTH,<br>                    Defendants. | Case No. 2:17-cv-194 |

**INDEX TO EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE DUPLICATIVE TESTIMONY
OF DR. PORTER'S QUALIFICATIONS AS A PHYSICIAN**

| Exhibit | Description |
|---|---|
| A | Plaintiff's Initial Disclosures, dated January 23, 2018 |
| B | Plaintiff's Responses to Defendant March Hitchcock Memorial Hospital's First Set of Interrogatories, dated April 23, 2018 |
| C | Plaintiff's Supplemental Interrogatory Answers, dated January 9, 2025 |
| D | SJ Opp Exhibit 2 – Declaration of Julia MacCallum, M.D., dated March 5, 2020 |
| E | SJ Opp Exhibit 3 – Declaration of Michelle Russell, M.D., dated March 5, 2020 |
| F | SJ Opp Exhibit 4 – Declaration of Sharon Parent, dated February 28, 2020 |
| G | Deposition of Dr. DeMars, dated October 23, 2019 |

23357868.1