# Exhibit G

Leslie DeMars CONFIDENTIAL - October 23, 2019

CERTIFIED
ORIGINAL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT
Case No. 5:17-cv-194

MISTY BLANCHETTE PORTER, M.D.,

Plaintiff

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER,
DARTMOUTH-HITCHCOCK CLINIC,
MARY HITCHCOCK MEMORIAL HOSPITAL,
and DARTMOUTH-HITCHCOCK HEALTH,

Defendants.


C O N F I D E N T I A L


DEPOSITION OF LESLIE DeMARS
taken on behalf of the Plaintiff at Norwich,
Vermont, on October 23, 2019, at 9:00 a.m.,
before Cynthia Foster, Registered Professional
Reporter.

Leslie DeMars CONFIDENTIAL - October 23, 2019

2

APPEARANCES:

        Geoffrey Judd Vitt, Esquire
        Sarah Nunan, Esquire
        Julia Korkus, Paralegal
        Vitt & Associates, PLC
        8 Beaver Meadow Road
        P.O. Box 1229
        Norwich, Vermont, 05055, on behalf of the
        Plaintiff, Misty Blanchette Porter, M.D., also
        present.

        Katherine Burghardt Kramer, Esquire
        KBK Law
        6 Mill Street
        P.O. Box 23
        Middlebury, Vermont, 05753, on behalf of the
        Plaintiff, Misty Blanchette Porter, M.D., also
        present.

        Donald W. Schroeder, Esquire
        Foley & Lardner, LLP
        111 Huntington Avenue, Suite 2500
        Boston, Massachusetts, 02199-7610, on behalf of
        the Defendants, Dartmouth-Hitchcock Medical
        Center, Dartmouth-Hitchcock Clinic, Mary
        Hitchcock Memorial Hospital, and
        Dartmouth-Hitchcock Health.

Leslie DeMars CONFIDENTIAL - October 23, 2019

43

| | | |
|---|---|---|
| 1 | | messages where you refer to "Misty magic."  Do |
| 2 | | you recall using that term? |
| 3 | A | Absolutely. |
| 4 | Q | What did you mean by that? |
| 5 | A | Misty, Misty is an amazingly gifted and |
| 6 | | dedicated reproductive endocrinologist and |
| 7 | | infertility specialist who I think through |
| 8 | | technical skill and creativity was able to |
| 9 | | achieve lots of desired pregnancies for women, |
| 10 | | and that's her "Misty magic." |
| 11 | Q | Was she also skilled at reading ultrasounds? |
| 12 | A | I think that she is skilled at reading |
| 13 | | ultrasounds. |
| 14 | Q | She also for a number of years did benign |
| 15 | | surgery, correct? |
| 16 | A | Yes. |
| 17 | Q | Was she a talented surgeon? |
| 18 | A | Some things, yes. |
| 19 | Q | You mean for certain -- |
| 20 | A | For certain procedures, yes. |
| 21 | Q | What procedures? |
| 22 | A | I think for infertility-related procedures such |
| 23 | | as intrauterine resections, hysteroscopic |
| 24 | | resections. |
| 25 | Q | Any others? |