IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
Case No. 5:17-cv-194


MISTY BLANCHETTE PORTER, M.D.,

        Plaintiff

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER,
DARTMOUTH-HITCHCOCK CLINIC,
MARY HITCHCOCK MEMORIAL HOSPITAL,
and DARTMOUTH-HITCHCOCK HEALTH,

        Defendants.


C O N F I D E N T I A L


    DEPOSITION OF JOANNE CONROY
taken on behalf of the Plaintiff at Lebanon,
New Hampshire, on September 24, 2019, at
1:00 p.m., before Cynthia Foster, LCR No. 14, a
Licensed Court Reporter within and for the State
of New Hampshire.

|   |   |   |
|---|---|---|
| 1 |   | It was a human interest story about the new CEO |
| 2 |   | which is generally more getting to know the |
| 3 |   | person. |
| 4 | Q | Okay.  Did you expect that the issue of the |
| 5 |   | closing of the REI Division would be a subject |
| 6 |   | that would be touched upon during the interview? |
| 7 | A | No. |
| 8 | Q | Do you recall whether you volunteered the |
| 9 |   | information about the closing of the REI |
| 10 |   | Division or was what you said in response to a |
| 11 |   | question? |
| 12 | A | I recall that it was in response to a question. |
| 13 | Q | So if we go to the fourth page in, going to the |
| 14 |   | bottom of the page, you see that? |
| 15 | A | Yes. |
| 16 | Q | The reporter writes, quote, "In some cases, |
| 17 |   | Conroy said, there are services that it simply |
| 18 |   | does not make sense for D-H to offer.  For |
| 19 |   | example, D-H closed its Reproductive |
| 20 |   | Endocrinology and Infertility program this |
| 21 |   | spring as a result of being unable to recruit |
| 22 |   | new providers," you said. |
| 23 |   | Do you believe you said that? |

1   A     I said something about the REI program.  I'm not
2         sure this is verbatim of what I said.
3   Q     All right.  She doesn't put quotation marks
4         anywhere, but would this, in your view, be the
5         gist or a good summary of what you said?
6   A     Yes.
7   Q     Then if you go to the next page, and the third
8         paragraph, it reads, "In the case of the
9         fertility clinic, Conroy said, quote, we were
10        just affected by the declining birth rate in
11        this area and it wasn't attractive to some of
12        the young up-and-coming providers that we wanted
13        to recruit here.  Sometimes you have to make the
14        tough decisions," period, close quote.
15              Do you believe you said that?
16  A     Yes.
17  Q     Did anyone from Dartmouth-Hitchcock, either you
18        or PR person if he were there, take notes about
19        what was said during this interview?
20  A     I don't recall.
21  Q     After an interview, some people, I came from
22        Washington, D.C., so that was some of these
23        people, would finish the interview, go back and

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | do a file memo about what was said, basically                   |
| 2  |   | some record so that if it ever came up they'd                   |
| 3  |   | have something. Do you do anything like that?                   |
| 4  | A | No.                                                             |
| 5  | Q | You don't dictate a file memo or talk to                        |
| 6  |   | somebody and say here's what we covered?                        |
| 7  | A | No.                                                             |
| 8  | Q | Okay. Can you give me an estimate about how                     |
| 9  |   | long the interview lasted?                                      |
| 10 | A | Less than 45 minutes.                                           |
| 11 | Q | Was it cordial?                                                 |
| 12 | A | Yes.                                                            |
| 13 | Q | On the fourth page, you talk about being unable                 |
| 14 |   | to recruit new providers. When you use                          |
| 15 |   | "providers," does that mean doctors?                            |
| 16 | A | Doctors, advanced practice nurses, nurses. I                    |
| 17 |   | use the term "providers" broadly.                               |
| 18 | Q | Okay. In the next page on the third paragraph                   |
| 19 |   | you say that there was a declining birth rate in                |
| 20 |   | the area which made it less attractive for the                  |
| 21 |   | up and coming providers. What were you                          |
| 22 |   | referring to?                                                   |
| 23 | A | Young providers want to join a thriving, growing                |

|     |   |                                                                    |
|-----|---|--------------------------------------------------------------------|
| 1   |   | practice.  We live in an area with a declining                     |
| 2   |   | birth rate and declining volumes through our                       |
| 3   |   | program, difficult to attract nurses and                           |
| 4   |   | physicians and advanced nurse practitioners to                     |
| 5   |   | that type of environment, especially if they're                    |
| 6   |   | beginning their careers.                                           |
| 7   | Q | How do you know that?                                              |
| 8   | A | From my experience at Morristown.                                  |
| 9   | Q | What group, what age group in this area                            |
| 10  |   | reflected or showed declining birth rates?                         |
| 11  | A | So we just know that the number of people in                       |
| 12  |   | child-bearing years had been declining by one                      |
| 13  |   | percent a year in the State of New Hampshire.                      |
| 14  |   | The majority of young families are actually                        |
| 15  |   | moving to the southern part of the state, not to                   |
| 16  |   | the Upper Valley.  So with declining numbers of                    |
| 17  |   | young families that are beginning their                            |
| 18  |   | families, you have declining birth rates.                          |
| 19  | Q | And do you believe that these young families are                   |
| 20  |   | a source or have been a source of patients for                     |
| 21  |   | the REI Division?                                                  |
| 22  | A | That would be speculating.  I'm an                                 |
| 23  |   | anesthesiologist.  I'll put you to sleep.  But                     |

```
 1              beyond that, I'm outside my area of expertise.
 2       Q      When you referred to the declining birth rates,
 3              did you ask anyone before the interview about
 4              the number of patients in the REI Division and
 5              whether there was less demand for those
 6              services?
 7       A      No.  Demand.  This was not a data issue focused
 8              interview.  It was a personal "get to know the
 9              CEO" interview.
10       Q      How do you know there was difficulty recruiting
11              providers?
12       A      I know that we were asking providers, had
13              historically asked providers in the southern
14              part of the state to come up and cover some of
15              our services here, that we didn't have adequate
16              nurse coverage, and it was beginning to be a
17              challenge for us.
18       Q      The nurse coverage?
19       A      Coverage in general.
20       Q      Throughout the institution?
21       A      Throughout the REI program, both up here in
22              Lebanon and in the southern part of the state.
23       Q      How do you know that?
```

