| | |
|---|---|
| **From:** | Maria D. Padin [Maria.D.Padin@hitchcock.org] |
| **Sent:** | 5/12/2017 6:00:55 PM |
| **To:** | Edward J. Merrens [Edward.J.Merrens@hitchcock.org] |
| **CC:** | Victoria L. McCandless [Victoria.L.McCandless@hitchcock.org]; John P. Kacavas [John.P.Kacavas@hitchcock.org]; Josh McElveen [Josh.McElveen@hitchcock.org]; Heather L. Gunnell [Heather.L.Gunnell@hitchcock.org]; Daniel P. Herrick [Daniel.P.Herrick@hitchcock.org] |
| **Subject:** | Re: OPEN LETTER: Dartmouth-Hitchcock **External** |

**EXHIBIT 2**

Victoria,
Some of the pieces in this make sense but others miss the point. while I believe that some of these patients can be transitioned others may need to be connected to other programs. I believe we did a dis-service if we only attributed the closure to a nursing
Issue. I agree that closing the program was the right thing to do . May be we can edit so we state that we will work to understand her specific needs and facilitate the transition to the program that will best ensure she receives the care she needs,
MP

Sent from my iPhone

On May 12, 2017, at 11:50 AM, Edward J. Merrens <Edward.J.Merrens@hitchcock.org> wrote:

It was sent to me

On May 12, 2017, at 11:46 AM, Victoria L. McCandless <Victoria.L.McCandless@hitchcock.org> wrote:

Hi,
This letter about the REI program is tricky in that it wasn't sent to Ed and he is mentioned in the letter. So I would suggest that it come from Maria instead (are you ok with that Maria?). Attached is a draft response (scroll down after the original email). I highlighted in yellow the section that may need help. Since I don't understand the clinical nature of her medical issues (not sure who does), I don't know if her care can be transitioned somewhere else at D-H. Can someone look her up? Who is the best person to call her?

I do feel someone needs to reach out to her today. She has also posted this letter on our Facebook page, so it is public.

Please let me know how you want to proceed on this one.

Victoria

---

**From:** Edward J. Merrens
**Sent:** Friday, May 12, 2017 7:34 AM
**To:** John P. Kacavas; Josh McElveen; Victoria L. McCandless
**Subject:** Fwd: OPEN LETTER: Dartmouth-Hitchcock **External**

FYI

Best,

Ed

.........................................................
Edward J. Merrens, MD, MS
Chief Clinical Officer | Dartmouth-Hitchcock
One Medical Center Drive, Lebanon, New Hampshire, 03756 USA

CONFIDENTIAL
DH0026897

(603) 650-8960 | edward.j.merrens@hitchcock.org | dartmouth-hitchcock.org

Begin forwarded message:

**From:** "Sissy Bradford" <SissyBradford@vermontlaw.edu>
**To:** "newseditor@vnews.com" <newseditor@vnews.com>, "dmackie@vnews.com" <dmackie@vnews.com>, "Edward J. Merrens" <Edward.J.Merrens@hitchcock.org>
**Subject: OPEN LETTER: Dartmouth-Hitchcock \*\*External\*\***

OPEN LETTER:
Dr. James N. Weinstein, Chief Executive Officer and President
Stephen J. LeBlanc, Chief Administrative Officer
Maria D. Padin, MD, Chief Medical Officer
Karen Fay Clements, Chief Nursing Officer

I am a law student at Vermont Law School. I am also a patient at Dartmouth-Hitchcock (D-H). D-H's decision to close the reproductive endocrinology department will significantly impact my health. Reproductive endocrinology manages my brain tumor and the cascade of hormone problems that it causes. This isn't about infertility. This is about being well enough to be able to attend and complete law school.

While reproductive endocrinology is called the infertility clinic at D-H, infertility is only some of what they do. Closing this department will harm many women, like me, in the community.

Because of the scope and nature of my medical condition, and the other women like me, it is inappropriate for us to be seen in Endocrinology or Gynecology. D-H is failing to provide community-needed care.

My experience in both Endocrinology and Gynecology was one of misdiagnoses and mismanagement that caused delays in appropriate treatment and symptom relief. Considering that D-H is a teaching facility, this is especially troublesome. First, students, interns, and fellows will not have the option of referring patients to reproductive endocrinology. This is a myopic hubris that hurts patients. And, this is ethically questionable. Second, students, interns, and fellows will not have practicing reproductive endocrinologist from which to learn at D-H.

The Chief Clinical Officer, Dr. Merrens, who made the decision to close the reproductive endocrinology department should be questioned by the D-H Leadership, the news media, and the public. His decision was based on nurse staffing issues, not budget, not demand, not community care needs.

Dr. Merrens' decision hurts the women, community-needed care, and the teaching mission of D-H. Dr. Merrens can be reached at:
edward.j.merrens@hitchcock.org
603.650.8380
http://www.dartmouth-hitchcock.org/provider/364

~Sissy

Sisyphus Bradford
PO 904
South Royalton VT 05068
210.529.6683


\*\*WARNING\*\* This email originated from outside of Dartmouth-Hitchcock.
\*Do not click\* links or attachments unless you recognize the sender and know the content is safe.

<REI Response Bradford.docx>

CONFIDENTIAL                                                                                                       DH0026898