NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

Misty Blanchette Porter, et al

      v.                                             Case No. 2:17-cv-194

Dartmouth-Hitchcock Medical Center, et al


TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Friday, March 14, 2025 in Burlington, Vermont, before Honorable Kevin J. Doyle, Magistrate Judge, for a hearing on Motions in Limine (Docs. 198, 200-202) and Motion to Quash Dr. Joanne Conroy's Trial Subpoena (Doc. 199). An evidentiary hearing will be held on the Motion in Limine to Preclude the Testimony of Robert Bancroft (Doc. 198).

Location: 410                                      JEFFREY S. EATON, Clerk
                                                   By: */s/ Emerson F. Howe*
                                                   Deputy Clerk
                                                   3/6/2025


TO:

Eric D. Jones, Esq.
Geoffrey J. Vitt, Esq.
Sarah H. Nunan, Esq.

Donald W. Schroeder, Esq.
Jessica E. Joseph, Esq.
Megan Martinez, Esq.
Morgan McDonald, Esq.
Tristram J. Coffin, Esq.