# Exhibit 1

### 249

```
 1       going to do a search, I think it had been
 2       discussed that it was going to be a search more
 3       generally, not in detail, but finding an interim
 4       you had to see if there was someone that you
 5       could coax; and as a member of the department,
 6       not as a CMO, I said, you know, you might want
 7       to look at this. This is a good, you have a lot
 8       of the skills that might help the department
 9       transition.
10   Q   Do you know why she wasn't selected?
11   A   She actually was interviewing actively for
12       another job I later learned. So she actually
13       was already contemplating leaving the
14       institution before all of this happened and was
15       given actually a chairmanship position at Mayo.
16       So if you're given an interim versus a
17       chairmanship position, I think any woman in her
18       right mind would go for the chairmanship at Mayo
19       so that's why she didn't apply.
20   Q   What were the operational issues that you were
21       dealing with with Dr. Theiler?
22   A   I think that, you know, how we would staff and
23       schedule. She was asking my support and
24       guidance since I had been a Medical Director in
25       Concord, and at that point no one had been
```

### 250

```
 1       identified, and so we talked about what needed
 2       to be filled in order to get to the schedule.
 3       She also asked me if I would be willing to do
 4       additional clinic time and OR time as a member
 5       of the department which I agreed to do. To some
 6       degree she took an informal sort of leadership
 7       role during that time trying to make sure that
 8       patients' needs were met and that the services
 9       were covered as it related to the resident
10       oversight and labor and delivery.
11   Q   Were there ever proposals put together to
12       restart REI?
13   A   I do not recall seeing any proposal.
14   Q   What's the current status of restarting REI?
15   A   I do not know what the current status is.
16   Q   Do you know if anybody has been offered a
17       position as an REI physician?
18   A   I do not know of anyone who's been offered a
19       position as an REI physician.
20   Q   Do you know if there have been any recruitment
21       efforts to hire someone as an REI?
22   A   That I'm aware of, there have been no
23       recruitment efforts that I'm aware of.
24   Q   Have you heard any rumors about it?
25   A   I think people are still trying to sort it out
```

### 251

```
 1       is all I can get. People have talked about
 2       whether to have a program up here or a program
 3       in the south where there's a larger part of the
 4       population. That's about as much as I've heard
 5       and it's been in the department meetings at a
 6       very high level in the OB/GYN department, but
 7       with no direct commitment. I think part of it
 8       is that they were waiting for the new actual
 9       chair who just came into the department this
10       summer, to actually, no one likes to start
11       anything if they're looking for a chair. They
12       want the chair to own it. So I think that was
13       part of why things have not really moved
14       forward.
15   Q   Do you have an opinion about restarting REI?
16   A   I think it's very reasonable to restart REI.
17       How it should look, I think that that's a
18       decision that's going to have to be made by
19       really understanding what the demand is, where
20       is the best place to deliver that service, what
21       the population needs are. You know, we have
22       decreasing birth rates in New Hampshire and our
23       population of reproductive age is continuously
24       decreasing. So do we have it here, do we have
25       it in the south. I think those are discussions
```

### 252

```
 1       that the department as a whole will have to have
 2       and cumulatively come to a decision together
 3       under the guidance of the new chair.
 4   Q   Were you on the CEO search committee for hiring
 5       Joanne Conroy?
 6   A   I was.
 7   Q   How many people were on the committee?
 8   A   I don't recall, but I do recall that there was
 9       one physician trustee which was Jeff Cohen, and
10       I was the only physician on the leadership team
11       for the medical staff that was asked by the
12       board to be on the search committee.
13   Q   When did the CEO search committee first discuss
14       the REI issue in any way with Dr. Conroy?
15   A   I don't recall it being a discussion in any of
16       the meetings at least that I was present with
17       when we were interviewing Dr. Conroy. We were
18       interested in more bigger things.
19   Q   Do you recall if it was ever brought to her
20       attention in that search process?
21   A   I don't recall, at least in the conversations I
22       was in because there were, you know, you have
23       everyone who comes into the Hilton, and you
24       interview everyone, and it's not about a
25       specific program. It's more broadly about their
```