IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., Plaintiff, <br> vs. <br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, Defendants. | Case No. 2:17-cv-194 |

**DEFENDANTS' WITNESS LIST**

Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health (collectively, "Defendants") intend to call the following witnesses:

| <u>Witness</u> | <u>Address</u> |
|---|---|
| Karen Boedtker | c/o Donald W. Schroeder, Esq. <br> Foley & Lardner LLP <br> 111 Huntington Avenue <br> Suite 2600 <br> Boston, MA 02199 <br> (617) 342-4000 |
| Jocelyn Chertoff | c/o Donald W. Schroeder, Esq. <br> Foley & Lardner LLP <br> 111 Huntington Avenue <br> Suite 2600 <br> Boston, MA 02199 <br> (617) 342-4000 |
| Aimee Claiborne | c/o Donald W. Schroeder, Esq. <br> Foley & Lardner LLP <br> 111 Huntington Avenue <br> Suite 2600 <br> Boston, MA 02199 <br> (617) 342-4000 |

4930-7120-5157.2

| Leslie DeMars | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |
|---|---|
| Heather Gunnell | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |
| Daniel Herrick | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |
| Michele King | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |
| Kathleen Mansfield | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |
| Edward Merrens | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |

4930-7120-5157.2

| | |
|---|---|
| Kelly Mousley | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |
| Maria Padin | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |
| Misty Blanchette Porter | c/o Geoffrey Vitt, Esq.<br>Vitt & Associates, PLC<br>8 Beaver Meadow Road<br>Norwich, VT 05055<br>(802) 649-5700 |
| Judy Stern | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |
| Elizabeth Todd | c/o Donald W. Schroeder, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199<br>(617) 342-4000 |

Defendants reserve the right to call any witness listed by Plaintiff, and Defendants reserve the right to call any witnesses needed for establishing foundation, impeachment and/or rebuttal.

Date: March 10, 2025						Respectfully submitted,

						*/s/ Tristram J. Coffin*
						Tristram J. Coffin
						DOWNS RACHLIN MARTIN PLLC
						199 Main Street
						Burlington, VT 05402
						Telephone: 802-863-2375
						tcoffin@drm.com

						and

						Donald W. Schroeder (admitted *pro hac vice*)
						Morgan McDonald-Ramos (admitted *pro hac vice*)
						Megan E. Martinez (admitted *pro hac vice*)
						FOLEY & LARDNER LLP
						111 Huntington Avenue
						Boston, MA 02199
						Tel: (617) 342-4000
						dschroeder@foley.com
						mmcdonald@foley.com
						memartinez@foley.com

						*Attorneys for Defendants*

4930-7120-5157.2

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 10, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

                                          */s/ Tristram J. Coffin*
                                            Tristram J. Coffin