UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| MISTY BLANCHETTE PORTER, M.D.,<br>　　　Plaintiff,<br><br>　　　v.<br><br>DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 2:17-CV-194 |

## Witness List

1. Robert L. Bancroft
2. Deborah Birenbaum
3. Judith McBean
4. Navid Esfandiari
5. Sharon Parent
6. Misty Blanchette Porter
7. Eunice Lee
8. Julia MacCallum
9. Donna Bedard
10. Dennis Dela Cruz
11. Leslie DeMars
12. Dennis Seguin
13. Jenice Gonyea
14. Kris Stohbehn
15. Karen George
16. Ira Bernstein
17. Emily Baker
18. Michelle Russell
19. Victoria Maxfield
20. Barry Smith
21. Katrina Thorstensen

22. Joanne Conroy
23. Ed Merrens
24. Maria Padin
25. Daniel Herrick

Respectfully submitted,

Dated: <u>March 7, 2025</u>

/s/ Geoffrey J. Vitt
   Geoffrey J. Vitt, Esq.
   Vitt & Nunan, PLC
   8 Beaver Meadow Road
   P.O. Box 1229
   Norwich, VT 05055-1229
   (802) 649-5700
   gvitt@vittnunanlaw.com

   Eric D. Jones, Esq.
   Langrock Sperry & Wool, LLP
   210 College Street
   P.O. Box 721
   Burlington, VT 05402
   (802) 864-0217
   ejones@langrock.com

   Sarah H. Nunan, Esq.
   Vitt & Nunan PLC
   8 Beaver Meadow Road
   P.O. Box 1229
   Norwich, VT 05055
   (802) 649−5700
   snunan@vittnunanlaw.com

   ***Attorneys for Plaintiff,***
   ***Misty Blanchette Porter, M.D.***

CERTIFICATE OF SERVICE

I hereby certify that, on March 10, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ Geoffrey J. Vitt
Geoffrey J. Vitt