REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

Misty Blanchette Porter, et al

     v.                                         Case No. 2:17-cv-194

Dartmouth-Hitchcock Medical Center, et al

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Friday, March 14, 2025 in Burlington, Vermont, before Honorable Kevin J. Doyle, Magistrate Judge, for a hearing on Motions in Limine (Docs. 198, 200-202), Motion to Quash Dr. Joanne Conroy's Trial Subpoena (Doc. 199), and Motion to Amend Complaint (Doc. 213). An evidentiary hearing will be held on the Motion in Limine to Preclude the Testimony of Robert Bancroft (Doc. 198).

| | |
|---|---|
| Location: 410 | JEFFREY S. EATON, Clerk |
| *Revised to include Motion to Amend Complaint (Doc. 213)* | By: */s/ Emerson F. Howe* |
| | Deputy Clerk |
| | 3/13/2025 |

TO:

Eric D. Jones, Esq.
Geoffrey J. Vitt, Esq.
Sarah H. Nunan, Esq.

Donald W. Schroeder, Esq.
Jessica E. Joseph, Esq.
Megan Martinez, Esq.
Morgan McDonald, Esq.
Tristram J. Coffin, Esq.