IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, M.D.,

Plaintiff,

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,

Defendants.

Case No. 2:17-cv-194

### WITNESSES AND EXHIBITS FOR EVIDENTIARY HEARING ON BANCROFT TESTIMONY

**Witnesses**

**Robert Bancroft, Ph.D.**

**Exhibits**

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Bancroft C.V. |
| 2 | August 26, 2024 Bancroft Report |
| 3 | Bancroft work papers (Ex. 5 from deposition) |
| 4 | October 30, 2018 Bancroft Report |
| 5 | October 1, 2019 Bancroft Report |
| 6 | Bancroft October 30, 2019 deposition (with selected portions) |

Date: March 13, 2025						Respectfully submitted,

							*/s/ Tristram J. Coffin*

							**DOWNS RACHLIN MARTIN PLLC**

							Tristram J. Coffin
							199 Main Street, P.O. Box 190
							Burlington, VT 05402
							Telephone: 802-863-2375
							tcoffin@drm.com


							**FOLEY & LARDNER LLP**

							Donald W. Schroeder (admitted *pro hac vice*)
							Morgan McDonald-Ramos (admitted *pro hac vice*)
							Megan E. Martinez (admitted *pro hac vice*)
							111 Huntington Avenue
							Boston, MA 02199
							Tel: (617) 342-4000
							dschroeder@foley.com
							mmcdonald@foley.com
							memartinez@foley.com

							*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 13, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

>*/s/ Tristram J. Coffin*
>Tristram J. Coffin