UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| MISTY BLANCHETTE PORTER, M.D., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:17-CV-194 |
| | ) | |
| DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, | ) | |
| Defendants. | ) | |

**Updated Exhibit List**
**Of Plaintiff Misty Blanchette Porter, M.D.**

| Plaintiff Ex. | Date of Doc | Description of Document | Bates Stamp |
|---|---|---|---|
| 1 | 8/24/2024 | Bancroft Analysis | |
| 1A | 3/19/2025 | Updated Bancroft Analysis | |
| 2 | 9/17/15 | Email from L. DeMars to R. Reindollar re Albert, Misty & division | DH0011400 |
| 3 | 3/8/2016 | Email From L. DeMars to M. Padin Re; CONFIDENTIAL: D. Seifer, MD | DH0021261-62 |
| 4 | 3/9/16 | Emails from L. DeMars to S. Jackson re Dr. D. Seifer offer letter | DH0029317-18 |
| 5 | 4/12/2016 | Job offer letter from Birkmeyer and Compton to L. DeMars | DH0013075-82 |
| 6 | 5/8/2016 | Email from L. DeMars to Kayla Hollis RE: CONFIDENTIAL: D. Seifer, MD | DH0021254-55 |
| 7 | 5/12/2016 | Email From L. DeMars to M. Padin re DS and credentialing | DH0021253 |
| 8 | 5/12/2016 | From L. Demars to M. Padin re DS and credentialing | DH0021253 |
| 9 | 7/28/2016 | Text L. DeMars and R. Reindollar re Chat with Richard Reindollar | DEMARS0000101-102 |
| 10 | 9/9/2016 | Email from L. Demars to S. Parent Re: confidential review of DS | DH0025503 |
| 11 | 7/28/2016 | Email from D. Seguin to L. DeMars | DH0011269-70 |
| 12 | 9/11/2016 | Email from E. Todd to L. DeMars RE: Review for DS | DH0025440 |
| 13 | 9/12/2016 | Email From M. Porter to L. Demars re DS review | DH0025564-65 |

| 14 | 9/13/2016 | Email from L. DeMars to E. Todd Re: Review for DS | DH0025572-73 |
| --- | --- | --- | --- |
| 15 | 11/23/2016 | Email From Michele F. Searbo to L. DeMars FW: David Seifer FFPE | DH0025549-63 |
| 16 | 11/30/2016 | Email From L. DeMars to Michele F. Searbo RE: David Seifer FFPE | DH0025566-67 |
| 17 | 1/5/2017 | Email from L. DeMars to H. Gunnell FW: Confidential - Physician Compensation Dashboard | DH0016265-66 |
| 18 | 2/20/2017 | Email From M. Porter to L. Demars RE: confidential review | DH0025077-79 |
| 19 | 2/20/2017 | Email from K. Mousley to L. Demars RE: confidential review | DH0025546-47 |
| 20 | 2/24/2017 | Email from H. Gunnell to L. DeMars RE: confidential review | DH0025441-442 |
| 21 | 5/1/2017 | Email From E. Merrens to D. Compton | DH0013068 |
| 22 | 2/21/2017 | Email from E. Todd to L. DeMars RE: confidential review | DH0025437-38 |
| 23 | 2/22/2017 | Email from J. McBean to L. DeMars RE: confidential review **External** | DH0025543-44 |
| 24 | 6/7/2017 | Email from H. Gunnell to D. Herrick RE: Dox | DH0015544-46 |
| 25 | 6/14/2017 | Email From L. DeMars to K. Strohbehn et al RE: "unanticipated" downstream effects | DH0009476-78 |
| 26 | 11/10/2016 | Email from D. Bedard to H. Gunnell Re: Patient Complaint | DH0026784-85 |
| 27 | 11/10/2016 | Email from K. Mousley to H. Gunnell Re: how is it best to communicate my convos? | DH0026814-15 |
| 28 | 12/5/2016 | Email from L. DeMars to J. McBean | DH0021243-44 |
| 29 | 12/6/2016 | Email from L. DeMars to D. Seifer Re: REI slow down | DH0010726-27 |
| 30 | 1/24/2017 | Email from K. Mousley to H. Gunnell Re: patient concerns | DH0026813 |
| 31 | 11/3/2016 | Email from L. DeMars to H. Gunnell Re: FW f/up Re: initial brief meeting tomorrow | DH0009450-52 |
| 32 | 11/3/2016 | Email from D. Seifer to M. Porter, then reply from L. DeMars to D. Seifer | SEIFER0000060-62 |
| 33 | 11/7/2016 | Email from M. Porter to H. Gunnell, K. Mansfield Re: Nursing with reply | DH0016212 |
| 34 | 11/22/16 | Letter from J. McBean to L. DeMars re Misty, Sharon, Beth & Donna | DH0011260-61 |
| 35 | 12/6/16 | Email from M. Porter to L. DeMars re Revenue and Conifer | DH0002845 |
| 36 | 4/7/2017 | Email from E. Harman to K. Wihbey, et al RE: Benign Gyn Schedule 4/10-4/14 | DH0013975-76 |
| 37 | 4/11/2017 | Email from M. Padin to M. Porter Re: Thank You and OP Note | DH0013886 |
| 38 | 4/11/2017 | Email from M. Porter to M. Padin Re: Thank you and OP Note | PORTER 0000056 |

