IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, M.D.,

    Plaintiff,

vs.

DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,

    Defendants.

Case No. 2:17-cv-194

**DEFENDANTS' SECOND AMENDED EXHIBIT LIST**

| Exhibit Number | Date | Exhibit Description | Bates Start | Bates End |
|---|---|---|---|---|
| A | 9/28/2012 | Email from M. Porter to E. Merrens RE: Thanks | DH0026662 | DH0026663 |
| B | 11/1/2012 | Email from E. Merrens to M. Porter RE: Meeting with Richard | DH0026580 | DH0026581 |
| C | 11/1/2012 | Email from E. Merrens to A. Weston, el al. RE: OBGYN issue | DH0026582 | DH0026582 |
| D | 12/18/2012 | Email from M. Porter to E. Merrens RE: Follow-up from today | DH0026557 | DH0026560 |
| E | 2/8/2013 | Email from M. Porter to E. Merrens RE: Meeting follow up | DH0026537 | DH0026538 |
| F | 3/4/2015 | Email from H. Gunnell to K. Mansfield RE: FW: Request for expedited posting Req# 26947 | DH0001316 | DH0001317 |
| G | 7/10/2015 | Email from M. King to K. Boedtker, et al. RE: Question re process at DHMC - CONFIDENTIAL and QA protected pursuant to NH RSA 151:13a and RSA 329:29a | DH0024902 | DH0024905 |
| H | 1/31/2016 | Email from M. Porter to L. DeMars RE: Feb/Mar | DH0014534 | DH0014534 |

1

| | | | | |
|---|---|---|---|---|
| I | 3/2/2016 | Email from D. Bedard to M. Porter RE: Albert's Bedford days in March | DH0005311 | DH0005315 |
| J | 5/4/2016 | Email from M. Porter to K. George, et al., RE: Marti and green Team | DH0000411 | DH0000413 |
| K | 5/10/2016 | Email from D. Fournier to M. Porter Subject: RE: Medication | DH0000359 | DH0000359 |
| L | 5/11/2016 | Email from A. Hsu to H. Gunnell et al RE: REI south | DH0004118 | DH0004119 |
| M | 5/12/2016 | Email from DeMars to Padin Subject: DS and credentialling | DH0021253 | DH0021253 |
| N | 5/24/2016 | Email to H. Gunnell, et al RE: REI Division meeting notes for May 18 - | DH0001820 | DH0001821 |
| O | 5/26/2016 | Email from M. Porter to L. DeMars Re: A few things | DH0014338 | DH0014339 |
| P | 5/31/2016 | Email from H. Gunnell to Porter, et al.RE: FW: Minutes from 5.25.16 REI meeting- Heather, please distribute Monday and include me on mailing. | DH0001475 | DH0001476 |
| Q | 6/2/2016 | Email from D. Seifer to H. Gunnell RE: Mins from 6.1.16 REI meeting ready for distribution- Heather can you please send out? | DH0002239 | DH0002240 |
| R | 6/16/2016 | Email from Gunnell to Porter et al., Subject: Re: Today | DH0013652 | DH0013652 |
| S | 6/17/2016 | Email from Gunnell to Herrick, et al. Subject: Re: REI workflow Project Charter | DH0002203 | DH0002238 |
| T | 6/17/2016 | Email from M. Porter to M. Porter RE: FW: Ultrasound reading room. | DH0005537 | DH0005538 |
| U | 7/6/2016 | Email from Shorey to Porter et al., Subject: RE: Disability | DH0001714 | DH0001714 |
| V | 7/18/2016 | Email from K. Mansfield to Porter, et al. RE: REI RN job is posted in ASRM--please forward to anyone else you thing may want to see it | DH0001574 | DH0001575 |
| W | 7/24/2016 | Email from M. Porter to L. DeMars RE: This week and suggestions going forward | DH0011271 | DH0011273 |
| X | 7/24/2016 | Email from M. Porter to M. Porter RE: FW: This week and suggestions going forward | DH0005545 | DH0005547 |
| Y | 7/24/2016 | Email from M. Porter to M. Porter RE: FW: This week and suggestions going forward | DH0005548 | DH0005550 |
| Z | 8/8/2016 | Email from D. Seifer to L. DeMars RE: Follow up on PCOS | DH0011156 | DH0011167 |
| A1 | 9/11/2016 | Email from Todd to DeMars Subject: RE: Review for DS | DH0025440 | DH0025440 |
| A2 | 9/12/2016 | Email from Porter to DeMars Subject: RE: DS review | DH0025564 | DH0025565 |

