Porter v DHMC, et al                                    2:17-cv-194

This is an employment lawsuit brought by Dr. Misty Blanchette Porter against Dartmouth Hitchcock Medical Center. Dr. Porter claims that she was terminated by Dartmouth-Hitchcock because of her whistleblower complaints about conduct by other physicians and because of her disability. Dartmouth Hitchcock claims that it had a legitimate, non-discriminatory business reason for terminating the employment of Dr. Porter in conjunction with the closure of its Reproductive Endocrinology and Infertility Division.