# Exhibit 4

**Robert L. Bancroft, Ph.D.**
405 Brookside Road
Westford, VT 05494

Tel (802) 879-7386
E-mail Ban_econ@msn.com

March 19, 2025

Geoffrey J. Vitt, Esq.
Vitt & Associates, PLC
P.O. Box 1229
Norwich, VT 05055

Re: <u>Porter v. Dartmouth-Hitchcock Medical Center, et al.</u>

Dear Mr. Vitt:

    I have updated my August 26, 2024 analysis of Dr. Misty Porter's lost earnings, due to the loss of her employment with the Dartmouth-Hitchcock Medical Center (DHMC) in June 2017. The updated loss estimates are presented in the attached table. Accompany the table is a list of assumptions used in deriving the estimates. In addition to the lost earnings projections, I have updated the estimates of Dr. Porter's extraordinary University of Vermont (UVM) employment costs.

    There are eight substantive changes from my August 26, 2024 lost earnings projections, four are due to new information and four are due to the passage of time. They are:

1. No DHMC salary increases for 2020 and 2021;
2. An additional UVM fringe benefit of $7,698 in 2019 (son's UVM tuition);
3. No loss of DHMC's medical insurance contributions beyond April 2018;
4. UVM's retirement contribution is equal to 9% of her income;
5. Dr. Porter's actual 2024 UVM earned income;
6. The assumption that Dr. Porter will go to a 75% part-time position on July 1, 2025;
7. An assumed settlement date of April 2025; and
8. The current interest rate on 5 year, tax-free, AAA municipal bonds.

    There are two substantive changes to the estimates of Dr. Porter's extraordinary UVM employment costs. They are an assumed settlement date of April 2025 and the current interest rate on 5 year, tax-free, AAA municipal bonds.

    If you have any questions or if I can be of further assistance, do not hesitate to contact me.

Sincerely,

*Robert L. Bancroft*

Robert L. Bancroft, Ph.D.

Projected Lost Earnings for Dr. Misty Blanchette Porter
Reduce University of Vermont Medical Center Appointment to 75% of a Part-Time Position, Starting July 1, 2025
Prepared by: Robert L. Bancroft, Ph.D.
March 19, 2025

