UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., <br>     Plaintiff, <br><br> v. <br><br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, <br>     Defendants. | Docket No. 2:17-CV-194 |

## Plaintiff's Updated Witness List

1. Dr. Robert L. Bancroft - Economist
2. Sharon Parent – Retired DH Nurse
3. Dr. Misty Blanchette Porter - Plaintiff
4. Dr. Julia MacCallum – Former DH Resident
5. Dr. Leslie DeMars– Former DH OB/GYN Chair
6. Jenice Gonyea – DH Sonographer
7. Dr. Karen George – Former DH OB/GYN
8. Dr. Ira Bernstein – Former Chair UVM OB/GYN
9. Dr. Michelle Russell– DH OB/GYN
10. Victoria Maxfield – DH Nurse
11. Dr. Joanne Conroy – DH CEO
12. Dr. Ed Merrens – DH Chief Clinical Officer
13. Dr. Maria Padin – DH CMO Southern Region

Plaintiff has revised the witness list to reflect the remaining witnesses in her case-in-chief. Plaintiff reserves the right to call any witness from her March 10, 2025 Witness List in rebuttal.

                                                Respectfully submitted,

Dated: <u>March 30, 2025</u>                        <u>/s/ Geoffrey J. Vitt</u>

                                                  Geoffrey J. Vitt, Esq.
                                                  Vitt & Nunan, PLC
                                                  8 Beaver Meadow Road
                                                  P.O. Box 1229
                                                  Norwich, VT 05055-1229
                                                  (802) 649-5700
                                                  gvitt@vittnunanlaw.com

                                                  Eric D. Jones, Esq.
                                                  Langrock Sperry & Wool, LLP
                                                  210 College Street
                                                  P.O. Box 721
                                                  Burlington, VT 05402
                                                  (802) 864-0217
                                                  ejones@langrock.com

                                                  Sarah H. Nunan, Esq.
                                                  Vitt & Nunan PLC
                                                  8 Beaver Meadow Road
                                                  P.O. Box 1229
                                                  Norwich, VT 05055
                                                  (802) 649−5700
                                                  snunan@vittnunanlaw.com

                                                  ***Attorneys for Plaintiff,***
                                                  ***Misty Blanchette Porter, M.D.***

CERTIFICATE OF SERVICE

I hereby certify that, on March 30, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/  Geoffrey J. Vitt_____
Geoffrey J. Vitt