# EXHIBIT C

```
                UNITED STATES DISTRICT COURT
                           FOR THE
                     DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, MD,      )
                                  )
          Plaintiff,              )
     v.                           )   2:17-CV-194
                                  )
DARTMOUTH-HITCHCOCK MEDICAL       )
CENTER, DARTMOUTH-HITCHCOCK       )   March 28, 2025
CLINIC, MARY HITCHCOCK MEMORIAL   )
HOSPITAL, and                     )
DARTMOUTH-HITCHCOCK HEALTH,       )
                                  )
          Defendants.             )
                                  )
_____

             BEFORE THE HONORABLE KEVIN DOYLE
                UNITED STATES DISTRICT JUDGE
_____


                      ** ROUGH DRAFT **

          TRIAL TESTIMONY OF DR. ROBERT BANCROFT

APPEARANCES:

For the Plaintiff:

ERIC JONES
GEOFFREY J. VITT
SARAH H. NUNAN



For the Defendants:

DONALD W. SCHROEDER
MORGAN McDONALD
TRISTRAM J. COFFIN



Jan-Marie Glaze, CCR, RPR, CRR        Certified Court Reporter
```

|   |   |   |
|---|---|---|
| 1 |   | years of creditable service, and then some percentage. |
| 2 |   | And she was able to be grandfathered into that. |
| 3 |   | Dartmouth, at that time, in that 2017 period, was |
| 4 |   | moving to a defined contribution where she would put in |
| 5 |   | an X amount of money every year into an account. |
| 6 | Q | What I'm hearing you say is that Dr. Porter qualified |
| 7 |   | for a defined benefit plan at Dartmouth-Hitchcock, |
| 8 |   | right? |
| 9 | A | Yes, she did. |
| 10 | Q | And if she had remained at Dartmouth-Hitchcock, she |
| 11 |   | would have been eligible to receive the payments under |
| 12 |   | that plan, correct? |
| 13 | A | Yes. |
| 14 | Q | And did you calculate -- I realize it's not reflected |
| 15 |   | in the report, but did you calculate what would have |
| 16 |   | been the payment to her yearly if she retired when she |
| 17 |   | was 65 under the terms of that plan? |
| 18 | A | I did at 65. I did it for several years. |
| 19 | Q | All right. |
| 20 | A | I looked at if she retired at 65. I actually looked at |
| 21 |   | it earlier. There's a reduction in your benefits if |
| 22 |   | you retire before 65. |
| 23 |   | MR. COFFIN: Objection, Your Honor. If we |
| 24 |   | could approach, please? |
| 25 |   | THE COURT: Yes. |

Bancroft - Direct by Mr. Vitt

```
 1                    (Bench conference.)
 2              MR. COFFIN:  The fact that she would lose a
 3    pension is nothing that was raised in the report.  And,
 4    in fact, our evidence is that she is going to get a
 5    pension.  She would get a pension that is somewhat
 6    smaller than if she had stayed at Dartmouth but
 7    prorated, based on her contributions and her years
 8    there.  So for him to -- if you would, please.  For him
 9    to, at the very last minute, offer all these changes in
10    this report that this is a new undisclosed expert
11    opinion is improper.
12              THE COURT:  Go ahead.
13              MR. VITT:  This was simply predicate for to
14    get Dr. Bancroft to say, essentially, that the
15    calculation in that report reflects the damages.  We
16    are not asking for any more.  It was simply an example
17    of why there is -- in the report, there is an analysis
18    that reflects the loss of the retirement benefit.  It's
19    already in there.  It's baked into those numbers, so
20    I'm not saying that there's an additional loss.  It's
21    simply saying, okay, what would she have received,
22    having calculated that it is reflected in the report.
23              MR. COFFIN:  It is not spelled out as such in
24    the report so it's completely opaque.  It should have
25    been noticed early.  And, in addition, I think it's
```