| | |
|---|---|
| Misty Blanchette Porter, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>Dartmouth-Hitchcock Medical Center,<br>Dartmouth-Hitchcock Clinic,<br>Mary Hitchcock Memorial Hospital, and<br>Dartmouth-Hitchcock Health,<br><br>    Defendants. | Civil Action No. 2:17–cv–194 |

# JURY VERDICT FORM

<u>PLEASE CHECK ( ✓ ) YOUR ANSWERS</u>
All jurors must agree on the answers to all the questions.

**I.** **<u>Violation of New Hampshire Whistleblowers' Protection Act</u>**

    Do you find by a preponderance of the evidence that Dartmouth Health terminated Dr. Porter's employment and failed to reassign her to another position at Dartmouth Health in violation of the New Hampshire Whistleblowers' Protection Act?

    YES _____      NO _____

**II.** **<u>Violation of Americans with Disabilities Act</u>**

    **a.**   Do you find by a preponderance of the evidence that Dartmouth Health terminated Dr. Porter's employment because of her disability in violation of the Americans with Disabilities Act?

    YES _____      NO _____

    **b.**   Do you find by a preponderance of the evidence that Dartmouth Health failed to make a reasonable accommodation for Dr. Porter by reassigning her to another department instead of terminating her employment in violation of the Americans with Disabilities Act?

YES _____   NO _____

 **c.** Do you find by a preponderance of the evidence that Dartmouth Health retaliated against Dr. Porter by terminating her employment in violation of the Americans with Disabilities Act?

YES _____   NO _____

**III.** **Rehabilitation Act Claim**

 **a.** Do you find by a preponderance of the evidence that Dartmouth Health terminated Dr. Porter's employment because of her disability in violation of the Rehabilitation Act?

YES _____   NO _____

 **b.** Do you find by a preponderance of the evidence that Dartmouth Health failed to make a reasonable accommodation for Dr. Porter by reassigning her to another department instead of terminating her employment in violation of the Rehabilitation Act?

YES _____   NO _____

 **c.** Do you find by a preponderance of the evidence that Dartmouth Health retaliated against Dr. Porter by terminating her employment in violation of the Rehabilitation Act?

YES _____   NO _____

**IV.** **Disability Discrimination Claims under New Hampshire State Law**

 **a.** Do you find by a preponderance of the evidence that Dartmouth Health terminated Dr. Porter's employment because of her disability in violation of the New Hampshire Law Against Discrimination?

YES _____   NO _____

  **b.**  Do you find by a preponderance of the evidence that Dartmouth Health failed to make a reasonable accommodation for Dr. Porter by reassigning her to another department instead of terminating her employment in violation of the New Hampshire Law Against Discrimination?

    YES _____  NO _____

  **c.**  Do you find by a preponderance of the evidence that Dartmouth Health retaliated against Dr. Porter by terminating her employment in violation of the New Hampshire Law Against Discrimination?

    YES _____  NO _____

**V.** **Disability Discrimination Claims Under Vermont State Law**

  **a.**  Do you find by a preponderance of the evidence that Dr. Porter's disability was a motivating factor in Dartmouth Health's decision to terminate Dr. Porter's employment in violation of the Vermont Fair Employment Practices Act?

    YES _____  NO _____

  **b.**  Do you find by a preponderance of the evidence that Dartmouth Health failed to make a reasonable accommodation for Dr. Porter by reassigning her to another department instead of terminating her employment in violation of the Vermont Fair Employment Practices Act?

    YES _____  NO _____

  **c.**  Do you find by a preponderance of the evidence that Dartmouth Health retaliated against Dr. Porter by terminating her employment in violation of the Vermont Fair Employment Practices Act?

YES _____   NO _____

**VI.** **<u>Wrongful Discharge Claim Under New Hampshire State Law</u>**

Do you find by a preponderance of the evidence that Dartmouth Health's decision to terminate Dr. Porter's employment constituted wrongful discharge in violation of New Hampshire state law?

YES _____   NO _____

## DAMAGES

Only answer the following questions if you checked YES to one or more of the prior questions. If you did not check YES to any of the prior questions, please leave the following questions blank and proceed to the last page of the verdict form.

1. **Economic Damages**

If you checked "YES" to any of the questions in Parts I-VI above, do you find that Dr. Porter has proven, by a preponderance of the evidence, that she is entitled to economic damages such as lost income and expenses?

YES _____    NO _____

If you checked "YES," state below the amount that is to be awarded in economic damages. If you answered "NO," please proceed to the following question.

$_____

2. **Non-Economic Damages**

If you checked "YES" to any of the questions in Parts I, II, IV, V, or VI above, do you find that Dr. Porter has proven, by a preponderance of the evidence, that she is entitled to non-economic damages such as lost enjoyment of life, mental anguish, or pain and suffering?

YES _____    NO _____

If you answered "YES" to the question above, state below the amount that is to be awarded in non-economic damages. If you answered "NO" to the question above, please proceed to the following question.

$_____

**3. Punitive Damages**

If you checked "YES" to any of the questions in Parts II, IV, or V above, do you find that Dr. Porter has proven, by a preponderance of the evidence, that she is entitled to punitive damages because Dartmouth Health's wrongful conduct was outrageously reprehensible and Dartmouth Health acted with malice?

YES _____   NO _____

If you answered "YES" to the question above, state below the amount that is to be awarded in punitive damages. If you answered "NO" to the question above, please proceed to the following page.

$_____

*Please have the foreperson sign and date this Verdict Form and advise the Court by note that you have reached a verdict.*

Dated at Burlington, in the District of Vermont, this _____ day of April 2025.

_____
Jury Foreperson
