AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Vermont

Misty Blanchette Porter

V.

Dartmouth Hitchcock Medical Center, et al.

**OFFICIAL EXHIBIT LIST**

Case Number: 2:17-cv-194

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Kevin J. Doyle | Attys. Eric D. Jones, Geoffrey J. Vitt, and Sarah Nunan | Attys. Donald Schroeder, Morgan McDonald, and Tristram Coffin |
| TRIAL DATE(S) | COURT REPORTER: | COURTROOM DEPUTY |
| 3/24/2025- 4/8/2025 | Jan-Marie Glaze, Sunnie Donath, & Sarah Bentley | Emerson Howe |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 3/31/2025 | X | X | Email from L. DeMars to R. Reindollar re Albert, Misty & division |
| 3 | | 3/28/2025 | X | X | Email From L. DeMars to M. Padin Re; CONFIDENTIAL: D. Seifer, MD |
| 6 | | 3/28/2025 | X | X | Email from L. DeMars to Kayla Hollis RE: CONFIDENTIAL: D. Seifer, MD |
| 7 | | 3/31/2025 | X | X | Email From L. DeMars to M. Padin re DS and credentialing |
| 9 | | 3/31/2025 | X | X | Text L. DeMars and R. Reindollar re Chat with Richard Reindollar |
| 11 | | 3/31/2025 | X | X | Email from D. Seguin to L. DeMars |
| 12 | | 4/1/2025 | X | X | Email from E. Todd to L. DeMars RE: Review for DS |
| 13 | | 4/1/2025 | X | X | Email From M. Porter to L. Demars re DS review |
| 15 | | 3/28/2025 | X | X | Email From Michele F. Searbo to L. DeMars FW: David Seifer FFPE |
| 16 | | 3/28/2025 | X | X | Email From L. DeMars to Michele F. Searbo RE: David Seifer FFPE |
| 18 | | 4/1/2025 | X | X | Email From M. Porter to L. Demars RE: confidential review |
| 20 | | 4/3/2025 | X | X | Email from H. Gunnell to L. DeMars RE: confidential review |
| 23 | | 4/1/2025 | X | X | Email from J. McBean to L. DeMars RE: confidential review **External** |
| 25 | | 4/1/2025 | X | X | Email From L. DeMars to K. Strohbehn et al RE: "unanticipated" downstream effects |
| 27 | | 4/2/2025 | X | X | Email from K. Mousley to H. Gunnell Re: how is it best to communicate my convos? |
| 28 | | 3/31/2025 | X | X | Email from L. DeMars to J. McBean |
| 37 | | 3/25/2025 | X | X | Email from M. Padin to M. Porter Re: Thank You and OP Note |
| 40A | | 4/3/2025 | X | X | Email From D. Herrick to L. Demars re REI/IVF Programs |
| 50A | | 4/3/2025 | X | X | Email from D. Herrick to H. Gunnell Re: Updated file Attachments: REI Program Strategy |
| 52 | | 3/31/2025 | X | X | Email Drom L. DeMars to D. Herrick |
| 60 | | 4/2/2025 | X | X | Email From A. Giglio to E. Merrens RE: REI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 63 | | 4/2/2025 | X | X | Email from E. Merrens to J. Verge Fwd: REI Meeting Script |
| 64 | | 4/1/2025 | X | X | Text Between Leslie DeMars and Lisa McGee |
| 68 | | 3/26/2025 | X | X | Email from K. Thorstensen to L. DeMars, Merrens, Herrick, Padin Re: recent events |
| 69 | | 3/26/2025 | X | X | Email from K. Jacobs to M. Porter Re: speechless |
| 71 | | 4/3/2025 | X | X | Email from (patient) to E. Merrens Re: Closing of ART program |
| 73 | | 4/3/2025 | X | X | Email from (patient) to E. Merrens and H. Gunnell Re: Closing Fertility Ctr |
| 79 | | 4/2/2025 | X | X | Email From A. Hsu to scooberhsu@gmail.com |
