✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Vermont

Misty Blanchette Porter

V.

Dartmouth Hitchcock Medical Center, et al.

**OFFICIAL WITNESS LIST**

Case Number:  2:17-cv-194

| PRESIDING JUDGE  Hon. Kevin J. Doyle | PLAINTIFF'S ATTORNEY  Attys. Eric D. Jones, Geoffrey J. Vitt, and Sarah Nunan | DEFENDANT'S ATTORNEY  Attys. Donald Schroeder, Morgan McDonald, and Tristram Coffin |
|---|---|---|
| TRIAL DATE (S)  3/24/2025 - 4/8/2025 | COURT REPORTER  Jan-Marie Glaze, Sunnie Donath, and Sarah Bentley | COURTROOM DEPUTY  Emerson Howe |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff Witnesses |
| | | 3/25/2025 | | | Sharon Parent |
| | | 3/25/2025 | | | Julia MacCallum |
| | | 3/25-3/27/2025 | | | Misty Blanchette Porter |
| | | 3/28/2025 | | | Jenice Gonyea |
| | | 3/28/2025 | | | Victoria Maxfield |
| | | 3/28/2025 | | | Karen George |
| | | 3/28/2025 | | | Maria Padin |
| | | 3/28 & 3/31/2025 | | | Robert Bancroft |
| | | 3/31-4/1/2025 | | | Leslie DeMars |
| | | 4/1/2025 | | | Michelle Russell |
| | | 4/1/2025 | | | Joanne Conroy |
| | | 4/1/2025 | | | Ira Bernstein |
| | | 4/2/2025 | | | Edward Merrens |
| | | 4/4/2025 | | | Eunice Lee |
| | | | | | Defendant Witnesses |
| | | 4/2/2025 | | | Judith Stern |
| | | 4/2/2025 | | | Kathleen Mansfield |
| | | 4/2/2025 | | | Kelly Mousley |
| | | 4/3/2025 | | | Edward Merrens |
| | | 4/3/2025 | | | Daniel Herrick |
| | | 4/3/2025 | | | Heather Gunnell |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Vermont _____

Misty Blanchette Porter

V.

Dartmouth Hitchcock Medical
Center, et al.

## WITNESS LIST

Case Number:  2:17-cv-194

| PRESIDING JUDGE<br>Hon. Kevin J. Doyle | PLAINTIFF'S ATTORNEY<br>Attys. Eric D. Jones, Geoffrey J. Vitt, and Sarah Nunan | DEFENDANT'S ATTORNEY<br>Attys. Donald Schroeder, Morgan McDonald, and Tristram Coffin |
|---|---|---|
| TRIAL DATE (S)<br>3/24/2025- | COURT REPORTER<br>Jan-Marie Glaze & Sunnie Donath | COURTROOM DEPUTY<br>Emerson Howe |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Defendant Witnesses Continued |
| | | 4/4/2025 | | | Jocelyn Chertoff |
| | | 4/4/2025 | | | Maria Padin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.