# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Misty Blanchette Porter, M.D.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:17-cv-194 |

## JUDGMENT IN A CIVIL ACTION

☑  **Jury Verdict.**

☐  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Jury Verdict Form (Doc. 281) filed April 10, 2025, Defendants were not liable to Plaintiff Misty Blanchette Porter under the New Hampshire Whistleblowers' Protection Act, the Americans with Disabilities Act, the Rehabilitation Act, the New Hampshire Law Against Discrimination, and New Hampshire State Law prohibiting Wrongful Discharge. Defendants were liable to Plaintiff under the Vermont Fair Employment Practices Act.

Plaintiff was awarded One Million Dollars ($1,000,000.00) for economic damages and One Hundred Twenty-Five Thousand Dollars ($125,000.00) for non-economic damages. JUDGMENT IS HEREBY entered in the amount of One Million One Hundred Twenty-Five Thousand Dollars ($1,125,000.00) for Plaintiff Misty Blanchette Porter, against Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health.

The effective post-judgment interest rate is 3.98%

Date:  April 24, 2025

*JEFFREY S. EATON*
*CLERK OF COURT*

**JUDGMENT ENTERED ON DOCKET**
**DATE ENTERED:**  4/24/2025

*/s/ Emerson Howe*
*Signature of Clerk or Deputy Clerk*