IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, <br><br> Defendants. | Case No. 2:17-cv-194 |

**INDEX OF EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRE-JUDGMENT INTEREST**

Pursuant to the Administrative Procedures for Electronic Case Filing (L)(1), Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health (collectively, "Defendants" or "Dartmouth Health") hereby submit this Index of Exhibits to Defendants' Opposition to Plaintiff's Motion for Prejudgment Interest.

| Exhibit | Description |
|---|---|
| 1 | October 30, 2018 Bancroft Report |
| 2 | October 1, 2019 Bancroft Report |
| 3 | August 26, 2024 Bancroft Report |
| 4 | March 19, 2025 Bancroft Report |
| 5 | DH Simple Interest Chart 12% |
| 6 | DH Simple Interest Chart 3% |

1

4913-8590-4448.1

Date: May 7, 2025

Respectfully submitted,

*/s/ Tristram J. Coffin*

**DOWNS RACHLIN MARTIN PLLC**

Tristram J. Coffin
199 Main Street
Burlington, VT 05402
Telephone: 802-863-2375
tcoffin@drm.com

**FOLEY & LARDNER LLP**

Donald W. Schroeder (admitted *pro hac vice*)
Morgan McDonald-Ramos (admitted *pro hac vice*)
Megan E. Martinez (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
dschroeder@foley.com
mmcdonald@foley.com
memartinez@foley.com

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that, on May 7, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Megan E. Martinez*
Megan E. Martinez

4913-8590-4448.1