# Exhibit 5

**Misty Blanchette Porter, M.D., v. Dartmouth-Hitchcock Medial Center, et al.**
**Pre-judgment Interest Calculation: 12% simple interest (annually)**
**June 30, 2017 Through April 30, 2025**
**(Assumes $1,000,000 jury award is for replacement earnings for the period:**
**6/30/2017 through Worklife Expectancy)**

| Year | Allocated Loss Per Year | Allocated Interest (12%/Annually) | Interest |
|---|---|---|---|
| 2017 | $30,303 | 91.00% | $27,576 |
| 2018 | $60,606 | 82.00% | 49,697 |
| 2019 | $60,606 | 70.00% | 42,425 |
| 2020 | $60,606 | 58.00% | 35,152 |
| 2021 | $60,606 | 46.00% | 27,879 |
| 2022 | $60,606 | 34.00% | 20,606 |
| 2023 | $60,606 | 22.00% | 13,334 |
| 2024 | $60,606 | 10.00% | 6,061 |
| 2025 | $60,606 | 0.67% | 404 |
| | | **Total Prejudgment Interest:** | **$223,134** |