Exhibit 6

**Misty Blanchette Porter, M.D., v. Dartmouth-Hitchcock Medial Center, et al.**
**Pre-judgment Interest Calculation: 3%* simple interest (annually)**
**June 30, 2017 Through April 30, 2025**
**(Assumes $1,000,000 jury award is for replacement earnings for the period:**
**6/30/2017 through Worklife Expectancy)**

| Year | Allocated Loss Per Year | Allocated Interest (3%/Annually) | Interest |
|---|---|---|---|
| 2017 | $30,303 | 22.75% | $6,894 |
| 2018 | $60,606 | 20.50% | 12,424 |
| 2019 | $60,606 | 17.50% | 10,606 |
| 2020 | $60,606 | 14.50% | 8,788 |
| 2021 | $60,606 | 11.50% | 6,970 |
| 2022 | $60,606 | 8.50% | 5,151 |
| 2023 | $60,606 | 5.50% | 3,333 |
| 2024 | $60,606 | 2.50% | 1,515 |
| 2025 | $60,606 | 0.167% | 101 |
| | | **Total Prejudgment Interest:** | **$55,782** |

\* Pre-judgment interest consistent with the range of 1 to 10-Year Municipal Bond from 2.8% to 3.3%, Bloomberg.com/markets