Ex. B

# DGW Kramer LLP                                           INVOICE

45 Rockefeller Plaza 20th Floor                                           Invoice # 1873
New York, NY 10111                                                        Date: 04/01/2020
United States
Phone: (917) 633 6860

Geoffrey Vitt
Misty Porter c/o Geoffrey Vitt
Vitt & Associates
8 Beaver Meadow Road
Norwich, VT 05055

**Misty Porter v. Dartmouth-Hitchcock**

| Timekeeper | Date | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Katie Kramer | 03/02/2020 | Review and revise opposition to motion for summary judgment; exchange emails with Geoffrey Vitt regarding same | 6.40 | $175.00 | $1,120.00 |
| Katie Kramer | 03/03/2020 | Telephone conference with Geoffrey Vitt | 0.50 | $175.00 | $87.50 |
| Katie Kramer | 03/03/2020 | Telephone conference with Michelle Russell regarding affidavit | 0.20 | $175.00 | $35.00 |
| Katie Kramer | 03/03/2020 | Review memorandum from Sarah Merlo regarding termination claim | 0.10 | $175.00 | $17.50 |
| Katie Kramer | 03/03/2020 | Review and revise affidavit of Julia MacCallum in support of motion for summary judgment | 0.30 | $175.00 | $52.50 |
| Katie Kramer | 03/03/2020 | Email to Misty Porter regarding opposition to summary judgment | 0.10 | $175.00 | $17.50 |
| Katie Kramer | 03/03/2020 | Revise opposition to motion for summary judgment | 3.60 | $175.00 | $630.00 |
| Katie Kramer | 03/04/2020 | Meeting with Geoffrey Vitt regarding motion for summary judgment | 0.30 | $175.00 | $52.50 |
| Katie Kramer | 03/04/2020 | Prepare for meeting with Misty Porter | 0.20 | $175.00 | $35.00 |
| Katie Kramer | 03/04/2020 | Meeting with Geoffrey Vitt and Misty Porter regarding motion for summary judgment | 2.00 | $175.00 | $350.00 |
| Katie Kramer | 03/04/2020 | Revise opposition to motion for summary judgment | 1.90 | $175.00 | $332.50 |
| Katie Kramer | 03/05/2020 | Revise opposition to motion for summary judgment | 3.00 | $175.00 | $525.00 |
| Katie Kramer | 03/05/2020 | Telephone conference with Julia Korkus regarding motion for summary judgment | 0.50 | $175.00 | $87.50 |
| Katie Kramer | 03/05/2020 | Exchange emails with Julia Korkus regarding filing under seal; exchange emails with Geoffrey Vitt | 0.20 | $175.00 | $35.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding trial | | | |
| Katie Kramer | 03/05/2020 | Exchange emails with Jessica Joseph regarding confidentiality designation | 0.10 | $175.00 | $17.50 |
| Katie Kramer | 03/05/2020 | Draft and revise statement of disputed material facts | 1.20 | $175.00 | $210.00 |
| Katie Kramer | 03/06/2020 | Multiple telephone conferences with Sarah Nunan | 0.50 | $175.00 | $87.50 |
| Katie Kramer | 03/06/2020 | Revise opposition to motion for summary judgment | 2.10 | $175.00 | $367.50 |
| Katie Kramer | 03/06/2020 | Telephone conference with Julia Korkus regarding opposition to motion for summary judgment | 0.10 | $175.00 | $17.50 |
| Katie Kramer | 03/09/2020 | Exchange emails with Jessica Joseph regarding confidentiality designation | 0.30 | $175.00 | $52.50 |
| Katie Kramer | 03/11/2020 | Telephone conference with Julia Korkus regarding confidentiality designation for motion for summary judgment | 0.20 | $175.00 | $35.00 |
| Katie Kramer | 03/12/2020 | Prepare for telephone conference with Don Schroeder and Jessica Joseph regarding confidentiality designations; telephone conference with Don Schroeder and Jessica Joseph regarding confidentiality designations | 0.80 | $175.00 | $140.00 |
| Katie Kramer | 03/16/2020 | Exchange emails with Geoffrey Vitt regarding trial and summary judgment; Exchange emails with Jessica Joseph regarding confidentiality designations | 0.20 | $175.00 | $35.00 |
| Katie Kramer | 03/17/2020 | Receive and review email from Jessica Joseph regarding confidentiality designation for documents supporting motion for summary judgment; email to Geoffrey Vitt regarding same; email to Jessica Joseph and Don Schroeder regarding same | 0.30 | $175.00 | $52.50 |
| Katie Kramer | 03/18/2020 | Telephone conference with Geoffrey Vitt regarding confidentiality designations of motion for summary judgment exhibits | 0.30 | $175.00 | $52.50 |
| Katie Kramer | 03/23/2020 | Draft request for status conference regarding confidentiality designation of exhibits to opposition to motion for summary judgment; file request for status conference | 0.40 | $175.00 | $70.00 |
| Katie Kramer | 03/24/2020 | Review draft of motion from Sarah Merlo; email to Sarah Merlo and Geoffrey Vitt regarding motion | 0.30 | $175.00 | $52.50 |
| Katie Kramer | 03/24/2020 | Telephone conference with Sarah Merlo and Geoffrey Vitt regarding confidentiality designation and motion for summary judgment | 0.60 | $175.00 | $105.00 |
| Katie Kramer | 03/25/2020 | Exchange emails with Sarah Merlo regarding confidentiality designations; review and revise memorandum regarding confidentiality designations; email to court chambers regarding request for review of confidentiality designations | 1.20 | $175.00 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| Katie Kramer | 03/27/2020 | Receive and review reply in support of motion for summary judgment | 0.60 | $175.00 | $105.00 |

