| Date | Cost Item | Clerk | Service | Transcripts | Printing | Witness | Copies | Docket | Ct Appt |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2017 | Filing Fee - USDCVT | | | | | | | $400.00 | |
| 9/10/2018 | US District Court Fee | $31.00 | | | | | | | |
| 10/15/2018 | Seacoast Transcription | | | $174.25 | | | | | |
| 6/11/2019 | Verbatim Reporter | | | $274.75 | | | | | |
| 7/17/2019 | North Country Court Reporters | | | $1,010.95 | | | | | |
| 7/24/2019 | Verbatim Reporters | | | $625.35 | | | | | |
| 7/25/2019 | North Country Reporters | | | $754.75 | | | | | |
| 7/30/2019 | Verbatim Reporters | | | $1,181.40 | | | | | |
| 8/2/2019 | Verbatim Reporters | | | $923.75 | | | | | |
| 8/5/2019 | Transcript Copy | | | $31.00 | | | | | |
| 8/7/2019 | Witness fee: Leslie DeMars | | | | | $43.25 | | | |
| 8/8/2019 | North Country Court Reporters | | | $805.65 | | | | | |
| 8/14/2019 | Service Fee | | $96.95 | | | | | | |
| 8/19/2019 | Document Retrieval Fee | | | | | | $0.20 | | |
| 8/26/2019 | O'Brien Reporting Service | | | $597.15 | | | | | |
| 8/27/2019 | Verbatim Reporters | | | $548.80 | | | | | |
| 9/18/2019 | North Country Court Reporters | | | $546.85 | | | | | |
| 9/25/2019 | North Country Court Reporters | | | $1,192.65 | | | | | |
| 10/23/2019 | North Country Court Reporters | | | $925.05 | | | | | |
| 11/9/2019 | Fee: for document production | | | | | | | $35.00 | |
| 11/19/2019 | Service fee: VT SOS - 2 corp subpoenas | | $50.00 | | | | | | |
| 12/9/2019 | Service fee: VT SOS - 1 corp subpoena | | $25.00 | | | | | | |
| 12/10/2019 | Documents: Provident Life & Accident Ins. Co | | | | | | | $59.05 | |
| 12/21/2019 | North Country Court Reporter | | | $917.55 | | | | | |

# Exhibit A to Bill of Costs

| Date | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2024 | Court Appointed Special Master J. Schraven | | | | | | | | $2,204.05 | |
| 1/16/2025 | Grafton County Sheriff | | | $224.27 | | | | | | |
| 3/7/2025 | Certified Mail Subpoena to Putney VT | | $4.85 | | | | | | | |
| 3/8/2025 | Jenice Gonyea | | | | | $167.07 | | | | |
| 3/10/2025 | Victoria Maxfield | | | | | $172.31 | | | | |
| 3/11/2025 | Certified Mail Subpoena to Lebanon NH | | $5.58 | | | | | | | |
| 3/12/2025 | HTL Delta Hotel - Parent | | | | | $160.03 | | | | |
| 3/12/2025 | Court Audio recording 1/13/25 | | | $34.00 | | | | | | |
| 3/17/2025 | Court SuSDC-VT-T1 | | | $34.00 | | | | | | |
| 3/19/2025 | Verbatim Reporters | | | $113.30 | | | | | | |
| 4/16/2025 | Sunnie E Donayh RMR | | | $1,584.10 | | | | | | |
| 4/16/2025 | South Sound Service Inc | | | $2,179.95 | | | | | | |
| 3/18/2025 | Staples - Copies | | | | | $1,602.94 | | | | |
| | | | | | | | | | | **TOTAL COSTS** |
| | **Totals by Category** | **$31.00** | **$182.38** | **$14,679.52** | **0** | **$542.66** | **$1,697.19** | **$400.00** | **$2,204.05** | **$19,736.80** |