# EXHIBIT B

** ROUGH DRAFT **

```
               UNITED STATES DISTRICT COURT
                        FOR THE
                   DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, MD,      )
                                  )
         Plaintiff,               )
     v.                           )   2:17-CV-194
                                  )
DARTMOUTH-HITCHCOCK MEDICAL       )
CENTER, DARTMOUTH-HITCHCOCK       )   March 26, 2025
CLINIC, MARY HITCHCOCK MEMORIAL   )
HOSPITAL, and                     )
DARTMOUTH-HITCHCOCK HEALTH,       )
                                  )
         Defendants.              )
                                  )
_____

             BEFORE THE HONORABLE KEVIN DOYLE
                UNITED STATES DISTRICT JUDGE
_____


                    ** ROUGH DRAFT **

       TRIAL TESTIMONY OF DR. MISTY BLANCHETTE PORTER
```

APPEARANCES:

For the Plaintiff:

ERIC JONES
GEOFFREY J. VITT
SARAH H. NUNAN


For the Defendants:

DONALD W. SCHROEDER
MORGAN McDONALD
TRISTRAM J. COFFIN


Jan-Marie Glaze, CCR, RPR, CRR    Certified Court Reporter

** ROUGH DRAFT **

1      UNCERTIFIED ROUGH DRAFT

2          DISCLAIMER

3

4      THIS UNCERTIFIED ROUGH DRAFT (HARD COPY OR

5   ELECTRONIC) CANNOT BE QUOTED IN ANY PLEADING OR FOR ANY

6   OTHER PURPOSE AND MAY NOT BE FILED WITH ANY COURT.

7

8          Inasmuch as this transcript is in

9   rough draft form, please be aware that there may be

10  discrepancies regarding page and line numbers when

11  comparing it to the final transcript.

12          Also please be aware that the unedited,

13  uncertified rough draft transcript may contain

14  untranslated steno, an occasional reporter's note, a

15  misspelled proper name, and/or nonsensical English word

16  combinations. All such entries are corrected on the final

17  certified transcript.

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | | and to make certain that we are keeping the patients' |
| 2 | | interest and patients' safety as our first priority. |
| 3 | Q | You mentioned Dr. Hsu.  Did you also mention |
| 4 | | Dr. Seifer? |
| 5 | A | Yes.  From early on, I had lots of conversations with |
| 6 | | her about Dr. Seifer, the multiple complaints I was |
| 7 | | receiving from everywhere.  It was -- it was uniform. |
| 8 | | And it was from places that we never get complaints |
| 9 | | from.  So very early on, it was from the nurses on a |
| 10 | | really regular basis who were in IVF procedure room |
| 11 | | with him, and it was the nurses in clinic.  It was the |
| 12 | | ultrasound techs, multiple of them, who worked with |
| 13 | | him.  It was the embryology staff.  It was also |
| 14 | | genetics, the genetics counselors, it was the maternal |
| 15 | | fetal medicine staff, and then it was also the |
| 16 | | anesthesiologist which is really like, in all my years |
| 17 | | there, I had never received a concern expressed by the |
| 18 | | anesthesia staff.  So I was talking regularly, per as |
| 19 | | my duty to report this to her, and to Heather Gunnell |
| 20 | | oftentimes. |
| 21 | | I talked to her at length about multiple issues in |
| 22 | | terms of billing issues and my concerns about |
| 23 | | compliance, billing compliance.  I talked to her about |
| 24 | | the Zika issues.  I talked to her about the trainees |
| 25 | | and the residents and the issues that we were facing |

| | | |
|---|---|---|
| 1 | | and the issues that patients were facing in that.  So, |
| 2 | | yes. |
| 3 | Q | Thank you.  I want to turn for a few minutes and talk |
| 4 | | about the impact that the firing at Dartmouth-Hitchcock |
| 5 | | had upon you. |
| 6 | A | Mm-hm. |
| 7 | Q | Can you tell me what was your -- you or your attachment |
| 8 | | or your connection to the REI division? |
| 9 | A | I'm a Dartmouth Medical School Graduate.  I had a lot |
| 10 | | of pride in being a graduate of the Geisel School of |
| 11 | | Medicine.  I worked really hard to get there, and I |
| 12 | | worked really hard while I was there.  I had a lot of |
| 13 | | pride working with Dartmouth-Hitchcock and helping grow |
| 14 | | an IVF program from 25 cycles to just under 200 cycles, |
| 15 | | and it was all aspects of it from nursing, marketing, |
| 16 | | the embryology lab to bringing on a computerized |
| 17 | | medical record to all of that. |
| 18 | | I had a lot of pride working at that organization |
| 19 | | and for years, 20, maybe more I think, early on I was |
| 20 | | identified as the person to work on the perioperative |
| 21 | | surgery committee, and that had different iterations |
| 22 | | over the years, but I was the OB-GYN representative to |
| 23 | | that and became vice chair of perioperative services. |
| 24 | | And those meetings were oftentimes early morning, late |
| 25 | | evening, but I felt like I was contributing to the |

