IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D.,<br>　　　　Plaintiff,<br>vs.<br>DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,<br>　　　　Defendants. | Case No. 2:17-cv-194 |

**INDEX TO EXHIBITS TO DEFENDANTS' MOTION FOR
A NEW TRIAL RELATED TO DAMAGES ISSUES**

| Exhibit | Description |
|---|---|
| 1 | Expert Report of Robert Bancroft Dated August 26, 2024 |
| 2 | Demonstrative Excerpt from Expert Report of Robert Bancroft Dated March 19, 2025 |
| 3 | Robert Bancroft Cross Examination Exhibit, Marked C19 |
| 4 | Email from A. Giglio to L. DeMars RE: Confidential: Connect re: REI with attachment of MBP Packet, Marked C13 |