# EXHIBIT 2

## Projected Lost Earnings for Dr. Misty Blanchette Porter
### Reduce University of Vermont Medical Center Appointment to 75% of a Part-Time Position, Starting July 1, 2025

Prepared by: Robert L. Bancroft, Ph.D.
March 19, 2025

| | | Dartmouth-Hitchcock Medical Center | | | Post-Termination Projections (UVM) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Year | Age | Gross Earned Income | Fringe Benefits | Total Earnings | Gross Earned Income | Fringe Benefits | Total Earnings | Gross Adjusted Lost Earnings | Income Taxes | Tax Adjusted Lost Earnings | Present Value | Cumulative Present Value | Settlement Income Tax | Total Economic Loss |
| 2017 | 54 | $180,954 | $29,965 | $210,919 | $180,340 | $3,825 | $184,165 | $26,754 | ($227) | $26,527 | $50,666 | $50,666 | $58,000 | $108,666 |
| 2018 | 55 | $309,358 | $42,583 | $351,941 | $217,607 | $19,585 | $237,192 | $114,750 | ($33,948) | $80,802 | $147,059 | $197,725 | $199,000 | $396,725 |
| 2019 | 56 | $324,826 | $38,979 | $363,805 | $254,995 | $30,918 | $285,913 | $77,893 | ($25,838) | $52,055 | $88,494 | $286,219 | $284,000 | $570,219 |
| 2020 | 57 | $324,826 | $38,979 | $363,805 | $269,272 | $24,234 | $293,506 | $70,299 | ($20,555) | $49,744 | $78,595 | $364,814 | $359,000 | $723,814 |
| 2021 | 58 | $324,826 | $38,979 | $363,805 | $329,333 | $29,640 | $358,973 | $4,832 | $1,668 | $6,500 | $9,490 | $374,304 | $368,000 | $742,304 |
| 2022 | 59 | $332,947 | $39,954 | $372,900 | $310,271 | $27,924 | $338,195 | $34,705 | ($8,390) | $26,315 | $35,262 | $409,566 | $402,000 | $811,566 |
| 2023 | 60 | $341,270 | $40,952 | $382,223 | $300,741 | $27,067 | $327,808 | $54,415 | ($14,996) | $39,419 | $48,092 | $457,657 | $447,000 | $904,657 |
| 2024 | 61 | $349,802 | $41,976 | $391,779 | $313,263 | $28,194 | $341,457 | $50,322 | ($13,520) | $36,802 | $37,170 | $494,828 | $482,000 | $976,828 |
| 2025 | 62 | $358,547 | $43,026 | $401,573 | $302,494 | $27,225 | $329,719 | $71,854 | ($20,740) | $51,114 | $50,881 | $545,708 | $531,000 | $1,076,708 |
| 2026 | 63 | $367,511 | $44,101 | $411,612 | $311,569 | $28,041 | $339,611 | $72,002 | ($20,698) | $51,303 | $49,682 | $595,391 | $579,000 | $1,174,391 |
| 2027 | 64 | $376,699 | $45,204 | $421,903 | $320,916 | $28,882 | $349,799 | $72,104 | ($20,639) | $51,464 | $48,486 | $643,876 | $624,000 | $1,267,876 |
| 2028 | 65 | $386,116 | $46,334 | $432,450 | $330,544 | $29,749 | $360,293 | $72,157 | ($20,562) | $51,596 | $47,290 | $691,166 | $669,000 | $1,360,166 |
| 2029 | 66 | $395,769 | $47,492 | $443,261 | $340,460 | $30,641 | $371,102 | $72,160 | ($20,464) | $51,696 | $46,095 | $737,261 | $714,000 | $1,451,261 |
| 2030 | 67 | $405,663 | $48,680 | $454,343 | $350,674 | $31,561 | $382,235 | $72,108 | ($20,346) | $51,762 | $44,902 | $782,164 | $756,000 | $1,538,164 |
| 2031 | 68 | $415,805 | $49,897 | $465,702 | $361,194 | $32,507 | $393,702 | $72,000 | ($20,206) | $51,794 | $43,710 | $825,874 | $798,000 | $1,623,874 |
| 2032 | 69 | $426,200 | $51,144 | $477,344 | $372,030 | $33,483 | $405,513 | $71,831 | ($20,043) | $51,788 | $42,519 | $868,393 | $840,000 | $1,708,393 |
| 2033 | 70 | $436,855 | $52,423 | $489,278 | $383,191 | $34,487 | $417,678 | $71,600 | ($19,856) | $51,744 | $41,329 | $909,722 | $878,000 | $1,787,722 |

^ Partial year (June 4 through Dec. 31).

The year 2033 (under lined) is consistent with the worklife of a 62 year old female with a graduate degree..