# EXHIBIT 3

2025 — 403,000  ☆

2026 ~~427,888~~  415,425

2027  427,088

C19