## Orders on Motions

**2:17-cv-00194-kjd Blanchette Porter v. Dartmouth Hitchcock Medical Center et al CASE CLOSED on 04/24/2025**

APPEAL,CLOSED,ENE3,ENEN,L.R. 73

## U.S. District Court

### District of Vermont

## Notice of Electronic Filing

The following transaction was entered on 6/2/2025 at 1:03 PM EDT and filed on 6/2/2025
**Case Name:** Blanchette Porter v. Dartmouth Hitchcock Medical Center et al
**Case Number:** 2:17-cv-00194-kjd
**Filer:**
**WARNING: CASE CLOSED on 04/24/2025**
**Document Number:** 312(No document attached)

**Docket Text:**
**ORDER denying [303] MOTION for Access to Audio Recordings of Trial Proceedings. The transcript is the official record of proceedings in this case. Under the Guide to Judiciary Policy, there is no public entitlement to back-up recordings in these circumstances. Signed by Judge Kevin J. Doyle on 6/2/2025. (This is a text-only Order.) (cdc)**

**2:17-cv-00194-kjd Notice has been electronically mailed to:**

Geoffrey J. Vitt, Esq    gvitt@vittnunanlaw.com, clyon@vittnunanlaw.com, rsweet@vittnunanlaw.com, smerlo@vittnunanlaw.com, snunan@vittnunanlaw.com

Eric D. Jones, Esq    ejones@langrock.com, bkabengele@langrock.com

Tristram J. Coffin, Esq    tcoffin@drm.com, lreese@drm.com, mbottino@drm.com

John A. Schraven    jschraven@seglawyers.com

Donald W. Schroeder, Esq    dschroeder@foley.com

Jessica E. Joseph, Esq    jjoseph@foley.com

Sarah H. Nunan, Esq    snunan@vittnunanlaw.com

Morgan McDonald    mmcdonald@foley.com

Megan Martinez, Esq    memartinez@foley.com

**2:17-cv-00194-kjd Notice has been delivered by other means to:**

Susan Burton
620 8th Avenue
New York, NY 10018