UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Misty Blanchette Porter, M.D., | |
|     Plaintiff, | |
|     v. | Civil Action No. 2:17–cv–194 |
| Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health, | |
|     Defendants. | |

## AMENDED JUDGMENT IN A CIVIL ACTION

☒ **Jury Verdict**

☐ **Decision by Court**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Jury Verdict Form filed on April 10, 2025 (Doc. 281), Defendants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health are liable to Plaintiff Misty Blanchette Porter, M.D., under the Vermont Fair Employment Practices Act; and Defendants are not liable to Plaintiff under the New Hampshire Whistleblowers' Protection Act, the Americans with Disabilities Act, the Rehabilitation Act, the New Hampshire Law Against Discrimination, and New Hampshire's laws prohibiting wrongful discharge.

Pursuant to the jury verdict, Plaintiff is awarded $1,000,000 for economic damages, and $125,000 for non-economic damages, for a total of **$1,125,000**. By Order of the Court (*see* Doc. 334), Plaintiff is also awarded prejudgment interest on that amount through April 24, 2025, at the rate of 12%, totaling **$225,340.62**.

In addition, by Order of the Court (*see* Doc. 335), Plaintiff is awarded **$1,173,621.92** in attorney fees, plus **$12,808.38** in costs.

Accordingly, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff and against Defendants in the total amount of **$2,536,770.92**.

Post-judgment interest is to be calculated from the date this judgment is entered until the date of payment, in accordance with the formula set forth in 28 U.S.C. § 1961.

Date:  12/2/2025

*JEFFREY S. EATON*
*CLERK OF COURT*

<u>*/s/ Carl Crawford*</u>
*Signature of Clerk or Deputy Clerk*

JUDMENT ENTERED ON DOCKET
DATE: 12/2/2025