IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH, <br><br> Defendants. | Case No. 2:17-cv-194 |

## DEFENDANTS' AMENDED NOTICE OF APPEAL

Notice is hereby given that Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health, Defendants in the above-named case, appeal to the United States Court of Appeals for the Second Circuit from the judgment (ECF No. 297) entered in this action on the 24th day of April, 2025; the Orders on Plaintiff's Motion for Prejudgment Interest (ECF No. 334), Plaintiff's Motion for Attorney Fees and Motion to Alter Judgment (ECF No. 335), Defendant's Motion to Alter Judgment and, in the Alternative, for a New Trial on Plaintiff's VFEPA Claim (ECF No. 336), and Defendant's Motion for a New Trial Related to Damages Issues (ECF No. 337) entered in this action on the 26th day of November, 2025; and the Amended Judgment (ECF No. 338) entered in this action on the 2nd day of December, 2025.

1

| | |
|---|---|
| Date: December 16, 2025 | Respectfully submitted, |
| | */s/ Donald W. Schroeder* |

                                            **FOLEY & LARDNER LLP**

Donald W. Schroeder (admitted *pro hac vice*)
Morgan McDonald (admitted *pro hac vice*)
Megan E. Martinez (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
dschroeder@foley.com
mmcdonald@foley.com
memartinez@foley.com

**DOWNS RACHLIN MARTIN PLLC**

Tristram J. Coffin
199 Main Street
Burlington, VT 05402
Telephone: 802-863-2375
tcoffin@drm.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Morgan McDonald*
Morgan McDonald