UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

---

**THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT**

| CASE TITLE | DISTRICT | DOCKET NUMBER |
|---|---|---|
| Blanchette Porter v. Dartmouth-Hitchcock Clinic, et al. | Vermont | 2:17-cv-00194-kjd |
| | **JUDGE** Judge Kevin J. Doyle | **APPELLANT** Dartmouth Hitchcock Medical Center et al |
| | **COURT REPORTER** Jan-Marie Glaze | **COUNSEL FOR APPELLANT** Donald W. Schroeder; Morgan McDonald |

**Check the applicable provision:**

☑ I am ordering a transcript.
☐ I am not ordering a transcript.

**Reason for not ordering a transcript:**
☐ Copy is already available
☐ No transcribed proceedings
☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

Full Trial Day 1 - March 24, 2025
Full Trial Day 2 - March 25, 2025
Full Trial Day 3 - March 26, 2025
Full Trial Day 4 - March 27, 2025
Full Trial Day 5 - March 28, 2025

**METHOD OF PAYMENT**   ☑ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
☑ PREPARE TRANSCRIPT OF TRIAL
☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Morgan McDonald
Foley & Lardner LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
978-604-7808
Email: mmcdonald@foley.com

---

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Morgan McDonald | 12/18/25 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017