# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

---

### THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT

| | | |
|---|---|---|
| **CASE TITLE**<br>Blanchette Porter v. Dartmouth-Hitchcock Clinic, et al. | **DISTRICT**<br>Vermont | **DOCKET NUMBER**<br>2:17-cv-00194-kjd |
| | **JUDGE**<br>Judge Kevin J. Doyle | **APPELLANT**<br>Dartmouth Hitchcock Medical Center et al |
| | **COURT REPORTER**<br>Jan-Marie Glaze | **COUNSEL FOR APPELLANT**<br>Donald W. Schroeder; Morgan McDonald |

**Check the applicable provision:**

- [x] I am ordering a transcript.
- [ ] I am not ordering a transcript.

Reason for not ordering a transcript:
- [ ] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

Full Trial Day 1 - March 24, 2025
Full Trial Day 2 - March 25, 2025
Full Trial Day 3 - March 26, 2025
Full Trial Day 4 - March 27, 2025
Full Trial Day 5 - March 28, 2025

**METHOD OF PAYMENT**  [x] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [x] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Morgan McDonald
Foley & Lardner LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
978-604-7808
Email: mmcdonald@foley.com

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Morgan McDonald | 12/18/25 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED 12/18/2025 | ESTIMATED COMPLETION DATE 12/19/2025 | ESTIMATED NUMBER OF PAGES 981 |
|---|---|---|
| SIGNATURE OF COURT REPORTER *jmglaze* | | DATE 12/19/2025 |

Revised June, 2017