# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MISTY BLANCHETTE PORTER, M.D.,

        Plaintiff,

vs.

DARTMOUTH-HITCHCOCK MEDICAL
CENTER, DARTMOUTH-HITCHCOCK
CLINIC, MARY HITCHCOCK
MEMORIAL HOSPITAL, and
DARTMOUTH-HITCHCOCK HEALTH,

        Defendants.

Case No. 2:17-cv-194

**DEFENDANTS' NOTICE OF APPEAL[1]**

Notice is hereby given that Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health, Defendants in the above-named case, appeal to the United States Court of Appeals for the Second Circuit from the Judgment (Doc. 297) entered in this action on the 24th day of April, 2025.

---

[1] Defendants also notify the United States Court of Appeals for the Second Circuit of their pending Motion to Alter Judgment and, in the Alternative, for a New Trial (Doc. 305) and Motion for New Trial (Doc. 308), which may affect this notice. *See* Federal Rule of Appellate Procedure 4(a)(4)(A)(iv) and (v).

1

Date: May 27, 2025                                    Respectfully submitted,

                                                      /s/ Tristram J. Coffin

                                                      **DOWNS RACHLIN MARTIN PLLC**

                                                      Tristram J. Coffin
                                                      199 Main Street
                                                      Burlington, VT 05402
                                                      Telephone: 802-863-2375
                                                      tcoffin@drm.com


                                                      **FOLEY & LARDNER LLP**

                                                      Donald W. Schroeder (admitted *pro hac vice*)
                                                      Morgan McDonald (admitted *pro hac vice*)
                                                      Megan E. Martinez (admitted *pro hac vice*)
                                                      111 Huntington Avenue
                                                      Boston, MA 02199
                                                      Tel: (617) 342-4000
                                                      dschroeder@foley.com
                                                      mmcdonald@foley.com
                                                      memartinez@foley.com

                                                      *Attorneys for Defendants*


### CERTIFICATE OF SERVICE

   I hereby certify that, on May 27, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

                                                      /s/ Morgan McDonald
                                                         Morgan McDonald

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MISTY BLANCHETTE PORTER, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>DARTMOUTH-HITCHCOCK MEDICAL CENTER, DARTMOUTH-HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL, and DARTMOUTH-HITCHCOCK HEALTH,<br><br>Defendants. | Case No. 2:17-cv-194 |

**DEFENDANTS' AMENDED NOTICE OF APPEAL**

Notice is hereby given that Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health, Defendants in the above-named case, appeal to the United States Court of Appeals for the Second Circuit from the judgment (ECF No. 297) entered in this action on the 24th day of April, 2025; the Orders on Plaintiff's Motion for Prejudgment Interest (ECF No. 334), Plaintiff's Motion for Attorney Fees and Motion to Alter Judgment (ECF No. 335), Defendant's Motion to Alter Judgment and, in the Alternative, for a New Trial on Plaintiff's VFEPA Claim (ECF No. 336), and Defendant's Motion for a New Trial Related to Damages Issues (ECF No. 337) entered in this action on the 26th day of November, 2025; and the Amended Judgment (ECF No. 338) entered in this action on the 2nd day of December, 2025.

1

Date: December 16, 2025

Respectfully submitted,

/s/ Donald W. Schroeder

**FOLEY & LARDNER LLP**

Donald W. Schroeder (admitted *pro hac vice*)
Morgan McDonald (admitted *pro hac vice*)
Megan E. Martinez (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
dschroeder@foley.com
mmcdonald@foley.com
memartinez@foley.com

**DOWNS RACHLIN MARTIN PLLC**

Tristram J. Coffin
199 Main Street
Burlington, VT 05402
Telephone: 802-863-2375
tcoffin@drm.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Morgan McDonald*
Morgan McDonald

3