| | | |
|---|---|---|
| 1 | A | I was appraised of that in kind of a debrief of, |
| 2 | | you know, the difficult decision that they came |
| 3 | | to in closing the program, but that was after |
| 4 | | the program was closed. |
| 5 | Q | Who gave you the debriefing? |
| 6 | A | Ed Merrens. |
| 7 | Q | On more than one occasion? |
| 8 | A | One occasion. |
| 9 | Q | When was that? |
| 10 | A | I don't recall. |
| 11 | Q | Who was in the meeting?  Was it just you and he? |
| 12 | A | It was just Ed and I. |
| 13 | Q | How long was the meeting? |
| 14 | A | It was one of our monthly meetings, and the |
| 15 | | meetings are about 30 minutes and it's a touch |
| 16 | | base. |
| 17 | Q | How much of the 30-minute meeting do you think |
| 18 | | recovered the REI Division closing? |
| 19 | A | Five minutes. |
| 20 | Q | Tell me what you can recall. |
| 21 | A | I recall that he said it was kind of a difficult |
| 22 | | decision, there were coverage challenges, |
| 23 | | decrease in volumes, difficulty kind of |

|   |   |   |
|---|---|---|
| 1 |   | recruiting people for coverage.  With the |
| 2 |   | movement of the OB program from St. Joe's to |
| 3 |   | Catholic Medical Center, we had an option in the |
| 4 |   | south for insuring that residents received |
| 5 |   | exposure to REI through Boston IVF and that we |
| 6 |   | had a solution, we felt, to provide the |
| 7 |   | educational experiences our residents needed |
| 8 |   | during the second year of their training. |
| 9 | Q | Solution here at Dartmouth-Hitchcock? |
| 10 | A | Yes.  The students rotate down to Catholic |
| 11 |   | Medical Center, and when they are there, they're |
| 12 |   | there for ten months, and I believe two of the |
| 13 |   | 12 months of their second year are spent with |
| 14 |   | the Boston IVF center in Manchester. |
| 15 | Q | So I want to make sure I understand the |
| 16 |   | solution.  The solution for making sure that the |
| 17 |   | residents got the training that they were |
| 18 |   | entitled to in the REI field would be you send |
| 19 |   | them down to Catholic Medical Center and for two |
| 20 |   | months down there Boston IVF provides them with |
| 21 |   | information or training; is that right? |
| 22 | A | That's right. |
| 23 | Q | Is that the way residents have in fact received |

|     |   |   |
|-----|---|---|
| 1   |   | months of their second year at Catholic Medical |
| 2   |   | Center.  They spend two months of their second |
| 3   |   | year at REI in Manchester.  That is totally |
| 4   |   | separate from Catholic Medical Center. |
| 5   | Q | So the reproductive endocrinology and |
| 6   |   | infertility work that they need to obtain the |
| 7   |   | education, they get all that from the Boston |
| 8   |   | IVF; is that right? |
| 9   | A | Yes. |
| 10  | Q | And to the extent they learn where they do the |
| 11  |   | IVF procedures that would be at Boston IVF, |
| 12  |   | right? |
| 13  | A | That is my understanding. |
| 14  | Q | And do the residents go to Waltham? |
| 15  | A | I don't know. |
| 16  | Q | I want to make sure, I want to circle back to |
| 17  |   | your meeting with Ed Merrens.  It was based on |
| 18  |   | that meeting that you got the information that |
| 19  |   | there had been difficulty recruiting providers, |
| 20  |   | you termed them up-and-coming providers, because |
| 21  |   | there was not a sufficient number of patients in |
| 22  |   | the Upper Valley or in this area.  Correct? |
| 23  | A | Small volumes in the practice, not a thriving, |

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | growing practice, in a state that's aging with                  |
| 2  |   | decreasing numbers of young families.                           |
| 3  | Q | When Ed Merrens mentioned coverage challenges,                  |
| 4  |   | was that with respect to the nurses or with                     |
| 5  |   | respect to the physicians or both?                              |
| 6  | A | He didn't go into detail.  And I just want to                   |
| 7  |   | remind you, this is after the program had                       |
| 8  |   | closed.                                                         |
| 9  | Q | Right.  I understand that.                                      |
| 10 | A | Because I came here August 7th, and I think our                 |
| 11 |   | conversations occurred in August, early                         |
| 12 |   | September.                                                      |
| 13 | Q | Was there a particular reason that you                          |
| 14 |   | understood that this issue was being discussed                  |
| 15 |   | with Ed Merrens?                                                |
| 16 | A | Well, Ed was just appraising me of what the                     |
| 17 |   | decision that had been made previously, and I                   |
| 18 |   | think it was also within the context of a                       |
| 19 |   | leadership transition within the Department of                  |
| 20 |   | OB.                                                             |
| 21 | Q | Was that leadership transition Dr. DeMars                       |
| 22 |   | stepping down?                                                  |
| 23 | A | Yes.  That was.  Although we were discussing                    |