| 39 | 3/29/2017 | Email from L. DeMars to D. Herrick Re: Worksheet | DH0011363-65 |
|---|---|---|---|
| 40 | 4/18/2017 | Email From D. Herrick to L. Demars re REI/IVF Programs | DH0011253-54 |
| 41 | 4/19/2017 | Email From H. Gunnell to D. Herrick and L. DeMars RE: REI/IVF Action Plan | DH0009574-76 |
| 42 | 4/19/2017 | Email From H. Gunnell to D. Herrick and L. DeMars RE: REI/IVF Action Plan | DH0009582-83 |
| 43 | 4/19/2017 | Calendar Invite: REI and IVF (DeMars, Giglio, Gunnell, Herrick, Merrens, Padin, Spring) for 4/20/2017 | DH0030929 |
| 44 | 4/20/2017 | Email from E. Merrens to L. DeMars, D. Herrick, & H. Gunnell Re: IVF and REI | DH0026883 |
| 45 | 4/20/2017 | Email from E. Todd to L. DeMars Re: REI Team | DH0015509 |
| 46 | 4/20/17 | Email from E. Merrens to L. DeMars & team re IVF & REI | DH0026883 |
| 47 | 4/20/2017 | Calendar Invite: MD Compensation Leadership Meeting | DH0029079 |
| 48 | 4/21/2017 | Calendar Invite for 4/26/2017 OB/GYN Communication | DH0030907 |
| 49 | 4/21/2017 | Email from H. Gunnell to D. Herrick, L. DeMars RE: REI /IVF Action Plan | DH0009574-76 |
| 50 | 4/21/2017 | Email from D. Herrick to H. Gunnell Re: Updated file Attachments: REI Program Strategy | DH0009572-73 |
| 51 | 4/24/2017 | Email from H. Gunnell to K. Pizzuti | DH0009311-12 |
| 52 | 4/25/2017 | Email From L. DeMars to D. Herrick | DH0025744-45 |
| 53 | 4/26/2017 | Calendar Invite: IVF and REI: Next Steps (Adams, DeMars, Giglio, Gunnell, Herrick, Kacavas, McCandless, McElveen, Merrens, Padin, Spring) for 5/1/2017 | DH0027888 |
| 54 | 4/26/2017 | Email from D. Herrick to L. DeMars Re: for your review, then can copy and paste to REI | DH0004461-62 |
| 55 | 4/26/17 | Email from E. Merrens to L. DeMars & team re IVF & REI next steps | DH0026917 |
| 56 | 4/28/2017 | Email from H. Gunnell to 19 REI staff members Re: REI patient scheduling | DH0008918-19 |
| 57 | 4/28/2017 | Email from J. McBean to D. Seifer Re: REI patient scheduling | DH0008916-17 |
| 58 | 4/28/2017 | Email from D. Bedard to H. Gunnell, L. DeMars Re: REI patient scheduling | DH0004538-39 |
| 59 | 5/1/2017 | Email from H. Gunnell to D. Herrick Re: REI New Patients/ REI Program Strategy | DH0009567-69 |
| 60 | 5/2/2017 | Email From A. Giglio to E. Merrens RE: REI | DH0026715-16 |
| 61 | 5/2/2017 | Email From E. Merrens to Aimee Giglio RE: REI [*Draft*] | DH0026771-72 |
| 62 | 5/2/2017 | Email from A. Giglio to E. Merrens RE: REI | DH0026715-16 |
| 63 | 5/4/2017 | Email from E. Merrens to J. Verge Fwd: REI Meeting Script | DH0010538-43 |
| 64 |  | Text Between Leslie DeMars and Lisa McGee | DEMARS0000091-100 |