2

| | | | | |
|---|---|---|---|---|
| A3 | 9/20/2016 | Email from M. Porter to D. Seifer RE: Conference call | DH0027029 | DH0027031 |
| A4 | 11/3/2016 | Email from DeMars to Gunnell RE: FW: f/up RE initial brief meeting tomorrow | DH0009450 | DH0009452 |
| A5 | 11/3/2016 | Email from M. Porter to D. Bedard Re: Planning meeting | DH0013590 | DH0013591 |
| A6 | 11/3/2016 | Email from H. Gunnell to M. Porter, et al RE: Casey Dodge | DH0014078 | DH0014078 |
| A7 | 11/3/2016 | Email from DeMars to Seifer Subject: RE: f/up RE: initial brief meeting tomorrow | SEIFER0000060 | SEIFER0000062 |
| A8 | 11/3/2016 | Email from M. Porter to M. Porter RE: FW: initial brief meeting tomorrow | DH0005552 | DH0005554 |
| A9 | 11/4/2016 | Email from H. Gunnell to K. Mansfield RE: FW: OB/GYN (16100) - POSTING - req num 37690 - staff nurse - REPLACEMENT | DH0004513 | DH0004514 |
| A10 | 11/4/2016 | Email from M. Porter to M. Porter RE: FW: Nursing | DH0005555 | DH0005555 |
| A11 | 11/7/2016 | Email from Seifer to Gunnell et al., Subject: RE: Nursing | DH0016212 | DH0016212 |
| A12 | 11/26/2016 | Email from McBean to Porter Subject: letter **External** | DH0001599 | DH0001601 |
| A13 | 11/30/2016 | Email from DeMars to Scearbo Subject: RE: David Seifer FFPE | DH0025566 | DH0025567 |
| A14 | 12/5/2016 | Email from H. Gunnell to A. Hsu, et al RE: FW: *important* -> Heather G, could you please call this patient today? | DH0027373 | DH0027375 |
| A15 | 12/6/2016 | Email from DeMars to Seifer Subject: Re: REI slow down | DH0010726 | DH0010727 |
| A16 | 12/6/2016 | Email from Gunnell to Hsu et al., Subject: REI slow down | DH0026960 | DH0026960 |
| A17 | 12/14/2016 | Email from D. Seifer to Porter, et al RE: REI division meeting #24 - Wed 12/14/16 | DH0002654 | DH0002659 |
| A18 | 12/15/2016 | Email from H. Gunnell to L. DeMars, et al. RE: REI PAUSE RECOMMENDATION | DH0003143 | DH0003145 |
| A19 | 12/16/2016 | Email from L. DeMars to N. Esfandiari RE: FW: "Pause" in Jan and week in Feb | DH0004295 | DH0004296 |
| A20 | 12/16/2016 | Email from Seifer to Mansfield et al., Subject: "Pause" in Jan and week in Feb | DH0026988 | DH0026988 |
| A21 | 12/23/2016 | Email from D. Seifer to K. Mansfield RE: Fwd: fyi - this is the listing for | DH0004437 | DH0004441 |