| | | Dartmouth-Hitchcock Medical Center | | | Post-Termination Projections (UVM) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Year | Age | Gross Earned Income | Fringe Benefits | Total Earnings | Gross Earned Income | Fringe Benefits | Total Earnings | Gross Adjusted Lost Earnings | Income Taxes | Tax Adjusted Lost Earnings | Present Value | Cumulative Present Value | Settlement Income Tax | Total Economic Loss |
| 2017^ | 54 | $180,954 | $29,965 | $210,919 | $180,340 | $3,825 | $184,165 | $26,754 | ($227) | $26,527 | $50,666 | $50,666 | $58,000 | $108,666 |
| 2018 | 55 | $309,358 | $42,583 | $351,941 | $217,607 | $19,585 | $237,192 | $114,750 | ($33,948) | $80,802 | $147,059 | $197,725 | $199,000 | $396,725 |
| 2019 | 56 | $324,826 | $38,979 | $363,805 | $254,995 | $30,918 | $285,913 | $77,893 | ($25,838) | $52,055 | $88,494 | $286,219 | $284,000 | $570,219 |
| 2020 | 57 | $324,826 | $38,979 | $363,805 | $269,272 | $24,234 | $293,506 | $70,299 | ($20,555) | $49,744 | $78,595 | $364,814 | $359,000 | $723,814 |
| 2021 | 58 | $324,826 | $38,979 | $363,805 | $329,333 | $29,640 | $358,973 | $4,832 | $1,668 | $6,500 | $9,490 | $374,304 | $368,000 | $742,304 |
| 2022 | 59 | $332,947 | $39,954 | $372,900 | $310,271 | $27,924 | $338,195 | $34,705 | ($8,390) | $26,315 | $35,262 | $409,566 | $402,000 | $811,566 |
| 2023 | 60 | $341,270 | $40,952 | $382,223 | $300,741 | $27,067 | $327,808 | $54,415 | ($14,996) | $39,419 | $48,092 | $457,657 | $447,000 | $904,657 |
| 2024 | 61 | $349,802 | $41,976 | $391,779 | $313,263 | $28,194 | $341,457 | $50,322 | ($13,520) | $36,802 | $37,170 | $494,828 | $482,000 | $976,828 |
| 2025 | 62 | $358,547 | $43,026 | $401,573 | $302,494 | $27,225 | $329,719 | $71,854 | ($20,740) | $51,114 | $50,881 | $545,708 | $531,000 | $1,076,708 |
| 2026 | 63 | $367,511 | $44,101 | $411,612 | $311,569 | $28,041 | $339,611 | $72,002 | ($20,698) | $51,303 | $49,682 | $595,391 | $579,000 | $1,174,391 |
| 2027 | 64 | $376,699 | $45,204 | $421,903 | $320,916 | $28,882 | $349,799 | $72,104 | ($20,639) | $51,464 | $48,486 | $643,876 | $624,000 | $1,267,876 |
| 2028 | 65 | $386,116 | $46,334 | $432,450 | $330,544 | $29,749 | $360,293 | $72,157 | ($20,562) | $51,596 | $47,290 | $691,166 | $669,000 | $1,360,166 |
| 2029 | 66 | $395,769 | $47,492 | $443,261 | $340,460 | $30,641 | $371,102 | $72,160 | ($20,464) | $51,696 | $46,095 | $737,261 | $714,000 | $1,451,261 |
| 2030 | 67 | $405,663 | $48,680 | $454,343 | $350,674 | $31,561 | $382,235 | $72,108 | ($20,346) | $51,762 | $44,902 | $782,164 | $756,000 | $1,538,164 |
| 2031 | 68 | $415,805 | $49,897 | $465,702 | $361,194 | $32,507 | $393,702 | $72,000 | ($20,206) | $51,794 | $43,710 | $825,874 | $798,000 | $1,623,874 |
| 2032 | 69 | $426,200 | $51,144 | $477,344 | $372,030 | $33,483 | $405,513 | $71,831 | ($20,043) | $51,788 | $42,519 | $868,393 | $840,000 | $1,708,393 |
| 2033 | 70 | $436,855 | $52,423 | $489,278 | $383,191 | $34,487 | $417,678 | $71,600 | ($19,856) | $51,744 | $41,329 | $909,722 | $878,000 | $1,787,722 |

^ Partial year (June 4 through Dec. 31).

The year 2033 (under lined) is consistent with the worklife of a 62 year old female with a graduate degree.

## ASSUMPTIONS
## Projected Lost Earnings for Dr. Misty Blanchette Porter
Reduce University of Vermont Medical Center Appointment to 75% of a FTE,
Starting July 1, 2025

March 19, 2025

Footnote

1. The projection of Dr. Porter's 2017 Darmouth-Hichcock Medical Center (DHMC) income is composed of her actual DHMC income, an additional $68,000 of disability income and one and a half months at her full time salary of $305,539. In July 2018, it is assumed her salary would increase by 2.5%. The 2019 projection is based on the assumption she would be promoted to a full professor and receive a 5% salary increase. With the exception of 2020 and 2021, it is assumed she would have received annual salary increases of 2.5%. No salary increases are assumed for 2020 and 2021.

2. Dr. Porter's fringe benefits, given her continued employment with DHMC, include the medical center's contribution to health insurance and a retirement plan. The value of DHMC's medical insurance contribution in included from June 2017 to May 2018 (no UVM health insurance). The full year cost in 2017 and 2018 is assumed to be $15,000 and $15,600, respectively. After April 2018, the value of DHMC's health insurance contributions is excluded as it is assumed Dr. Porter will receive comparable coverage through the University of Vermont (UVM). DHMC's retirement plan contributions is assumed to be 12% of her earned income.

3. The addition of DHMC's gross income and fringe benefits.

4. Dr. Porter's actual earned income is reported for the years 2017 through 2024. Her projected 2025 income is derived by applying a 3% annual salary increase to her 2024 University of Vermont Medical Center (UVMMC) income and reducing it to reflected her moving to a 75% part-time position on July 1, 2025. Her future UVMMC income is assumed to increase at an annual rate of 3%.