| 80 | | 4/3/2025 | X | X | Email from (patient) to E. Merrens/ V. McCandless response Re: closing |
| 83 | | 3/28/2025 | X | X | Email From E. Merrens to V. Maxfield Re: Ob/Gyn Department |
| 84 | | 4/3/2025 | X | X | Email From D. Herrick to E. Merrens Re: REI and Misty |
| 86 | | 3/26/2025 | X | X | Email from D. Birenbaum to E. Merrens, D. Herrick |
| 89 | | 3/31/2025 | X | X | Email from L. DeMars to E. Merrens |
| 94 | | 3/26/2025 | X | X | Email from Sharon Silveira to M. Porter |
| 96 | | 3/28/2025 | X | X | Email from M. Padin to E. Merrens FW: Meet |
| 103 | | 3/26/2025 | X | X | Email from E. Merrens to M. Porter, A. Hsu, and D. Seifer |
| 109 | | 4/1/2025 | X | X | Valley News Article D-H's New Chief Executive Sets Her Priorities |
| 110 | | 4/1/2025 | X | X | Email from L. DeMars to D. Seifer RE: recent article **External** |
| 123A | | 3/272025 | X | X | Email from M. Porter to D. Seifer and L. DeMars with letter attachment |
| 126 | | 3/27/2025 | X | X | Email from M. Porter to L. DeMars re some thoughts |
| 129 | | 4/1/2025 | X | X | Letter from Deb Fournier, To Whom it May Concern, Require Accommodations |
| 138 | | 3/26/2025 | X | X | Email from M. Porter to H. Gunnell Re: Disc Assessment |
| 148 | | 3/31/2025 | X | X | Email from M. Porter to L. DeMars Re: 2016 PR |
| | | | | | |
| | B | 4/3/2025 | X | X | Email from E. Merrens to M. Porter RE: Meeting with Richard |
| | C | 4/3/2025 | X | X | Email from E. Merrens to A. Weston, el al. RE: OBGYN issue |
| | D | 4/3/2025 | X | X | Email from M. Porter to E. Merrens RE: Follow-up from today |
| | | | | | |
| | G | 4/1/2025 | X | X | Email from M. King to K. Boedtker, et al. RE: Question re process at DHMC - CONFIDENTIAL and QA protected pursuant to NH RSA 151:13a and RSA 329:29a |
| | H | 3/26/2025 | X | X | Email from M. Porter to L. DeMars RE: Feb/Mar |
| | J | 3/26/2025 | X | X | Email from M. Porter to K. George, et al., RE: Marti and green Team |
| | K | 3/26/2025 | X | X | Email from D. Fournier to M. Porter Subject: RE: Medication |
| | N | 4/3/2025 | X | X | Email to H. Gunnell, et al RE: REI Division meeting notes for May 18 - |
| | P | 4/3/2025 | X | X | Email from H. Gunnell to Porter, et al.RE: FW: Minutes from 5.25.16 REI meeting- Heather, please distribute Monday and include me on mailing. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | Q | 4/3/2025 | X | X | Email from D. Seifer to H. Gunnell RE: Mins from 6.1.16 REI meeting ready for distribution- Heather can you please send out? |
| | R | 3/26/2025 | X | X | Email from Gunnell to Porter et al., Subject: Re: Today |
| | S | 4/3/2025 | X | X | Email from Gunnell to Herrick, et al. Subject: Re: REI workflow Project Charter |
| | T | 3/26/2025 | X | X | Email from M. Porter to M. Porter RE: FW: Ultrasound reading room. |
| | U | 3/26/2025 | X | X | Email from Shorey to Porter et al., Subject: RE: Disability |
| | V | 3/25/2025 | X | X | Email from K. Mansfield to Porter, et al. RE: REI RN job is posted in ASRM--please forward to anyone else you thing may want to see it |
| | W | 3/26/2025 | X | X | Email from M. Porter to L. DeMars RE: This week and suggestions going forward |