| | |
|---|---|
| **Subtotal** | **$4,987.50** |
| **Total** | **$4,987.50** |
| **Payment (05/01/2020)** | **-$4,987.50** |
| **Balance Owing** | **$0.00** |

# DGW Kramer LLP                                    INVOICE

45 Rockefeller Plaza 20th Floor  
New York, NY 10111  
United States  
Phone: (917) 633 6860

Invoice # 2218  
Date: 09/10/2020

Geoffrey Vitt  
Misty Porter c/o Geoffrey Vitt  
Vitt & Associates  
8 Beaver Meadow Road  
Norwich, VT 05055

**Misty Porter v. Dartmouth-Hitchcock**

| Timekeeper | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| Katie Kramer | 06/01/2020 | Receive and review statement regarding confidentiality; telephone conference with Geoffrey Vitt regarding status conference and scheduling issues | 0.40 | $175.00 | $70.00 |
| Katie Kramer | 06/02/2020 | Prepare for status conference; status conference with Judge Crawford; telephone conference with Geoffrey Vitt regarding status conference | 1.20 | $175.00 | $210.00 |
| Katie Kramer | 06/02/2020 | Exchange emails with Misty Porter and Geoffrey Vitt regarding status conference | 0.20 | $175.00 | $35.00 |
| Katie Kramer | 06/03/2020 | Receive and review court order unsealing exhibits to motion for summary judgment; email to Geoffrey Vitt regarding same | 0.10 | $175.00 | $17.50 |
| Katie Kramer | 06/04/2020 | Exchange emails with Geoffrey Vitt regarding summary judgment redactions | 0.10 | $175.00 | $17.50 |
| Katie Kramer | 06/08/2020 | Review email from Jessica Joseph and Geoffrey Vitt regarding redacted motion for summary judgment | 0.10 | $175.00 | $17.50 |
| Katie Kramer | 06/22/2020 | Exchange emails with Misty Porter and Geoffrey Vitt regarding publicity | 0.20 | $175.00 | $35.00 |
| Gareth Turo | 07/16/2020 | updated Notice of Appearance for Attorney Kramer and file same with the court; | 0.30 | $250.00 | $75.00 |

|  |  |
|---|---|
| **Subtotal** | $477.50 |
| **Total** | $477.50 |
| **Payment (10/05/2020)** | -$477.50 |
| **Balance Owing** | $0.00 |

Page 1 of 2



| | | Invoice # | 10293 |
|---|---|---|---|
| | | Date: | 7/10/2024 |
| | | Due On: | Upon Receipt |