|   |   |   |
|---|---|---|
| 1 |   | mission of the organization financially that way.  And |
| 2 |   | I felt like I was contributing to the educational |
| 3 |   | aspects of it and the research aspects of it. |
| 4 |   | So when I lost my job, I was in process of |
| 5 |   | establishing at Dartmouth the first or second -- I |
| 6 |   | believe first -- U.S. site for a research project as |
| 7 |   | part of multi-international project looking at the |
| 8 |   | treatment of ovarian masses and ovarian cysts that |
| 9 |   | could be non-cancerous versus cancerous.  It's called |
| 10 |   | the International Ovarian Tumor Analysis Group.  And I |
| 11 |   | was the first U.S. member that was invited to their |
| 12 |   | meetings.  So I felt like I was contributing to the |
| 13 |   | research aspects of what we do, and that cutting-edge |
| 14 |   | research has changed how we evaluate and we treat women |
| 15 |   | with ovarian masses through all age groups.  So I felt |
| 16 |   | like I was contributing a good deal. |
| 17 | Q | Had you ever heard of a division being closed or |
| 18 |   | shuttered at Dartmouth-Hitchcock before? |
| 19 | A | No. |
| 20 | Q | Tell me how being terminated from your position, from |
| 21 |   | your job, how did that feel? |
| 22 | A | If I -- if I go back there, it was absolutely |
| 23 |   | devastating.  I think I cried all summer.  I was trying |
| 24 |   | to drive to UVM and meet their needs.  I was trying to |
| 25 |   | sort out where I was with my illness at the time.  I |

|  |  |  |
|---|---|---|
| 1 |  | had been told that I would be 100 percent cured, but I |
| 2 |  | knew that I was going back to the Mayo Clinic for |
| 3 |  | another surgery which in itself is scary.  None of us |
| 4 |  | voluntarily jump up on the operating room table, you |
| 5 |  | know.  And I was not sleeping well. |
| 6 |  | I was trying to maintain some semblance of being |
| 7 |  | normal for my children.  I had lots of colleagues |
| 8 |  | reaching out and coming over, but it was also, you |
| 9 |  | know -- I had been there 20 years.  I had patients that |
| 10 |  | entire 20 years.  And so it was a loss of that |
| 11 |  | community.  I had colleagues for 20 years, and they |
| 12 |  | cared for me, and I cared for them, and we had that |
| 13 |  | connection. |
| 14 | Q | I mentioned in the opening about the importance of |
| 15 |  | being part of a community and going to a soccer game |
| 16 |  | and having somebody across the field hold up a child. |
| 17 |  | Can you talk about that? |
| 18 | A | Yeah.  One of the great gifts of being in a small |
| 19 |  | community is that I was able to -- and understand |
| 20 |  | HIPAA.  I was able to see the children and the families |
| 21 |  | that were created, you know, from individuals who were |
| 22 |  | really sad and oftentimes depressed, to have the joy of |
| 23 |  | children in their lives.  So I could go to the grocery |
| 24 |  | store or a soccer game or a football game or even at my |
| 25 |  | own dinner table was one of my IVF babies.  And he told |