| | | | |
|---|---|---|---|
| 65 | | Text Between Leslie DeMars and Dan Grow | DEMARS0000088-90 |
| 66 | 5/5/17 | Email from H. Gunnell to T. Fisher re changes | DH003121 |
| 67 | 5/5/17 | Emails from T. Fisher to Team re changes | DH0003140-51 |
| 68 | 5/8/2017 | Email from K. Thorstensen to L. DeMars, Merrens, Herrick, Padin Re: recent events | PORTER 0000033-34 |
| 69 | 5/8/2017 | Email from K. Jacobs to M. Porter Re: speechless | PORTER 0000044 |
| 70 | 5/8/17 | Email from K. Thorstensen to L. DeMars /team re recent events in our department | DH0026925 |
| 71 | 5/9/2017 | Email from (patient) J. Fauteux to E. Merrens Re: Closing of ART program | DH0026809 |
| 72 | 5/10/2017 | Email from (patient) J. Fauteux to E. Merrens Re: Closing of ART program | DH0026837-38 |
| 73 | 5/10/2017 | Email from (patient) V. Wood to E. Merrens and H. Gunnell Re: Closing Fertility Ctr | DH0026848-49 |
| 74 | 5/10/2017 | Email from D. Herrick to V. McCandless, H. Gunnell Re: Bullet points for guidance | DH0026839-41 |
| 75 | 5/10/2017 | Email from E. Merrens to V. McCandless, H. Gunnell, D. Herrick Re: Help responding | DH0026850-51 |
| 76 | 5/10/2017 | Email from E. Merrens to V. McCandless, H. Gunnell, D. Herrick Re: Help responding | DH0026860-61 |
| 77 | 5/10/2017 | Email from V. McCandless to H. Gunnell Re: Closing Fertility Center at DHMC | DH0026842-44 |
| 78 | 5/10/2017 | Email from E. Merrens to V. McCandless, H. Gunnell, D. Herrick Re: Closing Fertility Ctr | DH0026845-47 |
| 79 | 5/11/2017 | Email From A. Hsu to scooberhsu@gmail.com | DH0018061-62 |
| 80 | 5/11/2017 | Email from (patient) A. Davis to E. Merrens/ V. McCandless response Re: closing | DH0026858-59 |
| 81 | 5/11/2017 | Email from (patient) A. Davis to E. Merrens/ V. McCandless | DH0026829-30 |
| 82 | 5/11/2017 | Email from (patient) A. Davis to E. Merrens Re: Patient of Closing RE Dept. | DH0026856-57 |
| 83 | 5/12/2017 | Email From E. Merrens to V. Maxfield Re: Ob/Gyn Department | DH0006600-01 |
| 84 | 5/12/2017 | Email From D. Herrick to E. Merrens Re: REI and Misty | DH0010582 |
| 85 | 5/12/2017 | Email from D. Birenbaum to E. Merrens, D. Herrick re Beloved Misty/Excellent Misty | DH0009053 |
| 86 | 5/12/2017 | Email from D. Birenbaum to E. Merrens, D. Herrick | PORTER 0000042-43 |
| 87 | 5/12/2017 | Email from Barry D. Smith to E. Merrens/L. DeMars g | PORTER0000035-38 |
| 88 | | NO DOCUMENT | |
| 89 | 5/14/2017 | Email from L. DeMars to E. Merrens | DH0010594-96 |
| 90 | 5/14/2017 | Email from E. Merrens to M. Padin | DH0010530-32 |