3

|  |  | our open REI nursing position at DHMC.... **External** |  |  |
|---|---|---|---|---|
| A22 | 12/28/2016 | Email from Seifer to Mansfield, et al., Subject: REI mins Wed 12.28 | DH0002650 | DH0002653 |
| A23 | 1/6/2017 | Email from D. Seifer to L. DeMars Re: f/up RE: Message from Dr. Porter | DH0010840 | DH0010841 |
| A24 | 1/17/2017 | Email from S. Jackson to K. Mansfield RE: introduction and ad language | DH0004499 | DH0004500 |
| A25 | 1/26/2017 | Email from A. Mumford to H. Gunnell et al. RE: Action Plan | DH0004555 | DH0004603 |
| A26 | 2/19/2017 | Email from Porter to Porter Subject: FW: 2016 PR | DH0005568 | DH0005571 |
| B1 | 2/20/2017 | Email from E. Baker to L. DeMars RE: personnel issues | DH0020904 | DH0020906 |
| B2 | 2/20/2017 | Email from Porter to Porter Subject: FW: confidential review | DH0025071 | DH0025073 |
| B3 | 2/20/2017 | Email from Mousley to DeMars Subject: RE: confidential review | DH0025546 | DH0025547 |
| B4 | 2/21/2017 | Email from Todd to DeMars Subject: RE: confidential review | DH0025437 | DH0025438 |
| B5 | 2/23/2017 | Email from Porter to Seifer et al., Subject: Schedule | DH0004554 | DH0004554 |
| B6 | 4/20/2017 | Email from Merrens to DeMars, Herrick, Gunnell, et al., Subject: IVF and REI | DH0026883 | DH0026883 |
| B7 | 4/27/2017 | Email from Gunnell to Porter et al., Subject: RE: REI patient scheduling - sent on behalf of Dr. DeMars **External** | DH0004540 | DH0004540 |
| B8 | 4/28/2017 | Email from J. McBean to M. Porter RE: REI patient scheduling - Sent on behalf of Dr. DeMars **External** | DH0005644 | DH0005646 |
| B9 | 5/1/2017 | Email from Merrens to Compton et al., Subject: Re: Obstetrics and Gynecology Chart - confidential | DH0013068 | DH0013069 |
| B10 | 5/2/2017 | Email from M. Porter to J. McBean RE: REI patient scheduling - Sent on behalf of Dr. DeMars **External** | DH0005638 | DH0005640 |
| B11 | 5/12/2017 | Email from Herrick to Merrens Subject: Re: REI and Misty | DH0010582 | DH0010582 |
| B12 | 5/25/2017 | Email from M. Porter to M. Porter RE: Emailing - Letter to HR 5-24-17 (V0379637xB80F7) | DH0002804 | DH0002811 |
| B13 | 6/6/2017 | Letter from DeMars To Porter RE: Separation and General Release Agreement | PORTER 0000716 | PORTER 0000724 |
| B14 | 6/22/2017 | Email from A. Moore on behalf of Office of the COO RE: Announcement from Dr. Ed Merrens | DH0013281 | DH0013281 |

4

4919-3483-1149.1

| | | | | |
|---|---|---|---|---|
| **B15** | 10/4/2017 | Plaintiff's Response to Defendant Dartmouth-Hitchcock Clinic's First Set of Interrogatories Propounded on Plaintiff Misty Blanchette Porter | N/A - Discovery | N/A - Discovery |
| **B16** | 10/5/2017 | Dartmouth-Hitchcock / Leave of Absence Request Form - Misty Blanchette Porter | DH0021630 | DH0021640 |
| **B17** | 12/8/2017 | Handwritten Journal and Notes | PORTER 0000186 | PORTER 0000213 |
| **B18** | 4/9/2018 | Plaintiff's Response to Defendants' First Request for Admission | N/A - Discovery | N/A - Discovery |
| **B19** | 4/23/2018 | Plaintiff's Response to Defendant Dartmouth-Hitchcock Medical Center's First Set of Interrogatories Propounded on Plaintiff Misty Blanchette Porter | N/A - Discovery | N/A - Discovery |
| **B20** | 4/23/2018 | Plaintiff's Response to Defendant Mary Hitchcock Memorial Hospital's First Set of Interrogatories Propounded on Plaintiff Misty Blanchette Porter | N/A - Discovery | N/A - Discovery |
| **B21** | 10/3/2018 | Dr. Bancroft's File (Bancroft Deposition Exhibit 5) | N/A - Exhibit to Court Filing or Deposition | N/A - Exhibit to Court Filing or Deposition |
| **B22** | 10/4/2018 | Plaintiff's Response to Defendant Dartmouth-Hitchcock Clinic's First Set of Interrogatories Propounded on Plaintiff Misty Blanchette Porter | N/A - Discovery | N/A - Discovery |
| **B23** | 10/30/2018 | Expert Report of Robert Bancroft, Ph.D | N/A - Exhibit to Court Filing or Deposition | N/A - Exhibit to Court Filing or Deposition |
| **B24** | 10/1/2019 | Expert Report of Robert L. Bancroft, Ph.D. (Bancroft Deposition Exhibit 4) | N/A - Exhibit to Court Filing or Deposition | N/A - Exhibit to Court Filing or Deposition |
| **B25** | 10/30/2019 | CV of Robert L. Bancroft (Bancroft Deposition Exhibit 1) | N/A - Exhibit to Court Filing or Deposition | N/A - Exhibit to Court Filing or Deposition |
| **B26** | 10/30/2019 | Litigation Consulting Fees for Robert L. Bancroft, Ph.D. (Bancroft Deposition Exhibit 2) | N/A - Exhibit to Court Filing or Deposition | N/A - Exhibit to Court Filing or Deposition |
| **C1** | 10/30/2019 | Summary of Robert L. Bancroft's Testimony October 2015 through September (Bancroft Deposition Exhibit 3) | N/A - Exhibit to Court Filing or Deposition | N/A - Exhibit to Court Filing or Deposition |
| **C2** | 2/28/2020 | Declaration of Sharon Parent | SJ Opp Exhibit 4 | SJ Opp Exhibit 4 |