5. UVM's fringe benefits include the University's contributions to a retirement plan is assumed to equal 9% of her income. In the 2019 spring semester, Dr. Porter's son received free UVM tuition given his mother's employment with UVM. The value of the tuition was $7,968.

6. The addition of post-termination gross income and fringe benefits.

7. The difference between DHMC and UVMMC post-termination projections of total earnings.

8. Estimated income taxes (federal and state) Dr. Porter would have had to pay on the difference between DHMC and UVMMC post-termination projections of total earnings.

9. Gross lost earnings less income taxes.

10  A simple interest rate of 12% is used to compute interest on the historical earnings losses (2017 - 2024).  A discount rate of 2.79% (5 year, tax-free, AAA, municipal bonds, March 19, 2025 Bloomberg web site) is used to derive the present value of future income streams.  An April 2025 settlement is assumed.

11  A running total of annual present values from previous column.

12  Additional amount needed to pay income taxes on an award sufficient to insure an after-tax settlement, in each year, consistent with amount specified in prior column.  The estimated state and federal income tax is based on current tax laws.

13  Addition of the cumulative present value and settlement income tax columns.

## Additional University of Vermont Employment Related Costs
## for Dr. Misty Blanchette Porter

Prepared by: Robert L. Bancroft, Ph.D.

March 19, 2025

| Year | Age | (1) Electric Utilities | (2) Heat | (3) Rent | (4) Travel Dr. Porter | (5) Travel Husband | (6) Total (1) through (5) | (7) Present Value | (8) Cumulative Present Value |
|---|---|---|---|---|---|---|---|---|---|
| 2017^ | 54 | $1,050 | $1,169 | $21,000 | $5,138 | $5,138 | $33,495 | $63,641 | $63,641 |
| 2018 | 55 | $1,249 | $836 | $12,000 | $5,234 | $5,234 | $24,552 | $44,440 | $108,081 |
| 2019 | 56 | $2,251 | $572 | | $5,570 | $5,570 | $13,964 | $23,599 | $131,680 |
| 2020 | 57 | $1,958 | $607 | | $5,522 | $5,522 | $13,610 | $21,368 | $153,048 |
| 2021 | 58 | $2,754 | $494 | | $5,378 | $5,378 | $14,004 | $20,306 | $173,354 |
| 2022 | 59 | $1,943 | $485 | | $5,810 | $5,810 | $14,049 | $18,685 | $192,039 |
| 2023 | 60 | $2,015 | $513 | | $6,291 | $6,291 | $15,109 | $18,282 | $210,320 |
| 2024 | 61 | $2,028 | $511 | | $6,435 | $6,435 | $15,409 | $16,796 | $227,116 |
| 2025 | 62 | $2,079 | $525 | | $6,596 | $6,596 | $15,795 | $15,687 | $242,803 |
| 2026 | 63 | $2,131 | $531 | | $6,760 | $6,760 | $16,183 | $15,636 | $258,439 |
| 2027 | 64 | $2,184 | $541 | | $6,929 | $6,929 | $16,584 | $15,589 | $274,027 |
| 2028 | 65 | $2,239 | $550 | | $7,103 | $7,103 | $16,994 | $15,540 | $289,567 |
| 2029 | 66 | $2,295 | $559 | | $7,280 | $7,280 | $17,414 | $15,492 | $305,060 |
| 2030 | 67 | $2,352 | $568 | | $7,462 | $7,462 | $17,845 | $15,444 | $320,504 |
| 2031 | 68 | $2,411 | $578 | | $7,649 | $7,649 | $18,286 | $15,397 | $335,901 |
| 2032 | 69 | $2,471 | $587 | | $7,840 | $7,840 | $18,739 | $15,349 | $351,250 |
| 2033 | 70 | $2,533 | $597 | | $8,036 | $8,036 | $19,202 | $15,302 | $366,553 |

^ Partial year (June 4 through Dec. 31).

Column Number

1-5  Information provided by Dr. Porter.

7  A simple interest rate of 12% is used to compute interest on the historical earnings losses (2017 - 2024). A discount rate of 2.79% (5 year, tax-free, AAA, municipal bonds, March 219 2025, Bloomberg web site) is used to derive the present value of future income streams. An April 2025 settlement is assumed.

The year 2033 (under lined) is consistent with the worklife of a 62 year old female with a graduate degree..