| | X | 3/26/2025 | X | X | Email from M. Porter to M. Porter RE: FW: This week and suggestions going forward |
| | Z | 4/1/2025 | X | X | Email from D. Seifer to L. DeMars RE: Follow up on PCOS |
| | A4 | 4/1/2025 | X | X | Email from DeMars to Gunnell RE: FW: f/up RE initial brief meeting tomorrow |
| | A6 | 4/2/2025 | X | X | Email from H. Gunnell to M. Porter, et al RE: Casey Dodge |
| | A8 | 3/26/2025 | X | X | Email from M. Porter to M. Porter RE: FW: initial brief meeting tomorrow |
| | A9 | 4/2/2025 | X | X | Email from H. Gunnell to K. Mansfield RE: FW: OB/GYN (16100) - POSTING - req num 37690 - staff nurse - REPLACEMENT |
| | A10 | 3/26/2025 | X | X | Email from M. Porter to M. Porter RE: FW: Nursing |
| | A16 | 3/26/2025 | X | X | Email from Gunnell to Hsu et al., Subject: REI slow down |
| | A17 | 3/26/2025 | X | X | Email from D. Seifer to Porter, et al RE: REI division meeting #24 - Wed 12/14/16 |
| | A18 | 4/3/2025 | X | X | Email from H. Gunnell to L. DeMars, et al. RE: REI PAUSE RECOMMENDATION |
| | A20 | 3/26/2025 | X | X | Email from Seifer to Mansfield et al., Subject: "Pause" in Jan and week in Feb |
| | A22 | 4/3/2025 | X | X | Email from Seifer to Mansfield, et al., Subject: REI mins Wed 12.28 |
| | A24 | 4/2/2025 | X | X | Email from S. Jackson to K. Mansfield RE: introduction and ad language |
| | A25 | 4/3/2025 | X | X | Email from A. Mumford to H. Gunnell et al. RE: Action Plan |
| | A26 | 3/26/2025 | X | X | Email from Porter to Porter Subject: FW: 2016 PR |
| | B1 | 4/1/2025 | X | X | Email from E. Baker to L. DeMars RE: personnel issues |
| | B2 | 3/26/2025 | X | X | Email from Porter to Porter Subject: FW: confidential review |
| | B3 | 4/2/2025 | X | X | Email from Mousley to DeMars Subject: RE: confidential review |
| | B4 | 4/3/2025 | X | X | Email from Todd to DeMars Subject: RE: confidential review |
| | B5 | 3/26/2025 | X | X | Email from Porter to Seifer et al., Subject: Schedule |
| | B7 | 3/26/2025 | X | X | Email from Gunnell to Porter et al., Subject: RE: REI patient scheduling - sent on behalf of Dr. DeMars **External** |
| | B12 | 3/26/2025 | X | X | Email from M. Porter to M. Porter RE: Emailing - Letter to HR 5-24-17 (V0379637xB80F7) |
| | B21A | 3/31/2025 | X | X | Email From E. Merrens to D. Compton- pg. 34 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | B21B | 3/31/2025 | X | X | Email From E. Merrens to D. Compton- pg. 35 |
| | | | | | |
| | C6A | 3/27/2025 | X | X | Plaintiff's Text Messages |
| | C13 | 3/27/2025 | X | X | Email from A. Giglio to L. DeMars RE: Confidential: Connect re: REI with attachment of MBP Packet |
| | C14 | 3/25/2027 | X | X | Email from David Seifer to H. Gunnell, A. Hsu, E. Todd, et. al. |
| | C15 | 3/27/2025 | X | X | Leslie DeMars Chat with Misty Porter |
| | C16 | 3/27/2025 | X | X | Email from M. Porter to L. Demars Re: Observations |
| | C18 | 3/31/2025 | X | X | Robert Bancroft Invoice 12/30/2024 |
| | C18A | 3/31/2025 | X | X | Robert Bancroft Invoice 11/19/2019 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 4 of 4 Pages