601 S. Figueroa Street, Suite 2130
Los Angeles, California 90017
213-335-6146
twaggoner@dtolaw.com
www.dtolaw.com

**Misty Blanchette Porter**

**6320-0001-Misty Blanchette Porter**
**Porter v. Dartmouth-Hitchcock**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 4/3/2024 | KBK | .4 – Exchange emails with Geoffrey Vitt regarding stipulation on trial; receive and review email from Don Schroeder regarding trial stipulation | 0.40 | $450.00 | $180.00 |
| 4/8/2024 | KBK | .2 – Telephone conference with Geoffrey Vitt regarding settlement master and damages expert. | 0.20 | $450.00 | $90.00 |
| 4/10/2024 | KBK | .2 – Communicate with Geoffrey Vitt regarding meeting with settlement master; receive and review communications from Geoffrey Vitt to settlement master regarding next steps for settlement discussions. | 0.20 | $450.00 | $90.00 |
| 4/12/2024 | KBK | .2 : Receive and review order denying motion to unseal; email to Geoffrey Vitt regarding same; exchange emails with Geoffrey Vitt regarding Schraven meeting and order on motion to unseal. | 0.20 | $450.00 | $90.00 |
| 4/14/2024 | KBK | .1 – Exchange emails with Geoffrey Vitt regarding strategy for Schraven settlement meeting. | 0.10 | $450.00 | $45.00 |
| 4/15/2024 | KBK | .6 : Exchange emails with Misty Porter and Geoffrey Vitt regarding Schraven meeting; email to DMHC counsel regarding status conference request; telephone conference with courtroom clerk for Judge Crawford regarding transfer of matter to Judge Doyle; update email to Geoffrey Vitt regarding same. | 0.60 | $450.00 | $270.00 |
| 4/16/2024 | KBK | .4 : Exchange emails with Geoffrey Vitt regarding Bancroft report; review draft revised damages report from Bancroft. | 0.40 | $450.00 | $180.00 |
| 4/17/2024 | KBK | .2 – Exchange emails with Geoffrey Vitt regarding meeting with Misty and Schraven for settlement master discussions. | 0.20 | $450.00 | $90.00 |
| 4/18/2024 | KBK | 1.6 : Zoom meeting with Geoffrey Vitt and Misty Porter regarding Schraven meeting; meeting with Schraven, Geoffrey Vitt and Misty Porter regarding settlement discussions .2 : Telephone conference with Geoffrey Vitt regarding Schraven meeting. | 1.80 | $450.00 | $810.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/19/2024 | KBK | .2 – Receive and review emails from Geoffrey Vitt and Misty Porter regarding settlement discussions with Schraven, publicity, and litigation strategy. | 0.20 | $450.00 | $90.00 |
| 4/30/2024 | KBK | .3 : Exchange emails with Geoffrey Vitt and Misty regarding Bancroft reports; exchange emails with GV regarding damages calculation. | 0.30 | $450.00 | $135.00 |
| 5/2/2024 | KBK | .3 – Telephone conference with Geoffrey Vitt regarding Bancroft report and settlement demand<br>.5 : Meeting with Geoffrey Vitt and Misty regarding Bancroft report and settlement demand<br>.2 – Exchange emails with Geoffrey Vitt regarding damages report | 1.00 | $450.00 | $450.00 |
| 5/3/2024 | KBK | .1 – Receive and review emails from Misty Porter and Geoffrey Vitt regarding damages analysis. | 0.10 | $450.00 | $45.00 |
| 5/7/2024 | KBK | .4 : Receive and review email from court staff regarding status conference; exchange emails with Geoffrey Vitt regarding same; email to DH counsel regarding scheduling; receive and review court order setting status conference. | 0.40 | $450.00 | $180.00 |
| 5/13/2024 | KBK | .2 – Exchange emails with Geoffrey Vitt regarding Porter status conference | 0.20 | $450.00 | $90.00 |
| 5/16/2024 | KBK | .7 : Appear at Zoom status conference<br>.4 – Meeting with Sarah Nunan and Geoffrey Vitt regarding settlement discussions, trial strategy | 1.10 | $450.00 | $495.00 |
| 5/22/2024 | KBK | .3 – Communicate with Misty Porter regarding fee structure | 0.30 | $450.00 | $135.00 |
| 5/24/2024 | KBK | .2 – Communicate with Geoffrey Vitt regarding response to Judge Doyle on trial date | 0.20 | $450.00 | $90.00 |
| 5/27/2024 | KBK | .2 – Exchange emails with Geoffrey Vitt regarding notice to court on trial date. | 0.20 | $450.00 | $90.00 |
| 5/28/2024 | KBK | .3 – Communicate with Geoffrey Vitt regarding trial date; exchange emails with counsel for D-H and Geoffrey Vitt regarding trial date | 0.30 | $450.00 | $135.00 |
| 6/7/2024 | KBK | Communicate with Geoffrey Vitt and Misty Porter regarding settlement negotiations. | 0.20 | $450.00 | $90.00 |
| 6/9/2024 | KBK | Communicate with Geoffrey Vitt regarding revised damages report. | 0.10 | $450.00 | $45.00 |
| 6/10/2024 | KBK | Communicate with Geoffrey Vitt regarding mediation and settlement demand to D-H. | 0.20 | $450.00 | $90.00 |
| 6/11/2024 | KBK | Communicate with Geoffrey Vitt regarding mediation. | 0.20 | $450.00 | $90.00 |
| 6/12/2024 | KBK | Communicate with GV regarding mediation and next steps. | 0.30 | $450.00 | $135.00 |
| 6/13/2024 | KBK | Communicate with court clerk regarding mediation dates with Schraven in September. | 0.20 | $450.00 | $90.00 |
| 6/13/2024 | KBK | Telephone conference with Geoffrey Vitt regarding mediation strategy. | 0.40 | $450.00 | $180.00 |
| 6/14/2024 | KBK | Communicate with Geoffrey Vitt regarding mediation. | 0.10 | $450.00 | $45.00 |
| 6/17/2024 | KBK | Communicate with court staff regarding mediation scheduling. | 0.10 | $450.00 | $45.00 |

**Fees Subtotal**     10.20     **$4,590.00**

| Timekeeper | Initials | Position | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Katie Kramer | KBK | Partner | 10.20 | $450.00 | $4,590.00 |

| | |
|---|---|
| **Total** | **$4,590.00** |
| **Previous Balance** | **$0.00** |
| **Balance Due** | **$4,590.00** |

**6320-0001 - Misty Blanchette Porter - Porter v. Dartmouth-Hitchcock**

| | | | |
|---|---|---|---|
| | | **Previous Trust Balance** | **$0.00** |
| **Date** | **Type** | **Notes** | **Amount** |
| 6/24/2024 | Deposit | | $10,000.00 |
| | | **Total Trust Transactions** | **$10,000.00** |
| | | **Current Trust Balance** | **$10,000.00** |

**Please make all amounts payable to: DTO Law**

**Please pay within 30 days.**