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | my son that he was an IVF baby, so there was no HIPAA.       |
| 2  |   | I still see him.  He's in medical school now.  He comes      |
| 3  |   | home from medical school and has dinner with us.  And        |
| 4  |   | that was a really fulfilling great joy, and I still see      |
| 5  |   | them, you know.                                              |
| 6  |   | Individuals who work and live in the community and           |
| 7  |   | these many years later, I still get holiday cards and        |
| 8  |   | Christmas cards of these children as they grow and lots      |
| 9  |   | of thank yous and how their life has changed.                |
| 10 | Q | What were your choices in terms of jobs after you lost       |
| 11 |   | the position at Dartmouth-Hitchcock?                         |
| 12 | A | I was on long-term disability.                               |
| 13 | Q | Right.                                                       |
| 14 | A | Which meant that there was no way I was ever going to        |
| 15 |   | be able to get a personal loan to open a private             |
| 16 |   | practice in the community.  I was on long-term               |
| 17 |   | disability, and I thought it not likely that any other       |
| 18 |   | academic center or private practice would hire me.  So       |
| 19 |   | it was because I had an open-door policy at the              |
| 20 |   | University of Vermont that -- and they had a fellowship      |
| 21 |   | training need that I was able to work per diem at UVM        |
| 22 |   | until I proved that I was well.                              |
| 23 | Q | How long did it take for you to get off the per diem         |
| 24 |   | and go to actually becoming a full-time employee?            |
| 25 | A | Over a year, I would say.  14 to 16 months, something        |

1           like that.
2    Q      Okay.  And when you began, after becoming a full-time
3           employee, you were at .8, correct?
4    A      Yes.
5    Q      Okay.  And full-time is 1.0, right?
6    A      1.0, yes.
7    Q      All right.  So why did you want to work a .8 instead of
8           a 1.0?
9    A      My life is in Norwich.  You know, I have now -- I had
10          to re-establish myself with work colleagues here, but I
11          have been with my husband 40-something years and
12          married over 36, and I've also had children who were
13          home for the summers and home for holidays, and I
14          wanted to be able to make certain that, given the
15          physical distance and the requirement for being here
16          when I'm on call within 30 minutes of the hospital,
17          that I was still able to spend time with those that I
18          love and to maintain my marriage and to make sure that
19          I was the mother I wanted to be with my children.
20   Q      Did your former colleagues still contact you and ask
21          for help?
22   A      Yes, regularly.  I've had long-term relationships with
23          many of these physicians, and so as always in my
24          practice I'm more than happy if I have the ability and
25          not on work restrictions, to help them.

1  Q  Give me some range of the description of the range of
2     questions that you get from them when they contact you.
3  A  Anywhere from recently from the Manchester Hitchcock
4     clinic, which is in the southern region, an
5     individual -- a lot of what I did at Hitchcock was
6     complicated first trimester pregnancy problems. As the
7     resource for the network they would come to us. So
8     Manchester had a patient with a cesarean scar
9     pregnancy, so the pregnancy was not actually in the
10    uterine cavity. It was in the C-section scar which is
11    a life-threatening location, and so they consulted me
12    about how to treat that.
13        I've received patients in referral for huge, large
14    uterine fibroids and to do them, the removal of those
15    fibroids from the uterus, for endometriosis and pelvic
16    pain for medical management or surgical management, for
17    how to provide reliable contraception for a patient --
18    in patient who was admitted with a blood clot at
19    Dartmouth.
20        I, you know, we like to make certain that these
21    patients are also registered here so that I can write a
22    quick note to make sure that they communicate with the
23    Dartmouth. Many patients with birth defects of the
24    reproductive tract. I consult on for the high-risk OB
25    service, I do consults and do that collaborative work.

1  Q    Let me make sure that I get this right.  What you're
2       describing are contacts that are coming to you now from
3       Dartmouth-Hitchcock physicians to ask you for your help
4       and expertise, correct?
5  A    Correct.
6  Q    When you first took the job at UVM, where were you
7       staying when you had to come up and spend several days?
8  A    I was staying in a hotel.  I would go in -- I think I
9       was working usually around three days a week.  So I
10      went usually Tuesday, Wednesday, Thursday, sometimes
11      other days.  Sometimes I was helping cover the IVF
12      service over the weekends up here, but I was staying in
13      a hotel.
14 Q    And then eventually did you and your husband decide to
15      buy a condo to avoid the hotels?
16 A    Yeah.  I had to wait until UVM could have an official
17      job.  So one, I wanted to wait until I had my second
18      surgery because I felt, for my integrity, that I
19      shouldn't offer myself to be a full-time faculty
20      position until I knew I was back to who they told me I
21      would be.  So Dr. Bernstein and I had several
22      conversations around that.  I had my second surgery in
23      September of 2017.
24 Q    Is Ira Bernstein the chair of the OB-GYN department?
25 A    Yeah.  And I had to go back through the proctor system