| | | | |
|---|---|---|---|
| 91 | 5/15/2017 | Email from H. Gunnell to K. Mansfield, K. Mousley | DH0026828 |
| 92 | 5/15/2017 | Email from K. Mousley to H. Gunnell | DH0026865-66 |
| 93 | 5/15/2017 | Email from Annette Moore w/ Letter from E. Merrens Re: Leadership Communications | PORTER0000031-32 |
| 94 | 5/21/2017 | Email from Sharon Silveira to M. Porter | PORTER0000030 |
| 95 | 5/21/2017 | Email from Lib Maloney to M. Porter Re: | PORTER0000046 |
| 96 | 5/22/2017 | Email from M. Padin to E. Merrens FW: Meet | DH0026676-78 |
| 97 | 5/22/17 | Email from T. Fisher to H. Hardy | DH0003104 |
| 98 | 5/22/17 | Emails from K. Boedtker to A. Hsu | DH0001303-08 |
| 99 | 5/23/2017 | Email from T. Fisher to E. Todd Re: Resident teaching with you | DH0015494 |
| 100 | 5/23/17 | Email from B. Moskalenko to C. Neely-Jones re Mirena Study | DH0003092-3-4-5-6 |
| 101 | 5/25/2017 | Letter From M. Porter to Giglio, Merrens, Padin, & DeMars | DH0002805-11 |
| 102 | 5/25/2017 | Letter from M. Porter to Giglio, Merrens, Padin, and DeMars | DH0002805-11 |
| 103 | 5/27/2017 | Email from E. Merrens to M. Porter, A. Hsu, and D. Seifer | DH0026665-67 |
| 104 | 5/31/2017 | Email from K. Boedtker to A. Hsu RE: fyi will be sending you a few emails from… | DH0015417 |
| 105 | 6/6/2017 | Email from H. Gunnell to D. Herrick | DH0015547-48 |
| 106 | 6/6/2017 | Separation and General Release Agreement, Dartmouth-Hitchcock | PORTER 0000716-24 |
| 107 | 6/22/2017 | Letter from K. Aframe to M. Porter re employee file | Stamped P1-P81 |
| 108 | 6/22/2017 | Email from M. Padin to E. Merrens Re: Revised draft message - look ok? | DH0013227 |
| 109 | 9/3/2017 | Valley News Article D-H's New Chief Executive Sets Her Priorities | No Bates Stamp |
| 110 | 9/8/2017 | Email from L. DeMars to D. Seifer RE: recent article **External** | DH0011349 |
| 111 | 9/28/2017 | Email from K. Pizzuti to H. Gunnell RE: Business Plan for REI | DH0015529-30 |
| 112 | 10/12/2017 | Email from A. Hsu to K. Boedtker Re: Fwd: Valley News: Former Fertility Doctor… | DH0015440-43 |
| 113 | 12/8/2017 | Journal/Calendar Entries, M. Porter | 0000186-213 |
| 114 | 8/8/2019 | Handwritten Notes | DH0026767-68 |
| 115 | No date | H. Gunnell : Handwritten Notes | DH0026776-83 |
| 116 | 5/22/2015 | Email from K. Boedtker to A. Hsu Re: QA Review - FW Dawnlynn Marston | DH0015490-91 |
| 117 | 7/13/2015 | Email from L. DeMars to H. Gunnell RE: falling behind again/ needing to meet with you | DH0021277-78 |
| 118 | 8/7/2015 | Email from K. Boedtker to A. Hsu Re: QA Review - FW Dawnlynn Marston | DH0018212 - 28 |

5

| | | | |
|---|---|---|---|
| 119 | 2/26/16 | Emails from A. Hsu to L. DeMars re quick question about my surgical plan for BZ | DH0017743 - 45 |
| 120 | 5/12/2016 | Email from A. Hsu to H. Gunnell Re: QA e-mail #2 | DH0026525-26 |
| 121 | 5/13/2016 | Email from H. Gunnell to K. Boedtker, A. Hsu Re: QA follow-up from patient yesterday | DH0026723-24 |
| 122 | 5/26/16 | Email from M. Porter to L. DeMars re a few things | DH0014338 |
| 123 | 6/3/2016 | Letter to Dr. Seifer from Dr. Porter | PORTER0000175-185 |
| 124 | 6/16/2016 | Email from H. Gunnell to M. Porter Re: Today | DH0013652 |
| 125 | 6/17/16 | Email from M. Porter to L. DeMars re ultrasound reading room | DH0005537-38 |
| 126 | 6/30/16 | Email from M. Porter to L. DeMars re some thoughts | DH0005541-42 |
| 127 | 7/6/2016 | Email from M. Porter to N. Esfandiari, D. Seifer Re: FDA and embryo donation | PORTER 0000129 |
| 128 | 7/6/2016 | Email from M. Porter to D. Seifer, H. Gunnell Re: Schedule | DH0001714 |
| 129 | 7/19/2016 | Letter from Deb Fournier, To Whom it May Concern, Require Accommodations | No Bates Stamp |
| 130 | 8/10/2016 | Letter from M. Brooke Herndon, MD, To Whom it May Concern, | No Bates Stamp |
| 131 | 8/12/2016 | Leave of Absence Request Forms for M. Porter, multiple | DH0021630-40 |
| 132 | 1/3/2017 | Email from (patient) Redacted to M. Porter Re: Most wonderful experience with you | PORTER0000093-94 |
| 133 | 1/3/2017 | Email from (patient) Redacted to M. Porter Re: Thank you Dr. Porter | PORTER0000095 |
| 134 | 1/3/2017 | Email From L. DeMars to A. Hsu re Your review has been completed | DH0025460-62 |
| 135 | 1/9/2017 | Email from M. Porter to H. Gunnell Re: Back to work schedule | PORTER0000091-92 |
| 136 | 5/21/2017 | Email from M. Porter to H. Gunnell Re: Zika issue and process | PORTER 0000060 |
| 137 | 5/21/2017 | Email from Donna Bedard Re: Where AVS? | PORTER0000086 |
| 138 | 1/12/2017 | Email from M. Porter to H. Gunnell Re: Disc Assessment | PORTER0000089-90 |
| 139 | 2/6/2017 | Email from A. Hsu to K. Boedtker, D. Seifer Re: quick note: "Zika Waiver" ** External** | DH0021387 - 94 |
| 140 | 2/8/2017 | Email from M. Lewis to E. Baker, D. Seifer, A. Hsu, V. Maxfield Re: A. couple zika test | DH0009895 |
| 141 | 2/10/2017 | Email from A. Hsu to D. Seifer Re: my discussion with infectious disease (E.T.)**Ext** | DH0010891-92 |
| 142 | 2/10/2017 | Email from A. Hsu to E. Talbot, D. Seifer Re: sperm samples and possible Zika exp. | DH0009890 |
| 143 | 2/10/2017 | Email from E. Talbot to A. Hsu Re: follow-up on our conversation about…Zika exp. | DH0009884-85 |