4919-3483-1149.1

| | | | | |
|---|---|---|---|---|
| **C3** | 3/4/2020 | Declaration of Misty Blanchette Porter, M.D. | SJ Opp Exhibit 5 | SJ Opp Exhibit 5 |
| **C4** | 3/5/2020 | Declaration of Julia MacCallum, M.D. | SJ Opp Exhibit 2 | SJ Opp Exhibit 2 |
| **C5** | 3/5/2020 | Declaration of Michelle Russell, M.D. | SJ Opp Exhibit 3 | SJ Opp Exhibit 3 |
| **C6** | Various | Plaintiff's Text Messages | PORTER 0000894 | PORTER 0001206 |
| **C7** | Various | Dr. Porter W-2's (2019; 2020; 2021; 2022; 2023) | N/A | N/A |
| **C8** | 1/1/2025 | Porter 2024 W-2: University of Vermont | N/A | N/A |
| **C9** | 1/1/2025 | Porter 2024 W-2: UVM Health Network Medical Group | N/A | N/A |
| **C10** | 5/2/2023 | Letter from R. Page to M. Porter re: UVM promotion | N/A | N/A |
| **C11** | 3/19/2025 | Expert Report of Robert Bancroft Dated March 19, 2025 | N/A | N/A |
| **C12** | 8/26/2024 | Expert Report of Robert Bancroft dated August 26, 2024 | N/A | N/A |
| **C13** | 6/6/2017 | Email from A. Giglio to L. DeMars RE: Confidential: Connect re: REI with attachment of MBP Packet | DH0006626 | DH0006637 |
| **C14** | 11/3/2016 | Email from David Seifer to H. Gunnell, A. Hsu, E. Todd, et. al. | DH0003960 | DH0003962 |
| | | *Any Exhibit Listed by Another Party* | | |
| | | *Any Exhibit Necessary for Rebuttal* | | |
| | | *Any Exhibit Necessary for Impeachment* | | |
| | | *Any Exhibit Necessary for Authentication* | | |
| | | *Defendants reserve the right to amend this list up to and through the trial* | | |

Date: March 23, 2025    Respectfully submitted,

*/s/ Tristram J. Coffin*
Tristram J. Coffin

**DOWNS RACHLIN MARTIN PLLC**

Tristram J. Coffin
199 Main Street
Burlington, VT 05402
Telephone: 802-863-2375
tcoffin@drm.com

**FOLEY & LARDNER LLP**

Donald W. Schroeder (admitted *pro hac vice*)
Morgan McDonald-Ramos (admitted *pro hac vice*)
Megan E. Martinez (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
dschroeder@foley.com
mmcdonald@foley.com
memartinez@foley.com

*Attorneys for Defendants*

7

## CERTIFICATE OF SERVICE

I hereby certify that, on March 23, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Megan E. Martinez*
Megan E. Martinez

4919-3483-1149.1