Porter - Direct by Mr. Vitt

|    |   |                                                                |
|----|---|----------------------------------------------------------------|
| 1  |   | that we had described before, so I was proctored in the        |
| 2  |   | OR, which I fully welcomed.  It's the natural process          |
| 3  |   | of bringing someone back in.  I would have had to do           |
| 4  |   | fewer cases if I was a brand new faculty, but in -- I          |
| 5  |   | would say that was perfectly acceptable, but it was to         |
| 6  |   | prove to me and to my colleagues, yep, she's back on           |
| 7  |   | her game and she can take a full-time job.                     |
| 8  | Q | You were back on your game?                                    |
| 9  | A | I was absolutely back on my game.  And I think that if         |
| 10 |   | I reflect on it, in many ways, I'm better.                     |
| 11 | Q | How so?                                                        |
| 12 | A | I'm more patient, you know -- and they had told me at          |
| 13 |   | Mayo that how you problem solve may be different.  And         |
| 14 |   | so when I think about OR cases, I do think I have a            |
| 15 |   | different perspective in terms of how to solve a               |
| 16 |   | problem, which is better.  I'm more patient with               |
| 17 |   | myself.  I'm more patient with how we get things               |
| 18 |   | through challenges.  But what happened is it was not an        |
| 19 |   | official job.  So Dr. Bernstein had to submit for a            |
| 20 |   | faculty position for me through the physicians                 |
| 21 |   | workforce which took a while, and then it had to go            |
| 22 |   | over to the university to go through the provost office       |
| 23 |   | to get it.  So that's why.  Once that was done, then I         |
| 24 |   | started on faculty, and I had to be on -- because I had        |
| 25 |   | been on long-term disability I had to be on faculty            |

|     |   |                                                              |
|-----|---|--------------------------------------------------------------|
| 1   |   | before we could re-mortgage our house in Norwich to be       |
| 2   |   | able to afford a down payment for a condominium in           |
| 3   |   | Burlington.                                                  |
| 4   | Q | All right.                                                   |
| 5   |   | MR. VITT:  Will the Court indulge me for a                   |
| 6   |   | second?                                                      |
| 7   |   | THE COURT:  Yes.                                             |
| 8   |   | (Pause.)                                                     |
| 9   | Q | (By Mr. Vitt) You mentioned that it was a stressful          |
| 10  |   | time during the summer after your termination.               |
| 11  | A | Yes, very.                                                   |
| 12  | Q | Any physical manifestations of how that stress played        |
| 13  |   | out?                                                         |
| 14  | A | Yeah.  I had a marked clinical depression.  I spent as       |
| 15  |   | I said most of the summer crying.  I was grinding my         |
| 16  |   | teeth so much at night that, despite my best efforts, I      |
| 17  |   | cracked a molar and ended up with a dental abscess and       |
| 18  |   | a pulled tooth and a year later a dental implant after       |
| 19  |   | multiple courses of antibiotics to try and help cure         |
| 20  |   | the abscess.                                                 |
| 21  |   | I lost a ton of weight in that period of time, and           |
| 22  |   | I had to go back to the Mayo in that situation to --         |
| 23  |   | had the tooth pulled because I had to go back for            |
| 24  |   | another neurosurgery, and I couldn't have an active          |
| 25  |   | infection and have my second surgery.                        |

Porter - Direct by Mr. Vitt

```
 1   Q   All right.  Going back to the economic effects of the
 2       termination, were you making less money at the
 3       University of Vermont than you were being paid at
 4       Dartmouth-Hitchcock?
 5   A   Yes.
 6   Q   So there was a period of time you were on per diem,
 7       correct?
 8   A   Yeah.
 9   Q   Yes?
10   A   Yes.  Yeah.
11   Q   And then you went to a .8 which was less than you were
12       being paid at Dartmouth-Hitchcock, correct?
13   A   Yes.  Yes.
14   Q   If you stayed at Dartmouth-Hitchcock, would you have
15       been promoted, in your view to full professor?
16   A   I met the criteria to be promoted to full professor
17       when I was there.  I had been working at it with this
18       international research group, and I had been the head
19       of the American Institute of Ultrasound and Medicine
20       GYN of community practice, that was six years.  So I
21       had national recognition, and I was teaching nationally
22       and internationally in GYN ultrasound and writing book
23       cap chapters and writing papers on a whole host of GYN
24       ultrasound to infertility-related ultrasound.  So in
25       terms of the checkboxes that you need for a promotion,
```