6

| 144 | 2/13/2017 | Email from M. Porter to H. Gunnell Re: Value Institute Wednesday | PORTER 0000088 |
|---|---|---|---|
| 145 | 2/15/2017 | Email from E. Talbot to D. Seifer Re: FW INQ EPI: Embryo Testing **External** | DH 0010877-80 |
| 146 | 2/18/2017 | Email from M. Porter to L. DeMars Re: anesthesia, RE: 2016 PR | PORTER 0000078-80 |
| 147 | 2/18/2017 | Email from M. Porter to K.M., D. Seifer, A.H Re: patient request | PORTER0000084-85 |
| 148 | 2/19/2017 | Email from M. Porter to L. DeMars Re: 2016 PR | DH0005790-93 |
| 149 | 2/20/2017 | Email from M. Porter to K. Mansfield Re: Nursing SOP's | PORTER 0000069 |
| 150 | 2/20/2017 | Email from L. Foreman to M. Porter Re: IVF anesthesia follow up | PORTER 0000073-74 |
| 151 | 2/23/2017 | Email from M. Porter to H. Gunnell Re: Zika Issue/Process | PORTER0000060 |
| 152 | 2/23/2017 | Email from M. Porter to D. Seifer, H. Gunnell Re: Schedule | DH0004554 |
| 153 | 2/23/2017 | Email from M. Porter to D. Seifer, H. Gunnell Re: Schedule | PORTER 0000061 |
| 154 | 2/23/2017 | Email from M. Porter to D. Seifer, N. Esfandiari Re: Question re: donor embryos | PORTER 0000064 |
| 155 | 2/26/2017 | Email from M. Porter to H. Gunnell Re: anesthesia for IVF patients | PORTER0000058-59 |
| 156 | 2/28/2017 | Email from M. Porter to K. Boedtker Re: Emailing - Zika%207-5-16.pdf | DH0021476-77 |
| 157 | 2/28/17 | Notes from REI Program Work Group | DH0027364_0001-0002 |
| 158 | 3/1/2017 | Email from M. Plunkett to T. Lahey, E. Stanton, H. Ryder, K. Boedtker, A. Higgins | DH0025574-76 |
| 159 | 3/8/2017 | Email from M. Porter to M. Padin and L. DeMars re proctoring request | DH0013890 |
| 160 | 3/8/2017 | Email from K. Boedtker to D. Seifer RE: Zika doc | DH0021461 |
| 161 | 3/9/2017 | Email from K. Boedtker to D. Seifer Re: zika waiver redo (with attachment) | DH0021454-56 |
| 162 | 3/13/17 | Email from H. Gunnell to D. Herrick re REI vs IVF | DH0003127 |
| 163 | 3/15/2017 | Email from A. Matheson to D. Seifer Re: Zika Testing **External** | DH0021327-28 |
| 164 | 3/16/2017 | Email from L. Richards to H. Gunnell Re: QA protected/patient letter | DH0026810 |
| 165 | 3/20/2017 | Email from M. Porter to D. Seifer Re: Repeat Case from 3/15/17/Paperwork issue | PORTER0000057 |
| 166 | undated | Oversight of Assisted Reproductive Technology | PORTER 0000214 - 225 |
| 167 | 1/23/2018 | Plaintiff's Initial Disclosures.pdf | |
| 168 | 4/9/2018 | Plaintiff's Response to Defs.' First Request for Production of Documents to Plaintiff Misty Blanchette Porter | |