Porter - Direct by Mr. Vitt

1         I had met them.
2             The issue I had is that the standards for
3     promotion at the University of Vermont is that you have
4     to be on faculty for five years before you can be
5     promoted, and so as soon as Ira -- as soon as I met
6     that criteria -- in that first year, I was per diem
7     because of my illness.  As soon as Ira was able to put
8     me up, he put me up for a promotion, and I easily was
9     promoted, but that takes a year.
10  Q   But if you had stayed at Dartmouth-Hitchcock, given the
11      publishing and the speaking that you've referred to, do
12      you believe you would have been promoted to full
13      professor?
14  A   Yes.
15  Q   Did you receive raises each year at
16      Dartmouth-Hitchcock?
17  A   For the most part, yes.
18  Q   And let me talk for a minute about how long you intend
19      to work.  You're how old now?
20  A   62.
21  Q   And how long do you expect to continue to work?
22  A   I expect to work at least until 2033 at this point, and
23      while many people would retire at 65 and then available
24      for a significantly reduced pension from Dartmouth, so
25      one of the fallouts -- I was on the old pension plan, I

|   |   |   |
|---|---|---|
| 1 |   | never converted.  One of if fallouts of my termination |
| 2 |   | is that my pension plan significantly altered both when |
| 3 |   | I can take it and how much money I would get. |
| 4 |   | My mother is 80, and she is still working two |
| 5 |   | jobs.  She is the -- she was the chair of geriatric |
| 6 |   | medicine at the University of Hawaii and is the medical |
| 7 |   | director for nine nursing homes, and she also does |
| 8 |   | consulting memory work.  My grandmother was 86 when she |
| 9 |   | finished working her job.  And so in my lifetime, it |
| 10 |   | will be the balance of the pressures of commuting and |
| 11 |   | call and the joy I have with working and training |
| 12 |   | trainees. |
| 13 | Q | You're still enjoying the work that you do at UVM? |
| 14 | A | I do, yes. |
| 15 | Q | You still enjoy the surgery? |
| 16 | A | Very much so. |
| 17 | Q | You're still doing the complicated surgeries you did |
| 18 |   | before? |
| 19 | A | Yes. |
| 20 | Q | Laparoscopic and robotic? |
| 21 | A | Laparoscopic, robotic, open, combined with GYN |
| 22 |   | oncology, hysteroscopic. |
| 23 | Q | Okay.  I want to show you what's been marked as an |
| 24 |   | exhibit as Plaintiff's Exhibit 68.  Maybe we'll go with |
| 25 |   | paper?  How do we want to proceed? |

Porter - Direct by Mr. Vitt

** ROUGH DRAFT **

| | | |
|---|---|---|
| 1 | | THE COURT: If it's not in evidence yet, you |
| 2 | | should show it to the witness. |
| 3 | | MR. VITT: It is not. |
| 4 | | THE COURT: And not publish it. |
| 5 | | MR. SCHROEDER: Objection, Your Honor. |
| 6 | | Hearsay, foundation. |
| 7 | | THE COURT: Okay. I don't think Mr. Vitt has |
| 8 | | asked any questions yet. |
| 9 | | MR. SCHROEDER: That's true. |
| 10 | | MR. VITT: Not yet. But I can accommodate |
| 11 | | him. |
| 12 | Q | (By Mr. Vitt) Can you tell me, is the top part of that |
| 13 | | document an e-mail that you received? |
| 14 | A | Yes. |
| 15 | Q | From whom? |
| 16 | A | Katrina Thorstensen who, when I was at Dartmouth in the |
| 17 | | clinic, each advanced practice provider, whether it be |
| 18 | | the midwives, the nurse practitioners, the physicians |
| 19 | | assistants were mentored and teamed with an attending |
| 20 | | staff physician to run questions by and talk about |
| 21 | | clinical care and also help them in clinic when they |
| 22 | | were having trouble. And so Katrina was a midwife, or |
| 23 | | is a midwife, who provides largely gynecologic care in |
| 24 | | clinic, and so she was one of the two -- Elizabeth Todd |
| 25 | | was the other one -- the two mid-level, I would say |

Porter - Direct by Mr. Vitt