| | | | |
|---|---|---|---|
| 169 | 4/9/2018 | Plaintiff's Response to Defs.' First Requests for Admission to Plaintiff Misty Blanchette Porter | |
| 170 | 4/23/2018 | Plaintiff's Response to Def DHMC's First Set of Interrogatories | |
| 171 | 4/23/2018 | Plaintiff's Response to Def MHMH's First Set of Interrogatories | |
| 172 | 10/1/2019 | Plaintiff's Response to Defendants' Third Request for Production of Documents | |
| 173 | 1/23/2018 | Defendants' Initial Disclosures | |
| 174 | 2/21/2018 | Defendants' Responses to Porter's First Request for Production of Documents | |
| 175 | 3/12/2018 | Defs.' Supplemental Responses to Plaintiff's First Request for Production of Documents | |
| 176 | 4/30/2018 | Defendants' Answers to Plaintiff Misty Blanchette Porter's First Set of Interrogatories | |
| 177 | 4/30/2018 | Defendants' Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | |
| 178 | 10/4/2018 | Plaintiff's Response to Defendants' Second Request for Production | |
| 179 | 10/4/2018 | Plaintiff's Response to D-H Clinic's First Set of Interrogatories | |
| 180 | 10/16/2018 | DHMC Def Responses To Pl Second Requests for Documents | |
| 181 | 11/15/2018 | Defendant D-H Clinic's Answers to Plaintiff's Second Set of Interrogatories | |
| 182 | 3/26/2019 | Defendant Dartmouth-Hitchcock Clinic's Answer to Interrogatory No. 8 of Plaintiff's 2nd Set of Interrogatories | |
| 183 | 4/17/2019 | Def. D-H Clinic's Supplemental Answer to Interrogatory No. 10 of Plaintiff's Second Set of Interrogatories | |
| 184 | 5/6/2019 | Defendants' Answers to Plaintiff's Third Set of Interrogatories | |
| 185 | 5/6/2019 | Defendants' Answers to Plaintiff's Third Set of Interrogatories with Verification Page | |
| 186 | 5/7/2019 | Verification page for Defendants' Answers to Plaintiff's Third Set of Interrogatories | |
| 187 | 6/24/2019 | Defendant Dartmouth-Hitchcock Clinic Supplemental Answer to Plaintiff's Third Set of Interrogatories to Defendants | |
| 188 | 10/3/2019 | Defendant D-H Clinic's Supplemental Answer to Interrogatory No. 8 of Plaintiff's Second Set of Interrogatories | |
| 189 | 10/31/2019 | Defendants' Second Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | |

| | | | |
|---|---|---|---|
| 190 | 11/18/2019 | Defendants' Answers to Plaintiff's Fourth Set of Interrogatories to Defendants | |
| 191 | 11/18/2019 | Defendants' Responses to Plaintiff's Fourth Requests for Documents to Defendants | |
| 192 | 12/16/2019 | Defendants' Supplemental Answers to Plaintiff's Fourth Set of Interrogatories to Defendants | |
| 193 | undated | Documents in response to subpoena to David Seifer | SEIFER 000000001-0000165 |

Respectfully submitted,

Dated: March 21, 2025

/s/ Geoffrey J. Vitt
Geoffrey J. Vitt, Esq.
Vitt & Nunan, PLC
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055-1229
(802) 649-5700
gvitt@vittnunanlaw.com

Eric D. Jones, Esq.
Langrock Sperry & Wool, LLP
210 College Street
P.O. Box 721
Burlington, VT 05402
(802) 864-0217
ejones@langrock.com

Sarah H. Nunan, Esq.
Vitt & Nunan PLC
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055
(802) 649−5700
snunan@vittnunanlaw.com

***Attorneys for Plaintiff,
Misty Blanchette Porter, M.D.***

CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

                                              /s/ Geoffrey J. Vitt
                                              Geoffrey J. Vitt